# Appendix I

# Freedom of Information and Privacy Acts



## Federal Bureau of Investigation



CERTIFIED MAIL
7004 1160 0005 0897 0884

PRESORTED FIRST CLASS
Hasler
US POSTAGE
$ 11.400
07/11/2005

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

**TAG: EXHIBIT**

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FPO
BOYERS, PA 16020708

**OFFICIAL BUSINESS**

7003 1010 0001 3719 4054

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

### TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tracking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
INVESTIGATIONS SERVICE

**************** CASE CLOSING TRANSMITTAL *************************

CLOSED: 09/12/2000

CASE #: 00008928   TYPE/SERVICE: SBI - 35          EXTRA COVERAGE: AL67
NAME: CLEMMONS, SAMUEL LENNIOUS JR
SSN: 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   DOB: 06/04/1965   POSITION: SPECIAL AGENT

*************** MAIL TO ****************

SON: DJ01                          * SGI: DJ01
D/JUSTICE                          * D/JUSTICE
DRUG ENFORCEMENT ADMINISTRATION    * DRUG ENFORCEMENT ADMINISTRATION
DEA OFFICE OF SECURITY PROGRAMS    * DEA OFFICE OF SECURITY PROGRAMS
600 - 700 ARMY NAVY DRIVE          * 600 - 700 ARMY NAVY DRIVE
ARLINGTON, VA 22202                * ARLINGTON, VA 22202
                                   ****************************************

AGENCY DATA: SP0Z3D00360

OPM ADJUDICATION: SEE ATTACHED OFI FORM 79A

THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
IDENTIFIED ABOVE. SEE THE OFI-50 WITH THIS TRANSMITTAL FOR ADDITIONAL
INFORMATION.

*************************** ITEM INFORMATION ***************************

| ITM | TYPE | ITEM IDENTIFICATION/LOCATION | CM | RESULTS |
|-----|------|------------------------------|----|---------|
| 001 | PRSI | ATLANTA, GA | P | ISSUE(S) * |
| 002 | RESI | 1533 RAYMOND ROAD #79 JACKSON, MS | P | ISSUE(S) * |
| 003 | RESI | 438 N MILL STREET JACKSON, MS | P | ACCEPTABLE |
| 004 | RESI | 3933 N CLARENDON AVE #305 CHICAGO, IL | P | ISSUE(S) * |
| 005 | RESI | 501 PRESTON LAKE DRIVE #501 TUCKER, GA | P | ACCEPTABLE |
| 007 | RESI | 625 PLEASANT HOME ROAD #254 AUGUSTA, GA | P | ACCEPTABLE |
| 009 | EDUC | SOUTHERN ILLINOIS UNIVERSITY CARBONDALE, IL | P | ACCEPTABLE |
| 010 | EDUC | LOYOLA UNIVERSITY OF CHICAGO CHICAGO, IL | P | ACCEPTABLE |
| 011 | EDUC | GEORGIA PERIMETER COLLEGE CLARKSTON, GA | P | ISSUE(S) * |
| 012 | EMPL | JOB LOCATION - APWU USPS CHICAGO, IL | P | ACCEPTABLE |
| 014 | EMPL | EMPLOYER - CHICAGO PUBLIC SCHOOL SYSTEM CHICAGO, IL | P | ACCEPTABLE |

```
DATE: 09/12/00                                                    PAGE:    2

CASE #: 00008928    TYPE/SERVICE: SBI - 35          EXTRA COVERAGE: AL67
NAME: CLEMMONS, SAMUEL LENNIOUS JR
SSN: 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    DOB: 06/04/1965    POSITION: SPECIAL AGENT

ITM   TYPE   ITEM IDENTIFICATION/LOCATION            CM   RESULTS
***   ****   ******************************          **   ********************
015   EMPL   EMPLOYER - BOMAR CREDIT CORPORATION      R    NO RECORD
             ATLANTA, GA
016   EMPL   EMPLOYER - STEIN MART INC                R    ISSUE(S)         *
             DUNWOODY, GA
017   EMPL   EMPLOYER - SEARS ROEBUCK & COMPANY       R    ACCEPTABLE
             DULUTH, GA
018   EMPL   EMPLOYER - ASSETCARE                     R    NOT CONTACTED
             ATLANTA, GA
019   EMPL   EMPLOYER - A ONE SERVICE PERSONNEL INC   R    NO RECORD
             ATLANTA, GA
020   EMPL   EMPLOYER - MCI TELECOMMUNICATION         R    ACCEPTABLE
             ATLANTA, GA
021   EMPL   EMPLOYER - ATLANTA OLYMPIC COMMITTEE     R    NOT CONTACTED
             ATLANTA, GA
022   EMPL   EMPLOYER - FIRST DATA CORPORATION INC    R    ACCEPTABLE
             ATLANTA, GA
023   EMPL   EMPLOYER - WALLACE AND DEMAYO PC         R    ISSUE(S)         *
             NORCROSS, GA
024   EMPL   EMPLOYER - EQUIFAX RISK MANAGEMENT       R    NO RECORD
             ATLANTA, GA
025   EMPL   EMPLOYER - ACCOUNT PORFOLIOS LP          R    NOT CONTACTED
             ATLANTA, GA
026   EMPL   EMPLOYER - CASSANDRA & BAILEY MODEL MANAGE  P  NOT CONTACTED
             ORLANDO, FL
027   EMPL   EMPLOYER - QUICK TRIP CORPORATION        R    ACCEPTABLE
             NORCROSS, GA
028   EMPL   EMPLOYER - REMCO AMERICA INC             R    NOT CONTACTED
             COLLEGE PARK, GA
029   EMPL   EMPLOYMENT RECORD - BOMAR CREDIT CORPORATI  P  NOT CONTACTED
             ATLANTA, GA
030   EMPL   EMPLOYMENT RECORD - WALLACE & DEMAYO PC  P    ISSUE(S)         *
             NORCROSS, GA
031   LAWE   JACKSON, MS                              R    NO RECORD
032   LAWE   CHICAGO, IL                              R    NO RECORD
033   LAWE   GEORGIA CRIME INFORMATION CNTR, G        R    NO RECORD
034   LAWE   BROOKHAVEN, MS                           R    NO RECORD
035   LAWE   ORLANDO, FL                              R    NO RECORD
037   FMSP   TONYA RAQUEL                             P    ISSUE(S)         *
             MILWAUKEE, WI
038   GENL   GEORGIA POWER COMPANY                    R    NO RECORD
             AUGUSTA, GA
039   LAWE   CHICAGO, IL                              R    NO RECORD
040   EMPL   EMPLOYER - ARLENE WILSON MANAGEMENT      P    ACCEPTABLE
             CHICAGO, IL
041   GENL   CHANCERY COURT OF LINCOLN COUNTY         R    ACCEPTABLE
             BROOKHAVEN, MS
042   GENL   LARRY MCMILLIAN                          P    ACCEPTABLE
             JACKSON, MS
043   GENL   COOK COUNTY CIRCUIT COURT                R    NO RECORD
             ROLLING MEADOWS, IL
```

DATE: 09/12/00                                                                                              PAGE:    3

CASE #: 00008928    TYPE/SERVICE: SBI - 35                              EXTRA COVERAGE: AL67
NAME: CLEMMONS, SAMUEL LENNIOUS JR
SN: 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           DOB: 06/04/1965    POSITION: SPECIAL AGENT

```
ITM  TYPE  ITEM IDENTIFICATION/LOCATION                  CM  RESULTS
***  ****  *********************************             **  **************************
044  RESI  APARTMENT 40-A                                 R   ACCEPTABLE
           ATLANTA, GA
045  EMPL  EMPLOYER - OSI COLLECTION SERVICES             P   ACCEPTABLE
           MARIETTA, GA
046  GENL  PATRICIA PERKINS HOOKER                        P   ACCEPTABLE
           ATLANTA, GA
047  GENL  MARCUS Q. POLK                                 P   ACCEPTABLE
           LITHONIA, GA
048  GENL  DAVID A. JONES                                 P   ACCEPTABLE
           KENNESAW, GA
049  GENL  CLYDE A. OWENS                                 P   ACCEPTABLE
           LAWRENCEVILLE, GA
050  RESI  MARIETTA                                       P   ISSUE(S)    *
           MARIETTA, GA
A01  SII                                                  L   NO RECORD
B01  FBIF                                                 I   NO RECORD
C01  FBIN                                                 L   NO PERTINENT
D01  DCII                                                 L   RECORD
D02  DCIF                                                 I   ISSUE(S)    *
                                                          I   ISSUE(S)    *
E01  CRED  CBM EQUIFAX
           BALTIMORE, MD                                  L   ACCEPTABLE
F01  SESE  SELECTIVE SER
           GREAT LAKES, IL                                I   ACCEPTABLE
G01  MILR  ARMY                                           R   NO RECORD
H01  OPF   NPRC
           ST. LOUIS, MO                                                 ?
     CIA          (b)(3),(j)(1)
           WASHINGTON, DC                                 I   ACCEPTABLE
N01  BVS   BIRTH
           ST LOUIS, MO                                   I   ACCEPTABLE
P01  NATG
           MS                                             I   ACCEPTABLE
W01  STSC  STATE SEC
           WASHINGTON, DC
```

************************  END CASE CLOSING TRANSMITTAL  ************************

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>Vs. )<br>)<br>U.S. OFFC OF PERSONNEL )<br>MANAGEMENT )<br>)<br>Defendant(s) ) | Civil Action No. 06 0008-RCL |

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____           _____
Attorney for the Plaintiff(s)                               Date


_____           _____
Attorney for the Defendant(s)                             Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____           _____
United States District Judge                              Date

NOTE:   RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99