IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS<br>548 Saint Charles Pl.<br>Brookhaven, MS 39601<br><br>              Plaintiff,<br><br>v.<br><br>UNITED STATES OFFICE<br>OF PERSONNEL MANAGEMENT<br>Attn: General Counsel Mark A. Robbins<br>CENTER FOR FEDERAL<br>INVESTIGATION SERVICE,<br>FEDERAL INVESTIGATION<br>PROCESSING CENTER<br>1900 E Street, N.W. Suite 7353<br>Washington, D.C. 20415-1300<br><br>              Defendant. | Civil Action No. 06-0008 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by First-Class mail; postage prepaid to:

SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780