IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE )<br>OF PERSONNEL MANAGEMENT )<br>Defendant. )<br>)<br>) | Civil Action No. 06-0008 (RCL) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se brings this case which appears to allege various torts by federal employees and possibly alleging violations of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and Privacy Act 5 U.S.C. § 552a. Defendant respectfully moves this Court for a thirty day enlargement of time through and including November 9, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is presently due October 10, 2006.

2. Defendant has been diligently working on this matter however, given the confusing nature of the complaint and the need to construe pro se complaints liberally, defendant needs additional time to ensure all possible claims are addressed and to prepare an appropriate answer, motion, or other response.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Defendant's counsel attempted to contact Plaintiff regarding this matter but was unable to reach him.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780