AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

SAM L. CLEMMONS

V.

U.S. OFFICE OF PERSONNEL MGT.

CAS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00008

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/4/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**RECEIVED**

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL.
BROOKHAVEN, MS
39601

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JAN - 4 2005
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE JULY 25, 2006 ; AUG 10, 2006 |
| NAME OF SERVER (PRINT) SAM L. CLEMMONS | TITLE PLAINTIFF PRO SE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: U.S. ATTORNEY OFFICE, 501 3RD STREET NW, WASHINGTON DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL U.S. POSTAL SERVICE | SERVICES U.S. POSTAL SERVICE EXPRESS MAIL | TOTAL $16.25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on OCTOBER 10, 2006    /s/ Sam L. Clemmons
                                Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: 1:06CV00008(RCL)

V

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM)

    Defendants

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the <u>25TH of July 2006 and 10th of August 2006</u>, I mailed copies of the summons and complaint by certified mail return receipt requested (TRACKING # <u>EQ 241 268 375 US & EQ 868 807 605 US</u> to: The U.S. Attorney, 501 3rd Street NW, Washington, DC 20001(the defendants & defendant's attorney). Attached hereto is the green card acknowledging service.

[Domestic Return Receipt (PS Form 3811) attached:

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney Office
501 3Rd Street
Washington, DC
20001

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [Phillips] — Agent / Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): EQ 868 807 605 US

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540]



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ86 8807 605U S**
Status: **Delivered**

Your item was delivered at 12:37 pm on August 11, 2006 in WASHINGTON, DC 20001 to CWA . The item was signed for by T SCOTT.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ86 8807 605U S**
Detailed Results:

- **Delivered, August 11, 2006, 12:37 pm, WASHINGTON, DC 20001**
- **Notice Left, August 11, 2006, 11:49 am, WASHINGTON, DC 20001**
- **Arrival at Unit, August 11, 2006, 9:40 am, WASHINGTON, DC 20001**
- **Enroute, August 11, 2006, 6:56 am, WASHINGTON, DC 20074**
- **Acceptance, August 10, 2006, 1:11 pm, ATLANTA, GA 30328**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

