UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

Plaintiff

CIVIL ACTION NO: **1:06CV00008(RCL)**

V

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM)

Defendants

## AFFIDAVIT OF SERVICE

I, <u>SAM L. CLEMMONS</u>, hereby declare that on the <u>25TH of July 2006 and 10th of August 2006</u>, I mailed copies of the summons and complaint by certified mail return receipt requested (TRACKING # <u>EQ 241 268 375 US & EQ 868 807 605 US</u> to: The U.S. Attorney, 501 3rd Street NW, Washington, DC 20001(the defendants & defendant's attorney). Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

[stamp: RETURN TO SENDER, 501 3rd... Washington... 20001]

2. Article Number
   (Transfer from service label)
   EQ241268375US

PS Form 3811, February 2004       Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                 ☐ Agent
                                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☑ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

[partial text right side:] JS / ES PL / SSISSIPPI 39601 / 58

102595-02-M-1540

```
         Jackson Flowood Station
          Jackson, Mississippi
                392323047
          2737360021-0097
7/25/2006        (601)939-2330        05:57:05 PM
----------------- Sales Receipt -----------------
Product          Sale     Unit         Final
Description      Qty      Price        Price

ASHINGTON DC 20415 EM                  $14.40
0-Add Flat Rate
7.60 oz.
  Label #:       E024126835680S
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)             $1.85
                                       ------
                Issue PVI:             $16.25

ASHINGTON DC 20001 EM                  $14.40
0-Add Flat Rate
7.80 oz.
  Label #:       E024         US
  Next Day Noon  / N
  Delivery
  Return Rcpt (Green Ca              $1.85
                                       ------
                Issue PVI              $16.25

ASHIN...   C 20530 EM                  $14.40
0-Add Flat Rate
7.30 oz.
  Label #:
  Next Day N
  Delivery
  Return Rcpt                          $1.85
                                       ------
                Issue                  $16.25

otal:                                  $48.75

aid by:
  MEX
    Account #     XXXXXXXXXXXX  02
    Approval #:   081670
    Transaction #       120
23 903264679 4234/03015

ill#: 1000300771119
lerk: 05

- All sales final on stamps and po...
  Refunds for guaranteed service
       Thank you for your business
              Customer Copy
```

EXPRESS MAIL — Post Office To Addressee — Customer Copy
Label 11-B, March 2004

EQ 241268375 US

FROM: Ms. Mary L Lee, Plaintiff
c/o Mr. Silas L Claimant
P.O. Box 28556
Atlanta, GA 30358

TO: U.S. Attorney
501 3rd Street
Washington, DC 20001

ZIP: 20001

Postage: $14.40
Return Receipt Fee: $1.85
Total Postage & Fees: $16.25


**UNITED STATES**
**POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 1268 375U S**
Status: **Notice Left**

We attempted to deliver your item at 10:35 am on July 27, 2006 in ATLANTA, GA 30328 and a notice was left. A second delivery attempt will be made. If unsuccessful, we will hold it for five business days and then it will be returned to the sender. No further information is available for this item.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.   ( Go > )

---

POSTAL INSPECTORS        site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 1268 375U S**
Detailed Results:

- Notice Left, July 27, 2006, 10:35 am, ATLANTA, GA 30328
- Enroute, July 26, 2006, 5:58 pm, WASHINGTON, DC 20074
- Forwarded, July 26, 2006, 10:49 am, WASHINGTON, DC
- Missent, July 26, 2006, 10:49 am
- Arrival at Unit, July 26, 2006, 10:48 am, WASHINGTON, DC 20008
- Enroute, July 26, 2006, 7:25 am, WASHINGTON, DC 20074
- Enroute, July 25, 2006, 7:05 pm, JACKSON, MS 39201
- Acceptance, July 25, 2006, 5:55 pm, FLOWOOD, MS 39232

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust               Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

[Image of USPS "Sorry We Missed You" delivery notice (PS Form 3849), a certified mail return receipt card with article number EQ241268375US addressed to Nancy Lee, Box 28958, and a USPS Sales Receipt from Sandy Springs Finance Unit, Atlanta, Georgia, dated 08/10/2006 01:14:04 PM, for Express Mail PO-ADD to Washington DC 20001, Label #: EQ241268375US, 8.00 oz., Next Day Noon Delivery, Customer Postage $16.25, Return Rcpt (Green Card) $1.85, Subtotal $18.10 (-$... Final Price $14.40), Bill#: 1000201503969, Clerk: 10.]