AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sam L. Clemmons

V.

U.S. Office of Personnel Mgt.

CASE N

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00008

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/4/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF PRO SE (name and address)

Sam L. Clemmons
548 Saint Charles Pl.
Brookhaven, MS.
39601

**RECEIVED**

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN - 4 2005
DATE

M. Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE JULY 25, 2006 |
| NAME OF SERVER (PRINT) SAM L. CLEMMONS | TITLE PLAINTIFF PRO SE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: U.S. ATTORNEY GENERAL OFFICE
950 PENNSYLVANIA AVE, N.W. WASHINGTON, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL U.S. POSTAL SERVICE | SERVICES U.S. POSTAL EXPRESS MAIL SERVICE | TOTAL $16.25 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on SEPT 26, 2006       _____
                                Signature of Server

548 SAINT CHARLES PL
BROOKHAVEN MS 39601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

```
         Jackson Flowood Station
            Jackson, Mississippi
                 392323047
               2737360021-0097
07/25/2006      (601)939-2330    06:57:05 PM
_____
------------- Sales Receipt ---------------
Product       Sale    Unit      Final
Description   Qty     Price     Price
-------------------------------------------
ASHINGTON DC 20415 EM           $14.40
0-Add Flat Rate
7.60 oz.
  Label #:        E0241268358US
  Next Day Noon  / Normal
  Delivery
  Return Rcpt (Green Card)      $1.85
                              ========
          Issue PVI:            $16.25

ASHINGTON DC 20001 EM           $14.40
0-Add Flat Rate
7.80 oz.
  Label #:        E024      US
  Next Day Noon  / N
  Delivery
  Return Rcpt (Green Ca         $1.85
                              ========
          Issue PVI             $16.25

ASHINGTON DC 20530 EM           $14.40
0-Add Flat Rate
7.30 oz.
  Label #:
  Next Day N
  Delivery
  Return Rcpt                   $1.85
                              ========
          Issue P               $16.25

                              --------
Total:                          $48.75

Paid by:
AMEX                            $48.75
  Account #         XXXXXXXXXXXX   02
  Approval #:         581670
  Transaction #         120
  23 903264679 4234703015

Bill#: 1000300771119
Clerk: 05

- All sales final on stam   and po
    Refunds for guaranteed service
        Thank you for your business
              Customer Copy
```



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **EQ24 1268 361U S**
Status: **Delivered**

Your item was delivered at 12:23 pm on July 26, 2006 in WASHINGTON, DC 20530 to JUSTICE 20530 PU . The item was signed for by A JENNINGS.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  ( Go > )

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                          9/13/2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: EQ24 1268 361U S
Detailed Results:

- Delivered, July 26, 2006, 12:23 pm, WASHINGTON, DC 20530
- Notice Left, July 26, 2006, 10:20 am, WASHINGTON, DC 20530
- Arrival at Unit, July 26, 2006, 10:09 am, WASHINGTON, DC 20022
- Enroute, July 26, 2006, 7:24 am, WASHINGTON, DC 20074
- Enroute, July 25, 2006, 7:05 pm, JACKSON, MS 39201
- Acceptance, July 25, 2006, 5:55 pm, FLOWOOD, MS 39232

( < Back )       ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS　　site map　contact us　government services　jobs　**National & Premier Accounts**
Preserving the Trust　　　　　　Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use　Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do　　　　　　　　7/26/2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: **1:06CV00008(RCL)**

V

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM)

    Defendants

## AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **25TH of July 2006**, I mailed copies of the summons and complaint by certified mail return receipt requested (TRACKING # **EQ 241 268 361 US** to: The U.S. Attorney General Office (DOJ), 950 Pennsylvania Ave, NW , Washington, DC 20530 (the defendants & defendant's attorney). Attached hereto is the green card acknowledging service. (Express Mail receipt might not be attached)

---

Staple the green card here. Make sure it bears the original signature of the…

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
(DOJ)
950 Pennsylvania Ave, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☑ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

S _____
S PL _____
SISSIPPI 39601 _____

2. Article Number
   (Transfer from service label)  **EQ 2412 6836 1US**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM L. CLEMMONS

V.

U.S. OFFICE OF PERSONNEL MGT.

CASE N[ ]

SUMMONS IN A CIVIL CASE

CASE NUMBER   1:06CV00008

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 01/█/2006

TO: (Name and address of Defendant)

U.S. OFFICE PERSONNEL MNGT.
ATTN: MARK A. ROBBINS
GENERAL COUNSEL

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~██~~ PRO SE (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL.
BROOKHAVEN, MS.
     39601

**RECEIVED**

OCT 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JAN -4 2005
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: JULY 25, 2006 |
| NAME OF SERVER (PRINT): SAM L CLEMMONS | TITLE: PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. OFFICE OF PERSONNEL MNGT ATTN: GENERAL COUNSEL MARK A. ROBBINS, CENTER FOR FEDERAL INVESTIGATIVE SERVICES 1900 E STREET N.W. SUITE 2353, WASHINGTON DC 20415-1300

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. POSTAL SERVICE | U.S. POSTAL SERVICE EXPRESS MAIL | $16.25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JULY 25, 2006    *Signature of Server*

548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

CIVIL ACTION NO: **1:06CV00008(RCL)**

V

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM)

    Defendants

### AFFIDAVIT OF SERVICE

I, **SAM L. CLEMMONS**, hereby declare that on the **25TH of July 2006**, I mailed copies of the summons and complaint by certified mail return receipt requested (TRACKING # **EQ 241 268 358 US** to: The U.S. Office of Personnel Management, Attn: General Counsel Mark A. Robbins, Center for Federal Investigation Service, 1900 E. Street, NW , Suite 7353, Washington, DC 20415-1300 (the defendants & defendant's attorney). Attached hereto is the green card acknowledging service.

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

*/s/ Sam L. Clemmons*

**SAM L. CLEMMONS**

**548 SAINT CHARLES PL**

**BROOKHAVEN, MISSISSIPPI 39601**

**PHONE: 866-409-7758**



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 1268 358U S**
Status: **Delivered**

Your item was delivered at 11:31 am on July 26, 2006 in WASHINGTON, DC 20415. The item was signed for by S BETHEA.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS     site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **EQ24 1268 358U S**
Detailed Results:

- Delivered, July 26, 2006, 11:31 am, WASHINGTON, DC 20415
- Arrival at Unit, July 26, 2006, 10:13 am, WASHINGTON, DC 20022
- Missent, July 26, 2006, 8:04 am
- Enroute, July 25, 2006, 7:05 pm, JACKSON, MS 39201
- Acceptance, July 25, 2006, 5:53 pm, FLOWOOD, MS 39232

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail. ( Go > )

---

POSTAL INSPECTORS        site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                    7/26/2006

```
             Jackson Flowood Station
             Jackson, Mississippi
                   392623047
                 2737360021-0097
 7/25/2006      (601)939-2330      05:57:05 PM

 ================ Sales Receipt ================
 Product          Sale    Unit          Final
 Description      Qty     Price         Price

 WASHINGTON DC 20415 EM                 $14.40
   PO-Add Flat Rate
   7.60 oz.
   Label #:       EQ241268358US
   Next Day Noon / Normal
   Delivery
   Return Rcpt (Green Card)             $1.85
                                        -----
                 Issue PVI:              $16.25

 WASHINGTON DC 20001 EM                 $14.40
   PO-Add Flat Rate
   7.80 oz.
   Label #:       E024        US
   Next Day Noon / N
   Delivery
   Return Rcpt (Green Card)             $1.85
                                        -----
                 Issue PVI:              $16.25

 WASHINGTON DC 20530 EM                 $14.40
   PO-Add Flat Rate
   7.30 oz.
   Label #:
   Next Day N
   Delivery
   Return Rcpt                          $1.85
                                        -----
                 Issue PVI:              $16.25
                                        ------
 Total:                                  $48.75

 Paid by:
  AMEX                                   $48.75
     Account #          XXXXXXXXXXX7142
     Approval #:        581670
     Transaction #:     120
  23 903264679 4234/03015

 Bill#: 1000300771115
 Clerk: 05

  - All sales final on stamps and postage
      Refunds for guaranteed services
        Thank you for your business
               Customer Copy
```

Express Mail label (handwritten):

TO: U.S. OFFICE OF PERSONNEL MANGT
ATTN: GENERAL COUNSEL MARK A. ROBBINS
CENTER FOR FEDERAL INVESTIGATIONS SVCS.
1900 E. STREET NW, SUITE 7353
WASHINGTON, DC 20415-1300

ZIP: 2 0 4 1 5 + 1 3 0 0