UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>PLAINTIFF<br><br>vs.<br><br>UNITED STATES OFFICE OF PERSONNEL MNGT<br><br>DEFENDANT | CIVIL ACTION NO:<br><br>1:06CV00008(RCL) |

RECEIVED

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANT (S) WITH ATTACHED PROPOSED ORDER AND CONSENT FORM TO PROCEED FOR A JURY TRIAL IF NECESSARY.

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Default against the United States Office of Personnel Management (OPM) for failing to comply with the court's instructions in providing an answer to the summons and complaint which was served on such agency by express mail delivery expressing urgency (See attachments Affidavit of Service and Postal Receipts).

The Defendants had 60 days or more to gather any necessary information needed to response to this honorable court and the Plaintiff regarding the initial complaint according to the court's instructions to response.

The Defendants have failed to request for an enlargement of time. The Defendants have failed to enter a Notice of Appearance; therefore, allowing the Plaintiff to enter this request and for the court to enter such default due to these failures expressed and presented to the court.

The Defendants should now be in default and the default should be sustained regardless of the Defendants entries or attempts to request for dismissal when the Defendants cannot

explain, express or show good cause for being late in responding or appearing before this honorable court.

The Defendants should not be treated any difference than any other person, agency or business who have appeared before any court in an untimely manner causing such person, agencies or businesses to be in default due to their acts of negligence.

The Plaintiff rest before this honorable court by placing and submitting his proposal order before the court; the Plaintiff is requesting the court to sign off and accepting this default. The Plaintiff wish not to waste any more time or delays causing the taxpayers more dollars arguing something that the Defendant cannot prove to the court that their actions were accurate, correct and not deliberately, not wrongfully and without malice.

The Plaintiff has provided the court with proof of service within <u>60 days or more</u> after being served on the federal employees which such complaint target. The Plaintiff has attached copies along with certified true copies of receipts showing all summons were delivery to the Office of Personnel Management (OPM) and its employees within the time frame expressed in this motion request.

Once again, the Plaintiff requests to enter and place such agency in default against the presented summons and complaint to response to the court with an answer to the complaint served on them by the United States Postal Service Express Mail.

All green cards have been provided to the court to confirmed receipt from the United States Postal Service. If all cards are not present the remaining cards will be present upon receipt.

The Plaintiff's Motion Request to Enter Discovery will follow after the Default has been entered.

Respectfully submitted,

*[signature]*
Sam L. Clemmons
Plaintiff, *Pro Se*

<u>Sam L. Clemmons vs. United States Office of Personnel Management (OPM)</u>; **CIVIL CASE NO: 1:06CV00008 (RCL)**

**Attachments:**

    Summons in Civil Action
    Affidavit of Services
    Affidavit of Service in Support of Default
    Copies of receipts showing cost and proof service
    Default Forms (3)
    Consent to Proceed Before a United States Magistrate Judge for All Purposes
    **Proposed Order**

CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) <br> ) <br> Vs. ) <br> ) <br> U.S. OFFC OF PERSONNEL ) <br> MANAGEMENT ) <br> ) | CASE NUMBER: <br> **1:06CV00008 (RCL)** <br> <br> REVISED COPY |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this _6TH_ day of _OCT_, _2006_, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) _U.S. ATTORNEY OFFICE @ 501 3RD STREET, NW, WASHINGTON, DC 20001_
was [were]:    [personally served with process on _____].
OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
_ON AUGUST 11, 2006 @ 12:37 P.M._____].
OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):

_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:

_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Sam L. Clemmons_
Attorney for Plaintiff(s) [signature]
_548 SAINT CHARLES PL_
_BROOKHAVEN, MS 39601_
_601-409-7758_

Bar Id. Number

Address and Telephone Number

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS  )
  )
Vs.  )
  )  Civil Action No. 06 0008-RCL
U.S. OFFC OF PERSONNEL  )
MANAGEMENT  )
   Defendant(s)  )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____
Attorney for the Plaintiff(s)

_____
Date

_____
Attorney for the Defendant(s)

_____
Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____
United States District Judge

_____
Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS ) CIVIL ACTION NO:
)
Plaintiff )
) 1:06CV00008(RCL)
vs. )
)
)
)
U.S. OFFICE OF PERSONNEL )
MANAGEMENT (OPM) )
)
Defendants )

## ORDER

Upon consideration of the Plaintiff's Motion requests to deny the Defendant's Motion requests after being served properly by the Plaintiff. The Defendants have not shown good cause. The Defendants have failed to properly submit a response in a timely manner before the close of court's business on October 10th, 2006 by 5:00 p.m. eastern standard time. The court finds the Defendants to be in DEFAULT.

After the Plaintiff has entered his Motion Request to Enter Discovery, I find it best suitable to render the Plaintiff a Summary Judgment by Default after entering confirmed facts against the Defendants showing acts of negligence and wrongdoing. The Plaintiff has demonstrated good cause shown by means of timely responses and proper service upon the Defendants.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 2006

_____
Honorable Royce C. Lamberth
United States District Court Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>9th day of October 2006</u>, a true copy of the **<u>PLAINTIFF'S MOTION REQUESTS TO ENTER DEFAULT BY THE OFFICE OF THE CLERK OF THE COURT AGAINST SUCH DEFENDANT (S) WITH ATTACHED PROPOSED ORDER AND CONSENT FORM TO PROCEED FOR A JURY TRIAL IF NECESSARY</u>** was served by certified mail with a return receipt and FedEx Express Delivery concerning case # **<u>1:06CV00008(RCL).</u>**

To: Defendant's Counsel

U.S. ATTORNEY OFFICE
501 3rd Street, NW
Washington, DC 20001
**CERTIFIED MAIL: <u>7006 0100 0001 6544 1948</u>**

U.S. OFFICE OF PERSONNEL MANAGEMENT
Attn: General Counsel Mark A. Robbins
Center for Federal Investigation Service
1900 E. Street, NW, Suite 7353
Washington, DC 20415-1300
**CERTIFIED MAIL: <u>7006 0100 0001 6544 1955</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530
**CERTIFIED MAIL: <u>7006 0100 0001 6544 1986</u>**

And

District Court for the District of Columbia
**Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

**FEDEX EXPRESS DELIVERY: # <u>8589 1470 6587</u>**

*[signature]*
Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601