IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MR. SAM L. CLEMMONS<br><br>    Plaintiff,<br><br>  v.<br>UNITED STATES OFFICE<br>OF PERSONNEL MANAGEMENT<br><br>    Defendant. | Civil Action No. 06-0008 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

              Respectfully submitted,

              _____/s/_____
              STEVEN M. RANIERI
              Special Assistant U.S. Attorney
              555 Fourth St., N.W.
              Room E4408
              Washington, D.C.  20530
              202-353-9895  / FAX 202-514-8780