IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MR. SAM L. CLEMMONS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> UNITED STATES OFFICE ) <br> OF PERSONNEL MANAGEMENT ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-0008 (RCL) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 9, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.


                                                                    Royce C. Lamberth
                                                                    United States District Judge

Copies to:
MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780