UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0008 (RCL) |
| ) | |
| UNITED STATES OFFICE ) | |
| OF PERSONNEL MANAGEMENT ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 20__,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 20__.

_____
Royce C. Lamberth
United States District Judge

Copies to:
MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

STEVEN M. RANIERI
Special Assistant U.S. Attorney

Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780