**Sam L. Clemmons**
**548 Saint Charles Place**
**Brookhaven, MS 39601**
*1-866-409-7758*

CrW7AJB
009422

July 15, 2003

Department of Justice
DEA's Freedom of Information Section
Record Management Section
Washington, DC 20537

**Re: Request for release of private information in my record**

Dear Department of Justice:

I am in receipt of your letter to request for the release of information you have in my record concerning something may have surfaced in my background investigation in relation to my employment history, financial responsibility, and personal conduct.

This is very surprising to have been informed as of today that such exist when I have maintained employment to the best of my abilities to pay my creditors, and to support my family. I see no problem in my credit in paying my debt or creditors....I maintained a high credit score with an average of 800. My personal conduct, I would like to know what problems I have had since my up bringing and through out my years. When I have conducted myself in a very noble way and have never done any wrong to anyone. I have volunteered a great deal of my time assisting and helping the community. I see no problem where there should be a personal conduct mark against me. My character speaks for itself. I'm a very honesty and a loyal person with a great deal of integrity.

I will wait for your release of this information attached with the information concerning a subject by the name of Richard D. Scott as I was clearly informed by your DEA agent (E.C. Earls) as to him having and using my identity. According to your agent finding and conversation with me, I was informed that I passed all phases of the process. Your letter state otherwise.

It's ashamed that I never had the chance to rebuttal, explain or submit support information to counter whatever derogatory marks someone has placed against me.

From your letter and the DEA finding in it's background it seem as if you have allow others to make the formal decision about me not becoming a DEA agent. I wonder was this process fair?



My honesty is in my application and by me passing the polygraph exam should suffice for itself.

Sincerely,

Samuel L. Clemmons

███████████Recruit

Enclosures (3)
            CC: Nancy A. Lane
                Gary W. Hart