

# U.S. Department of Justice

## Drug Enforcement Administration

FEB 2 8 2004



Washington, D.C. 20537

| | |
|---|---|
| DEA Request Number: | 04-0355-P |
| Requester: | SAMUEL CLEMMONS |
| DEA FOI Specialist: | RENEE JACKSON |
| Telephone Number: | (202) 307-7617 |

Mary G. Miller, FOI/PA Officer
Office of Personnel Management
1900 E Street, N.W., Room 5415
Washington, D.C. 20415

Dear Ms. Miller:

In processing the enclosed request, the Drug Enforcement Administration (DEA) has located documents which originated within your agency. These documents are being referred to your Office for review and a direct response to the requester.

We have also enclosed a copy of our response to the requester.

If you have any questions regarding this referral, you may contact the FOI Specialist indicated above.

Sincerely,

Katherine Myrick

Katherine L. Myrick
Chief, Operations Unit
FOI/Records Management Section

Enclosures