

United States
**Office of
Personnel Management**

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:                    Your Reference:

March 10, 2004

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Dear Mr. Clemmons:

This is in reference to your July 15, 2003, request to the Drug Enforcement Administration (DEA) for a copy of information contained in your record. The DEA referred documents that originated with the Office of Personnel Management for our review and response to you. Your request was received in this office on March 5, 2004, and is being processed. We will send the material to you by certified mail as soon as possible.

Sincerely,

*Shirley McKinley*

Shirley McKinley
FOI/PA Specialist

CON 132-48-9
November 2003