

United States
# Office of
# Personnel Management

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:            Your Reference:

July 8, 2005

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Dear Mr. Clemmons:

This is in further reference to your July 15, 2003, request to the Drug Enforcement Administration (DEA) for information contained in your record. DEA referred documents that originated with the Office of Personnel Management for our review and response to you. We sent you an interim response on March 10, 2004.

The enclosed documents have been reviewed pursuant to the provisions of the Privacy Act of 1974, as amended. Document 6 contains information that originated with U.S. Army Crime Records Center (ACRD). We are in the process of consulting with ACRD regarding the releasability of this information. Also, we are withholding information from Documents 5 and 36 on the basis of the Freedom of Information Act exemption (b)(3) and the Privacy Act exemption (j)(1).

If you wish to appeal these deletions, you may do so by submitting a written request to the Office of the General Counsel, Office of Personnel Management, 1900 E Street, NW, Washington, DC 20415-0001. An appeal should include a copy of your request, a copy of this letter, and a statement explaining why you believe this decision is in error.

If you have any questions regarding this response, please contact the Freedom of Information Privacy Act Services Branch at 724-794-5612.

Sincerely,

*W. Alexander*

Wynette Alexander
FOI/PA Specialist

Enclosures