

**United States**
# Office of
# Personnel Management

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:   Your Reference

July 8, 2005

Director
U.S. Army Crime Records Center
Attn: Freedom of Information/Privacy
   Act Division
6010 6th Street
Fort Belvoir, VA 22060-5506

Subject: Samuel Lennious Clemmons Jr.

Date of Birth: ■■■■■■■

SSN: ■■■■■■■

In response to the enclosed FOI/PA request, we are forwarding to you:

☐ The enclosed document(s) that originated in your agency. Please review this data for release determination and respond directly to the requester regarding your decision. We have advised the requester of this referral.

☒ The enclosed Document 6 is for your agency's review. Please make any necessary deletions only to the information bracketed in red and return it to our office. We have notified the requester of our interim action and will respond directly to the requester concerning the final action taken on the document. We have already responded to the requester regarding the remaining information on the document.

If you have any questions about this referral, please contact the Freedom of Information/Privacy Act Services Branch at 724-794-5612.

Sincerely,

W. Alexander

Wynette Alexander
FOI/PA Specialist

Enclosures

INV FORM 40 (8/98)
U.S. OFFICE OF PERSONNEL
MANAGEMENT (5 CFR 736)

**GENERAL REQUEST FOR INVESTIGATIVE INFORMATION**
U.S. GOVERNMENT USE ONLY

AUG 15 2000 5 3 3 7

FROM:
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIONS PROCESSING CENTER
PO BOX 618
BOYERS, PA 16018-0618          *** EXPEDITE ***

CASE NUMBER: 00008928

TO:
DIRECTOR
U.S. ARMY CRIME RECORDS CENTER
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6TH ST. ATTN: RECORDS MAINTENANCE
FORT BELVOIR, VA 22060-5585

INSTRUCTIONS: WE ARE INVESTIGATING THE PERSON IDENTIFIED BELOW. PLEASE SEARCH YOUR RECORDS, INDICATING THE RESULTS BY MARKING ONE OF THE OVALS ON THE REVERSE OF THIS FORM. IF ANY PERTINENT INFORMATION IS CONTAINED IN YOUR RECORDS, PLEASE SEND A PHOTOCOPY AS AN ATTACHMENT TO THIS FORM. IF A PHOTOCOPY IS NOT AVAILABLE, REPORT THE PERTINENT INFORMATION IN THE "REMARKS" SECTION. PLEASE RETURN THE COMPLETED FORM, WITH ANY ATTACHMENTS TO THE OFFICE OF PERSONNEL MANAGEMENT AT THE ADDRESS SHOWN ABOVE.

| CASE TYPE | FIPC USE | ITEM NUMBER | ITEM TYPE |
|---|---|---|---|
| 3 0 | 1 | 0 0 2 | 0 0 |

**FULL NAME (LAST, FIRST, MIDDLE)**
CLEMMONS, SAMUEL LENNIOUS JR

**OTHER NAMES USED**
08/1994 07/1999 CLEMMONS, LENNIOUS

000801 129

**DATE OF BIRTH**: [REDACTED]
**SOCIAL SECURITY NUMBER**: [REDACTED]
**POSITION FOR WHICH INVESTIGATED**: SPECIAL AGENT

**PLACE OF BIRTH**
ST LOUIS, MO

**ADDITIONAL INFORMATION FOR YOUR RECORD SEARCH**
YR INDEXED: 1994  FILE NO: 04-31332A5M3A5G2  RAC: XK-075  USE CODE: 02

DATE OF REQUEST - 06/23/2000