

**DEPARTMENT OF THE ARMY**
U. S. ARMY CRIMINAL INVESTIGATION COMMAND
6010 6TH STREET
FORT BELVOIR, VIRGINIA 22060-5506

REPLY TO
ATTENTION OF

JUL 2 6 2005

U.S. Army Crime Records Center
(FP05-1612)

Ms. Wynette Alexander
FOI/PA Specialist
U.S. Office of Personnel Management
Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

Dear Ms. Alexander:

   This is in response to a referral sent to this headquarters by your agency pertaining to Samuel Lennious Clemmons Jr. Your request was received on July 13, 2005.

   After reviewing the referred excerpt, bracketed in red, it is being returned to your office for appropriate action and direct reply to the requester (enclosure). The excerpt may be released in its entirety.

   The point of contact regarding this matter is Mrs. Lora Ballard, (703) 806-3415, DSN 656-3415.

                                           Sincerely,



                                           Phillip J. McGuire
                                           Director, Crime Records Center

Enclosure

Printed on Recycled Paper