

United States
**Office of Personnel Management**

Center for Federal Investigative Services
Federal Investigations Processing Center
Boyers, Pennsylvania 16018-0618

In Reply Refer To:                           Your Reference:

August 5, 2005

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Dear Mr. Clemmons:

This is in reference to our letter to you dated July 8, 2005. We are sending you Document 6 that the Department of the Army returned to our office for release to you. This data is being furnished with no deletions.

If you have any questions regarding this response, please contact the Freedom of Information Privacy Act Services Branch at 724-794-5612.

Sincerely,

*W Alexander*

Wynette Alexander
FOI/PA Specialist

Enclosures

CON 132-48-9
November 2003

INV FORM 40 (8/98)
U.S. OFFICE OF PERSONNEL
MANAGEMENT (5 CFR 736)

**GENERAL REQUEST FOR INVESTIGATIVE INFORMATION**
U.S. GOVERNMENT USE ONLY

AUG 15 2000  5 3 3 7

FROM:
UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIONS PROCESSING CENTER
PO BOX 618
BOYERS, PA 16018-0618          *** EXPEDITE ***

TO:
DIRECTOR
U.S. ARMY CRIME RECORDS CENTER
U.S. ARMY CRIMINAL INVESTIGATION CMD
6010 6TH ST. ATTN: RECORDS MAINTENANCE
FORT BELVOIR, VA 22060-5585

CASE NUMBER: 00008928

INSTRUCTIONS: WE ARE INVESTIGATING THE PERSON IDENTIFIED BELOW. PLEASE SEARCH YOUR RECORDS, INDICATING THE RESULTS BY MARKING ONE OF THE OVALS ON THE REVERSE OF THIS FORM. IF ANY PERTINENT INFORMATION IS CONTAINED IN YOUR RECORDS, PLEASE SEND A PHOTOCOPY AS AN ATTACHMENT TO THIS FORM. IF A PHOTOCOPY IS NOT AVAILABLE, REPORT THE PERTINENT INFORMATION IN THE "REMARKS" SECTION. PLEASE RETURN THE COMPLETED FORM, WITH ANY ATTACHMENTS TO THE OFFICE OF PERSONNEL MANAGEMENT AT THE ADDRESS SHOWN ABOVE.

FULL NAME (LAST, FIRST, MIDDLE): CLEMMONS, SAMUEL LENNIOUS JR
OTHER NAMES USED: 08/1994 07/1999 CLEMMONS, LENNIOUS

000801 129

DATE OF BIRTH: [redacted]
SOCIAL SECURITY NUMBER: [redacted]
POSITION FOR WHICH INVESTIGATED: SPECIAL AGENT
PLACE OF BIRTH: ST LOUIS, MO

ADDITIONAL INFORMATION FOR YOUR RECORD SEARCH:
YR INDEXED: 1994  FILE NO: 04731332A5M3A5G2  RAC: XK-075  USE CODE: 02

DATE OF REQUEST - 06/23/2000