

**OFFICE OF THE GENERAL COUNSEL**

**UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT**

1900 E Street, NW, Suite 7353
Washington, D.C. 20415-1300
(202) 606-1700 Fax (202) 606-0082/2609

NOV 15 2005

Mr. Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

Dear Mr. Clemmons:

    This is in response to your Freedom of Information Act Appeal which the Office of the General Counsel, Office of Personnel Management (OPM) received on July 28, 2005. In your appeal, you seek to obtain un-redacted copies of documents (numbers 5 and 6) that OPM sent to you on July 8, 2005. For the following reasons, OPM is referring your appeal to the Central Intelligence Agency (CIA) for action.

    Exemption 3 of FOIA protects those records that are specifically exempted from disclosure by statute provided that the statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion in the issue, or (B) establishes particular criteria for withholding of information or refers to particular types of matters to be withheld. 5 U.S.C. § 552(b)(3). Section 102(d)(3) of the National Security Act of 1947 requires the Director of the CIA to protect "intelligence sources and methods from unauthorized disclosure." The Supreme Court has held that section 102(d)(3) of this Act qualifies as a withholding statute under subpart (B) of FOIA's Exemption 3. *See CIA v. Sims*, 471 U.S. 159, 167 (1985). Because the responsibility for protecting "intelligence sources and methods from unauthorized disclosure" is under the purview of the CIA, OPM is not the appropriate agency to respond to your appeal. Consequently, we are referring your appeal to the CIA.

                                                    Sincerely,

                                                  Mark A. Robbins
                                                  General Counsel

cc:   Kathy Baker
       Federal Investigations Processing Center
       Office of Personnel Management