

Washington, D.C. 20505

12 August 2005

Mr. Samuel L. Clemmons
P. O. Box 1001
Brookhaven, MS 39602

Reference: P-2005-00770

Dear Mr. Clemmons:

On 11 August 2005 we received your 8 August 2005 letter requesting records about you. We have assigned your request the reference number above. Please use it when communicating with us so that we can easily identify your request.

We have accepted your request and will process it according to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, and the Privacy Act of 1974, 5 U.S.C. § 552a. Unless you object, we will search for CIA-originated records existing through the date of this acceptance letter. We will not charge fees.

The large number of FOIA requests CIA receives has created unavoidable processing delays making it unlikely that we can respond within the 20 working days the FOIA requires. You have the right to consider our honest appraisal as a denial of your request and you may appeal to the Agency Release Panel. A more practical approach would permit us to continue processing your request and respond to you as soon as we can. You will retain your appeal rights and, once you receive the results of our search, can appeal at that time if you wish. We will proceed on that basis unless you tell us otherwise.

Sincerely,

*Chris K.*

for Scott Koch
Information and Privacy Coordinator