Central Intelligence Agency



Washington, D.C. 20505

24 August 2005

Mr. Samuel L. Clemmons
P.O. Box 1001
Brookhaven, MS  39602

Reference: P-2005-00770

Dear Mr. Clemmons:

    This letter is a final response to your 8 August 2005 request for information about you. We processed your request under the Freedom of Information Act and the Privacy Act. We searched for CIA-originated records existing through the date of our 12 August 2005 letter accepting your request.

    We were unable to identify any information or records filed under your name.

    Our searches were thorough and diligent, and it is highly unlikely that another effort would change the result. Nevertheless, you have the legal right to appeal our inability to find relevant records. You may address your appeal to the Agency Release Panel, in my care, within 45 days of the date of this letter. Please explain the basis of your appeal.

    We appreciate your continued patience and understanding while we processed your request.

                                     Sincerely,

                                     Chris K.

                                   Scott Koch
                Information and Privacy Coordinator

