UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| PLAINTIFF | ) | |
| | ) | **1:06CV00008(RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

RECEIVED

JAN 8 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION REQUESTS TO SUSTAIN DEFAULT ENTRY AFTER RECEIVING DEFENDANT'S RESPONSE AFTER THE FACTS HAS BEEN ENTERED FOR THE RECORD MOVING THE COURT FORTH TO RULE BY MEANS OF SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANTS FAILURES TO ENTER AN APPROVED RESPONSE IN A TIMELY MANNER

Comes Now Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Court to sustain such assumed entry of default against the United States according to the Federal Rules of Civil Procedures, Rule 56 (e) which states no judgment by default shall be entered against the United States or an officer or agency thereof unless the claimant establishes a claim or right to relief by evidence satisfactory to the court. The Plaintiff who is the claimant has established such by means of proper affidavit of service of releasing evidence satisfactory to the court and after receiving no supportive documentation to grant an enlargement of time in this case according to the Federal of Civil Procedures Civ.R. 50(b) and (c) (2), 52 (b), 59 (b), (d) and (e), and 60(b), except to extent and under conditions stated in them. Civ.R. 6(b). The rules of the law states that time may be extended by the Court according to Civ. R. 6 (d).

The Plaintiff expresses the Defendants failures below according *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933) as follows:

1.   The Defendants have failed to provide the Court and the Plaintiff with such documentation.  The Plaintiff would advise the Defendants to review and examine the Time Table for Lawyers in Federal Civil Cases. This time table doe not say, state or express that a party cannot bring suit against the government and the government is exempt under sovereign immunity.

2.   The Defendants have failed to provide the Plaintiff the **full field** background investigation as declared under the Freedom of Information Act and Privacy Act. True testimonies are still missing from the investigation. Therefore, such return of the Plaintiff's background investigation back to the Defendants does not constitute releasing such information under the Freedom of Information Act and Privacy Act within 20 days as required by the law. Fraud was discovered and such agency was made aware causing such process to be incomplete, which is now view as never receiving the Plaintiff's **full field** background investigation report. The Plaintiff had one cannot prevail any in court of law in regards to deceit issues. The Defendants' background investigation report was one of deceit.

3.   The Defendants have failed to understand according to the federal law it is prohibit to use or make false statements about anyone under an order federal investigation as such the Plaintiff has proven in his submission before the Court.

The Plaintiff has shown good cause by providing this honorable court all documentation in the total amount of 660 pages to show good cause and why such demands according to Federal Rules of Civil Procedures Rule 38 (b) (c) which the Plaintiff has demanded in his initial

complaint and is now demanding in this rebuttal to the Defendants' outrageous without merit

claim to dismiss this case or requesting a judgment in part should be honored.

If the Defendants failed to understand this communication and for some reason think

such communication is confusing then the Defendants too should review the Federal Rules of

Civil Procedures Rule 38 (b) (c) and should not seek assistance from the Court after reading and

accepting this motion request before the Court.

The Defendants were provided the 660 pages of documentation to support the Plaintiff's

request to be performed by the Office of the Clerk to entering default against the Defendants so

that if the Defendants wish to appeal the Court's ruling the Defendants have the evidence to

support such default entry. The information that the Plaintiff sought under the Freedom of

Information Act and Privacy Act was not received in whole but in part resulting in the Plaintiff

returning such information back to the Defendants by via registered mail with the Court being

the Plaintiff's witness to the facts according to the laws and instructions of the Court.

The Freedom of Information and Privacy Act clearly states before the court that any

government agency who is sued under the Freedom of Information Act and Privacy act has <u>20</u>

<u>days</u> by law to produce and provided the requestors' information sought. The Defendants have

exhausted their time according to the law and should now report such fraudulent activity

according to the law to the United States Attorney General Office. The Defendants has not

provided the Plaintiff his **full field** background investigation report therefore, the Plaintiff is now

demanding a full jury trial according to Rule 38 (b)(c) for the relief sought due to these illegal

activities performed by these Federal Employees. This request is submitted in a timely manner

before 10 days after finally receiving the Defendant's response.

Therefore in the next response submitted to the Court by the Defendants the Plaintiff is

expecting to receive all disclosures such as the Defendants have received from the Plaintiff to

move forth for a Summary Judgment by Default or a jury trial whichever one is acceptable and agreeable by the Court and the Defendants.

The Defendants have to understand that there is a choice by the Defendants and they are either to accept the Summary Judgment by Default or accept the jury trial. If the Defendant accepts the Summary Judgment by Default the Plaintiff will be willing to maintain the silence of this case and will not add or say anything in nature to this case to anyone. This should be a clause added in the Defendants settlement agreement if such is agreeable upon. If not, then a jury should hear this case in full details and rule according to the evidence that has been submitted on both sides making such issue available to the public as a whole.

The Freedom of Information Act and Privacy Act continue to tell us that.... Let the law stand and the law states itself in saying, according to section (b) of the Freedom of Information Act it clearly states that on complaint, the District Court of the United States in the District in which the complainant resides, or has his principle place of business, or in which the agency records are situated, or in the District of Columbia. This District Court has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant. In such a case the court shall determine the matter de novo in what the Plaintiff has requested in this MOTION before the courts. The Court may examine the contents of such agency records in camera to determine whether such records or any part thereof shall be withheld under any of the exemption set forth in subsection (b) of this section, and the burden is on the agency (The Defendants) to sustain its action. In addition to any other matters to which a court accords substantial weight, a court shall accord substantial weight to an affidavit of an agency concerning the agency's determination as to technical feasibility under paragraph (2)(c) and subsection (b) and reproducibility under paragraph (3)(b). It is known for the records that whenever the court orders the production of any agency records improperly

withheld from the complainant (the Plaintiff) and assesses against the Untied States reasonable

attorney fees and other litigation costs, and the court additionally issues a written finding that the

circumstances surrounding the withholding raise questions whether agency personnel acted

arbitrarily or capriciously with respect to the withholding, the Special Counsel shall promptly

initiate a proceeding to determine whether disciplinary action is warranted against the officer or

employee who was primarily responsible for the withholding. The Special Counsel, after

investigation and consideration of evidence submitted, shall submit his finding and

recommendations to the administrative authority of the agency concerned and shall send copies

of the finding and recommendations to the officer or employee or his representative. The

administrative authority shall take the corrective action that the Special Counsel recommends. In

this case today before the courts special actions needs to be administrated upon the Defendant's

counsel for coming into the honorable courts and trying to mislead the courts and failure to

present the facts according to the statements made in their submissions to the courts causing **all**

theirs statements to be in dispute and in question and the Plaintiff still has never received a

genuine but true copy of the Plaintiff full field background investigation to support or counter

attack such documents provided to the Court, Jury and the Defendant by noble citizens of this

Country expressing they were never contacted by the Office of Personnel Management.

   The Plaintiff is requesting the facts to every statement such Defendant and Defendant's

counsel wish to make. "Without facts, you have nothing" "You must provide the facts, proof to

support your statements" If you state that the Defendants has illegally but wrongfully printed a

statement under federal funds and such statement cannot be justified then such Defendants must

remain in accordance with section (5), the Attorney General of the Untied States should use this

case upon his submission of submitting an his annual report on or before April 1 of each calendar

year which shall include for the prior calendar year a listing of the number of cases arising under this section, the exemption involved in each case, the disposition of such case, and the cost, fee and penalties assessed under subparagraphs (E),(F), and (G) of subsection (a)(4). Such report shall also include a description of the efforts undertaken by the Department of Justice to encourage agency compliance with this section. As for the court can see by the Defendants long drawn out process and proof in failure to comply with the laws by making multiple false claims or statements they cannot justify by any true means of serving the Central Intelligence Agency by Affidavit means to justify such statements written is a honest but true statement.

The Plaintiff is requesting the facts to every statement such Defendant and Defendant's counsel wish to make. "Without facts, you have nothing" "You must provide the facts, proof to support your statements". If you cannot then its best not to make any statements whatsoever that will be used against you in any court of law.

This case should be given congressional attention and interest in establishing severed punishment to those who failed to obey the law, comply with the law and provide truthful information within the law and under the law.

These individual names should be placed in a national criminal database to cause humiliation, embarrassment, and set backs in their futures or careers just as the Plaintiff has proven to the Court that such deviant act was imposed upon the Plaintiff without any military orders, court orders or any commander approval such as what the Defendant's Counsels are trying to mislead the court to justify any of their actions in this court of law.

The Defendants are licensed attorneys as well as they have expressed and so many times emphasized that the Plaintiff is filing under *Pro Se* status. The Plaintiff too add that there is no excuse in the rules of law for any licensed attorney to show up late in filing the necessary

paperwork requesting for an enlargement of time or showing up late for any deadline date set and emphasized by the court.

When one is late, you're late and ignorance of the law is no excuse.

The Defendants received 660 pages of facts / evidence provided by the Plaintiff revealing and proving this honorable court with the truth and showing the court that many laws of the United States Constitution has been violated and the United State Office of Personnel Management is now responsible for violating these laws under <u>111 ALR, Fed. 295 and 18 U.S.C.A. § 1001 (2) (15) (34).</u>

4. Upon receipt of the facts, the Defendants still have failed to comment or elaborate on all the issues that are now against the Defendants and not against the Plaintiff.

5. The Defendants have failed to provide the Plaintiff and the Court with any facts of an order investigation in such false statements stating the Plaintiff tried to fraud the United States Government and failed to provide and state the amount of such attempt to fraud the United States Government.

6. The Defendants have failed to attempt to express any resolution or attempts to resolve the problems they are now confronted with in their own documentation in print. They now wish to hold their witnesses responsible for such violation in many attempts in trying to mislead the Court with issues of lack of jurisdiction before the Court when the jurisdiction rests within Washington, DC where the Defendants or business exists.

The Defendants have had over <u>120 days or more</u> to gather any necessary information needed to response to or correct this lawsuit or to find some sort of resolution to the problem. The Defendants have failed to establish this resolution by turning over the Plaintiff's complete background investigation and all documents to support the Defendants' issues as stated and expressed against the Plaintiff.

On December 20, 2006 the Plaintiff finally receives the Defendants' response before the Court entitled Defendant's Motion to Dismiss in part and for Summary Judgment in part which is an outrageous and very confusing stance after the Plaintiff's Motion Request to Enter Default and after the Plaintiff's Motion Request to Enter Discovery to support such Default entry request. The Defendants' Motions request should be squash from the record unless a jury trial is requested or a Summary Judgment by default is honored. The Defendants' response before this Court is an admission of guilt and not an innocent one. There is no ground where anyone who is found guilty of wrongdoing is entitled to a motion to dismiss in part or a summary judgment in part.

The Plaintiff have read the Defendant's disjointed response and request to dismiss but feels that such request is not appropriate and not necessary when the Defendants are the one who is overall responsible for investigating, accepting and printing these illegal statements under a national security background investigation which is wrongful and illegal to mislead the United States Government. Once again this is a serious violation under 111 ALR, Fed. 295 and 18 U.S.C.A. § 1001 (2) (15) (34). The Plaintiff cannot be held liable or at fought for the Defendants (OPM) believing and accepting outrageous but bogus testimonies from those they wish to print and mislead others within the Department of Justice and this honorable court.

After reading the Defendant's response the Defendants wishes to make every attempts to cover up for their wrongdoing and tries to point the finger at others who the Defendants cannot protect because those cases in which the Defendants has mention speaks for themselves. If any of the Defendant's witnesses are in default the Defendants should be the same. If any of the witnesses have been found guilty for misleading this court then the Defendants should be the same…that's the Plaintiff's argument in plain but simple forum.

7.  The Defendants failed to realize and understand that the Plaintiff is just a small person who gave all his personal information to the Federal Government's

agencies and it was these agencies that either conducted a fraudulent investigation or intentionally entered false information about the Plaintiff without any confirmation to the illegal allegations. Those acts alone are intentional and with malice and should not given any special treatment.

8. The Defendants failed to realize and understand that their lies or misleading statements are no different from those thousands who are arrested for giving false information to the federal government. If these federal agencies are arresting people for criminal activities then who will be arresting those who have been found to be in violation of laws under these investigation.

9. The Defendants failed to realize and understand that it was their brilliant investigators who step outside their lines of duties in conducting a legitimate investigation to invade or pry into many areas that were not their responsibility and without the Plaintiff's consent adding and causing this lawsuit. If the Defendants feel they did everything correct and according to the law. The Defendants would not have one reason in not signing the consent form to proceed before a jury trial.

10. The Defendants failed to provide any consent form signed by the Plaintiff giving them rights to go above and beyond the law.

It was the Defendants who chose to print such report and distribute the fraudulent information to others without any proof to justify and support the Defendants' fraudulent behavior making the Defendants too be liable for damages and criminal activities.

The Defendants now allegedly states that the Plaintiff failed to state a claim upon which relief can be granted according to Federal Rule 8. The Plaintiff has stated and continue to express a claim upon which relief can be granted and the Plaintiff simple claim is as follow: (1) Honor such damages by awarding the Plaintiff what is now due, due to the Defendants being in default

under the Federal Tort Claims Act. (2) The Plaintiff is now requesting once again to remove all the Plaintiff's personal information from the Defendant's database because such information has been proven as fraud. (3) The Plaintiff is requesting the Defendant to change its practice and tactics when completing anyone background investigation. The Defendant (OPM) should confirm such allegedly claim statements with facts before printing and reporting any information against someone in attempts to mislead the government. (4) The Defendants should provide a written communication of apology through the court to the Plaintiff and the Plaintiff's family immediately addressing an apology for the hardship such agency has caused both the Plaintiff and the Federal Government. (5) The Defendants should also provided apology letters to the DEA and the CIA, for making and informing such agencies of such bogus statements against the Plaintiff. (6) The Defendants must report the final outcome of this lawsuit to the Attorney General Office according to the guidelines of the Freedom of Information Act and Privacy Act before April 1, 2007 bring this case to a close either with a jury trial or award settlement outright without any further loss or expenses upon the American Taxpayers.

Regardless of the Defendant's responses, statements, oppositions, etc. The Plaintiff truly he has proven his point under the Freedom of Information Act in which the Defendant had 20 days by law to provide the Plaintiff and let the record show and stand the Defendants have on multiple occasions violated such law. As of this date this information is given to the Court and the Defendants the Defendants have not yet provided the **full field background investigation** as required by law testimonies are still missing which makes the investigation report misleading and not acceptable in any court of law.

The Plaintiff case before this Court should not be treated or handle any difference from other cases that has come before this Court in relations to Freedom of Information Act and Privacy Act violation in which such agencies such as this agency has continued to violate the law and try to use other case laws that are totally difference against these circumstances or elements

1  pending before this honorable court. Let the history of the court stand that there has been many

2  cases in which the U.S. District Court for the District of Columbia had to honor after federal

3  agencies could not validate a record that such agency fraudulent maintain on many American's

4  citizens. Due to these agencies failures those citizen was awarded accordingly and according to

5  the laws under which such violation occurred.

6      The Defendants will be wasting their time if they are now claiming that they have release

7  to the Plaintiff such records the Plaintiff sought under the Freedom of Information Act and

8  Privacy Act. If such did occurred the Plaintiff will have all the facts to support the Defendants'

9  witness's statement as stated in a federal government database. The Defendants have not

10  provided the Plaintiff with one piece of raw facts to support any negative or derogatory statement

11  made against the Plaintiff to tag the Plaintiff as a criminal and unfit to be apart of this

12  government employment.

13      The Defendants are now in default and the Defendants need to accept such default and

14  move forth to correct their tactics and their means and ways in conducting federal government

15  business.

16      The Plaintiff should not have to be the one to continue to suffer when it was the

17  Defendants who did wrong and cannot validate their actions before this honorable court. The

18  Plaintiff's Discovery Motion speaks for itself there is nothing more the Plaintiff feel or need to

19  add before the Court.

20      The Defendants will have to defend all the allegations or fine print the Defendant is

21  responsible for printing and misleading the government concerning the Plaintiff not the Plaintiff.

22        11. The Defendants failed to understand that all the slanderous comments made in the

23          fraudulent investigation report are comments of the Defendants.

24

25

12. The Defendants failed to understand and realize that the entire Defendants' witness statements are contradictory to their facts statements provided under an order federal investigation.

13. The Defendants failed to understand if the Plaintiff cannot pass this background investigation what make the Defendants think the Plaintiff can pass others?

14. The Defendants failed to understand that all identity theft problems existed when the Defendants failed to acknowledge information illegal discovered in the background investigation by denial or giving the Plaintiff the rights to appeal any of the issues or all comments now made and expressed by the Defendants. This is proven discrimination practice and conduct by the Defendants.

15. The Defendants failed to understand that all deformation character issues or concerns rest upon the Defendants due to their negligence actions.

16. The Defendants have failed to provide the Court or the Plaintiff with any factual information justifying any of their comments or actions that will be used in the Plaintiff's request for a jury trial.

17. The Defendants failed to provide the Court and the Plaintiff with the certified return receipt of the alleged claim letter they attached in their response dated March 10, 2004 that the Plaintiff never received from the Defendants. The Plaintiff first time communication from the Defendants was in June of 2005. Once again all the documents the Defendants have submitted should be remove because all are not true and correct. Those agencies too are responsible for wrongdoing. The Plaintiff will prove such at time of a jury trial as requested by the Plaintiff.

18. The Defendants failed to express a claim as to how such complaint can be settled outside of the Courts.

19. The Defendants failed to compare or explain the different between the Internal Revenue Investigation and the CID the CID is no different from Internal Revenue Service. The IRS investigate thousands of citizen concerning tax fraud does the IRS report and enter every person they investigate and enter and place their personal information in a criminal database labeling each citizen as a criminal in an intentional attempt to destroy their name and their character? The Plaintiff is not ignorant into thinking so and the Plaintiff knows the presiding judge don't think so either. So the Defendants' statements against the facts hold no merit whatsoever. The Defendant allowed the CID to use the Office of Personal Management to continue their fraudulent activities to cause hurt and harm upon the Plaintiff which now the OPM is responsible for their damages which are linked to the CID for their illegal activities for failures to justify and see that such activities are illegal and perform an on the spot correction to prevent further damages upon the Government.

The Plaintiff was never a subject matter under any investigation performed by the CID. If so the Defendant should produce confirmed documentation justifying every possible angle the Defendants wishes to prove their claim. As of this date under the Freedom of Information Act and Privacy Act they have not, it just has been a false allegation without true facts of evidence to support such false claim of the Plaintiff being investigated. This stance or approach alone is a serious violation of 111 ALR, Fed. 295 and 18 U.S.C.A. § 1001 (2) (15) (34) which cannot be used or held against the Plaintiff coming from both the CID and the OPM making both to be in violation of the laws of the United States of America.

If the Defendants were clever enough to see, they too can see and tell through their communication on the matter or issue with the CID that the CID never had jurisdiction or rights to investigate anything when the Plaintiff was not or no longer in the military. If there was an

issues or concern regarding a small claim matter the U.S. Attorney Office was the appropriate avenue to conduct such an investigation in whatever they are trying to impose upon the Plaintiff. Once again ignorance of the law is no excuse.

      20. The Defendant's witnesses (CID) has still failed to consent to a jury trial if such facts provided to the Defendants (OPM) were true and just investigation is legal and correct on the record. One should question why the Defendants have failed to move forth for a jury trail to justify their statements made and given to the OPM was a fact.

      21. The Defendants failed to produce one document signed by the Plaintiff acknowledging such alleged but fraudulent investigation in reference to a false claim against the United States Government totaling $500.00.

      22. The Defendants failed to produce or mention other illegal activities and conducts performed by the United States Government employees that the Defendants should have discovered during their thorough investigation the Plaintiff will use as evidence doing the Plaintiff's demand jury trial.

      23. The Defendants failed to understand, elaborate or submit the Plaintiff's polygraph examining from the DEA's results resulting in a passing score concerning any unethical activities in the Plaintiff past or against the United States of America. The polygraph results are admissible in Court statements of hearsay are not as given by CID to the Defendants without facts to support them.

Therefore, if the Defendants wish to use such as their excuse to withhold information of the Plaintiff under the Freedom of Information Act and Privacy Act then the Plaintiff request the Defendants to provide the facts to support what they are saying in their documentation to be used in a jury trial to support their actions.

24. The Defendants failed to admit that such wrongful actions or statements against the Central Intelligence Agency were wrong and misleading. Which is a serious violation of the law and should automatic justify such default should stand against the Defendants.

25. The Defendants failed to provide supportive evidence to support others in their report that provided fraudulent information against the Plaintiff as if the Defendants tried to do by providing such letters from the CID, DEA, and OPM to support their actions. All these agencies are in violations and any documents provided by them should not hold any merit of evidence submitted on behalf of the Defendants. These letters should be dismissed without prejudice.

26. The Defendants failed to provide any supportive documentation to support such letters attached or such illegal allegation of an investigation being performed on the Plaintiff, for example military orders requesting or calling for a federal investigation or any letters from the U.S. Attorney's Office requesting such to remain inside of such jurisdiction or authority to conduct such actions one wishes or wanted to taint the Plaintiff's professional record or career.

27. The Defendants failed to provide supportive evidence directed to the OPM coming from the Central Intelligence Agency in relation to the statement of letter dated November 15, 2005 expressing allegedly appealing to the CIA, i.e. referral notices sent to the CIA requesting to appeal or requesting better explanation of such alleged issues which was fraudulent claimed by the Defendants.

28. The Defendants failed to inform the Court and the Plaintiff that such appeal rights has now been exhausted with no documentation shown in the record of any communication coming from the CIA to the Defendants which is certified as misleading the court and the United States Government.

The CIA letters attached to the Defendant's response are letters provided to the Plaintiff by the CIA and not letters provided to the Defendants concerning their statements saying "In your appeal, you obtain un-redacted copies of documents (number 5 and 6) that OPM sent to you on July 8, 2005. For the reasons, OPM is referring your appeal to the Central Intelligence Agency (CIA) for action." As this honorable court can see that such attempt performed by the Defendants are misleading and that such attached letter in attempts to support the Defendant's letter to the Plaintiff dated November 15, 2005 is after the CIA response to the Plaintiff and such letters are dated August 12, 2005, and August 24, 2005 and not beyond a date of November 15, 2005 which is a known attempt to mislead the court.

If no records existed in relation to the CIA then such should have been expressed, shown and reveal in the Plaintiff's background investigation report.

Since it was the Defendants who ignited such fraudulent activity by blacken out the CIA section in an attempt to make it sound as if the Plaintiff had CIA issues of concern then it is the rights of the Defendant to prove such under the Freedom of Information Act and Privacy Act or else pay the full value of this lawsuit as other Federal Agencies has paid for tort against other citizen's complaint before this honorable court. Therefore, the Defendants have failed to provide the Court or the Plaintiff the final outcome of such appeal as stated in plain view in relation to CIA issues and is now in violation of the Freedom of Information Act and Privacy Act resulting in this full lawsuit for damages against such agency. If the Defendants can give false information about others with the Plaintiff providing the Court the proof through 660 pages of evidence to support such claim then the Defendants have continue to provide other fraudulent information against the other agencies in which they are trying to provide documents in support of their defense which those documents should not hold any merit whatsoever due to the default status and they have failed to provide substantial evidence to support any of their actions or claim. In

order for the Defendants to have any creditability the Defendants needs to produce at least 1200 pages or more of facts to counter attack the Plaintiff's claim.

      29. The Defendants failed to provide any documentation showing that such appeal was sent to the CIA by means of referral through documentation of proof. This alone shows integrity violation and attempts to miscarriage justice.

      30. The Defendants failed to realize and understand in their response to the Court and the Plaintiff that the CIA is the Plaintiff's witness in this matter and not the Defendant's witness.

That's why this is a landmark case which should go before a jury for a jury to rule and convict base on the evidence presented in this court of law and this case should be used in other submission before addressing their arguments such as the Defendants are trying to use cases in their favor that are totally opposite from their actions.

      31. The Defendants failed to state a claim or make a stance in regarding the other issues the Defendants have printed and reported against the Plaintiff to other federal agencies expressing and revealing truthful information against the Plaintiff. The Plaintiff's former spouse in which the Defendants named in their background investigation "the Plaintiff's spouse" to justify their illegal actions is not the only issues at question and not the only issues that the Defendants failed to provide evidence of truth to support their illegal but false reporting about the Plaintiff slandering the Plaintiff's character and background. "The Plaintiff has child support to pay that the Plaintiff has never paid in his life." It's now time to end the unnecessary chatter. The Defendants need to sign the consent form to proceed forth for a jury trial if the Defendant wishes to continue to use unnecessary case laws that does not pertain in whole to this case in argument before the court. Consent to something before consenting to using something that

is outside the ballpark of what you are trying to defend is an outrageous attempt to mislead justice not in accordance with **28 U.S.C. § 636(c) (3)**.

32. Therefore, the Defendants have still failed to provide all the information sought by the Plaintiff according to the Freedom of Information and Privacy Act, therefore, such claim has not been resolved according to the law.

33. The Defendants failed to understand that the Freedom of Information Act and Privacy Act advise everyone to obtain their personal files and further advised everyone to verify, correct, supplement or remove information from your Government files that can adversely impact your future promotion, security clearance, veterans or social security benefits and more ...The Defendants failed to give the Plaintiff the genuine opportunities to do any of what the law states resulting in tremendous damages to the Plaintiff's life, the Plaintiff career and the Plaintiff's family.

34. The Defendants failed to either admit or understand that these are felonies crimes committed against the Plaintiff and the Plaintiff is seeking full recovery in civil damages against all those who have violated the laws by performing wrongdoing acts against the Defendants under federal funds. Prejudice should not prevail over one of another. Someone has to pay for these acts and it should not be the Plaintiff. Therefore, a jury trial is needed if the Defendants failed to settle this matter in a timely fashion.

35. The Defendants' witnesses have failed to provide this Court or the Plaintiff any evidence or supportive documentation to justify the Defendants' actions resulting in this lawsuit before this honorable court which makes the Defendants to be totaled liable for their part or their role concerning these frivolous actions.

The Defendants' response is a rambling and disjointed one and one that is seeking and trying to find every excuse in the book to try to justify their actions by providing case laws that are outside the realm of this case. Let the evidence speak for itself and that is something the Defendant does not have but now wishes to state a sovereign immunity as if we live in a communist society.

If the Defendants wish to use sovereign immunity as its defense then the Plaintiff wishes to submit the Plaintiff's first Request for Admission, Set of Interrogatories, and Request for the Production of Employees documents and things Propounded to Defendants since the Defendants wishes to support these employees conduct as acceptable and appropriate according to the United States Constitution. The Defendants must provide this honorable court with each employee name, social security numbers and employment status of each employee responsible for these illegal activities if they wish to make an effort of attempt to justify good reasons why they should not be in default or a jury trial should not be granted.

The Defendant should establish a clearer stance and provide and submit such stance to the Court upon the Defendants next response to clarify their stance or claim before this honorable court before the Plaintiff efforts to Request for Admission, Interrogate and Request for Production of Employees documents and things Propounded to the Defendants.

It's plain and simple and in plain view the Defendants have failed to elaborate or state for the record that such investigation conducted on the Plaintiff was a fraud investigation after thorough reviewing the Plaintiff's Motion Request to Enter Discover.

If the honorable court continues to review the facts of this case the court will see that the Defendants have not submitted one piece of evidence to justify any of the Defendants' illegal actions as expressed and stated by the Plaintiff in the Plaintiff's complaint before this court making such agency to be in violations of many laws.

The Defendants have exhausted all their administrative remedies under the Freedom of Information Act and Privacy Act resulting in the full value of this lawsuit in the amount of $75,250,000.00 not 100,000,000.00 (one hundred millions) after taxes due to multiple failures to justify its illegal activities such as identity fraud of the Plaintiff's identity in a federal government database.

36. The Defendants failed to understand that after all issues under the Freedom of Information Act and Privacy Act has been resolved the Plaintiff as stated in the Plaintiff's initial complaint or revised complaint that this court will to be responsible for recovery from tort damage as expressed and proven by the Plaintiff from this lawsuit. Therefore, such claims made by the Defendants expressing that the Plaintiff's administrative remedies have been exhausted is a bogus claim when the Plaintiff were addressing all issues or concerns with the Defendants' witnesses. Now such witnesses point the fingers to the Defendants to be held responsible and at fault for the illegal conduct.

37. The Defendants failed to understand if the Plaintiff had exhausted his administrative remedies, the Defendants did not have to response or attempt to request for enlargement of time. The Defendants responded but failed to address the true issues they choose to print regarding fraudulent character problems of the Plaintiff.

38. The Defendants failed to realize, understand and for the record and on the record that the Plaintiff enter an appeal against such illegal background investigation through the Office of Personnel Management immediate upon receiving such fraudulent information which the Defendants (OPM) denied such appeal response by not providing the Plaintiff with the final communication to such appeal. While such appeal was allegedly pending the Plaintiff were attacking such Defendants'

witnesses through lawsuits for the truthful documents to support their illegal statement allegedly claimed given to the Office of Personnel Management. See Plaintiff's Exhibit # 18 & Section H. The Plaintiff is assuming that the Defendants are saying in their response to the Court and the Plaintiff that the Plaintiff does not have any rights to appeal or that the Defendants does not have to turn over anything to the Plaintiff upon entering an appeal to prevent the Plaintiff from file such a lawsuit as this one for full recovery.

39. The Defendants failed to understand that such lawsuit is a Freedom of Information Act and Privacy Act lawsuit that once all evidence in which the Defendants should have according to such act and if such information is fraudulently such lawsuit will transpire over into a Federal Tort lawsuit for all damages in which the Defendants will be found guilty for damages as stated therein. The Freedom of Information Act and Privacy Act lawsuit is the most appropriate channel when a person is seeking full recovery of all information concerning all issues that are stored in a federal government database that reflects slander or illegal activities against such person keeping such person from gaining career advance in the capacity of trust while living in the United States of America.

40. The Defendants failed to see and understand that a white collar crime has been committed and reported to the Defendants by via means of the judicial system and now it's the Defendants responsibility to convict, and punished those criminals within your or their organization(s) and compensate the Plaintiff accordingly for those damages for example like you have compensated others who have file claims by means of the courts.

The Plaintiff has submitted everything before this honorable court in timely manner and such default should be sustained. The only and best solution to resolve this matter is for the Defendants to justify all of their actions performed before a jury trial so that the Defendants can soundly explain their actions in a court of law so that a jury can be the overall determining facts of all the compensation that is now due to the Plaintiff for punitive damages.

The Defendants have not presented any material facts in dispute which are listed as issues in the Plaintiff's background report.

41. The Defendants failed to list in chronological order facts to support the other issues the Plaintiff has validated as fraud. Therefore, the Defendants' statements on page # 21 are not accurate and not correct and are totally an attempt to mislead the court into causing a miscarriage in justice.

42. The Defendants have failed to validate the Plaintiff's claim as fraud which gives the Plaintiff's claim merit and good reasons to file such lawsuit.

43. The Defendants failed to understand that criminals minded people are not made they are born. No one can make the Plaintiff be a criminal or a potential criminal by fraud of the Plaintiff's background and those who have done such or have entered false information are the criminal minded individuals with special focus and attention give to them so that they should be punished and treated with professional counsel, etc.

44. The Defendants have failed to understand that the Department of the Army is saying that such illegal activities was not order and such activities are fraud now point their fingers toward you (Office of Personnel Management) for wrongdoing. If they are pointing their fingers at you and you are pointing your fingers at the CID then who is the CID pointing their fingers at for such fraudulent activities? They can't be pointing it at the Plaintiff because they have no evidence

whatsoever to justify their statements or comments. So, someone has to be held liable and responsible for these illegal activities. The DEA is also pointing their fingers toward you (OPM) but the DEA is also responsible for multiple violations that are still pending which makes and draws upon true conspiracy theories between the OPM, DEA, CID and others for violation of many federal laws in which they are trying to taint someone else life and career to cover up their known and proven criminal activities.

45. The Defendants failed to understand that one false claim or false statements can lead to many other false actions or statement that can ruin the whole outcome of such case, etc. In this case the Defendants have made many which make this whole appearance by the Defendants to be false and very misleading in many attempts to mislead the Courts resulting in miscarriage of justice.

46. The Defendants have failed to provide or produce any documentation honoring such placed requests before the court in requesting the Court to change counsel after entering an appearance.

47. The Defendants have failed to provide or produce any documentation honoring such place requests requesting for enlargement of time according to Rule 6 (b).

48. The Defendants have failed to acknowledge and understand even though giving such Defendants the benefit of the doubt in responding the Defendants are still late in filing a timely response when such Defendants deadline date after so many requests for extension would have been on December 8, 2006 not December 11, 2006.

49. The Defendants failed to provide any means or showing such filing where generated by electronic means shows exact dates responding to the Court.

50. The Defendants failed to understand the laws Federal Rules of Civil Procedures, Civ. R. 12(d). Rule 6 (b).

The Plaintiff adds it ashamed that any man or woman can serve this country the way the Plaintiff has served this court to serve, protect and defend in the way the Plaintiff has served it and later come to realize that we are not only trying to fight communism in other countries, we have to fight communism within our own country when people do wrong and they know they have done wrong but now try to be ignorant to the facts or the laws.

Everyone should wonder if the Defendants don't come clear and admit to wrongdoing in their investigation, many should wonder and question how many people that are in our judicial system are there under false pretenses as what is now reveal before this court of law and those individuals are too have suffer or is still suffering from the damages brought upon them by people such as the Defendants and the people who they have hired and placed in position to conduct such behavior the Plaintiff has revealed in his complaint and evidence presented to the courts.

Even the judge need to question and wonder about this illegal activity and should wonder if he too is safe and protect from harm way as demonstrated by the Plaintiff in this illegal background investigation.

The Defendants cannot show or prove to this honorable court not one issues that exist within the Plaintiff's background investigation. If they can the Defendant should be allowed to prove it. It they cannot then they are in violation of the Freedom of Information Act and Privacy Act which is now due according to the Debt that now exists within this honorable court.

The Defendants should not be treated any difference from anyone else who are now in default and who cannot justify and prove such actions performed under federal funds.

The Plaintiff has expressed **fifty failures** and has provided the Court and the Defendants 660 pages of support documentation to support the Plaintiff's complaint now according to the Plaintiff's constitution rights the Plaintiff is now demanding a jury trial according the Federal Civil Procedures within this honorable court and no mercy of ligancy should be granted or given to the Defendants. The Defendants fully knew and understood their every attempts made to deny any appeals submitted by the Plaintiff, They knew to falsify such statements or claims as if they contacted the Plaintiff regarding this fraudulent background investigation and they willful with intention of malice to worked with others to create a conspiracy crimes for many unknown and strange reasons. The Defendants know that their defense is a weak one by not being able to establish proof to support their response or defense allowing the Plaintiff to enter and express thirty-six failures against the Defendants this alone should tell the American people that something is not right here.

It should now be in the full hands for the Court and a Jury to reach a sound decision and enter a verdict after looking into the facts in this case.

The Plaintiff is going to follow his heart and is going to use his children to do what's right in demanding a speedy jury trial for justice according to Rule 38 (b) (c). "Justice is just as what it says and means" Now give me JUSTICE!

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**

**Three Proposed Orders**
EXHIBIT #26