# EXHIBIT # 26

# PLAINTIFF'S CALENDER OF EVENTS

# AGAINST THE DEFENDANTS FOR A JURY TRIAL

# JUSTIFING DEFAULT

A mind that has been stretched will never return to its original dimension.

# JULY 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| SAM L. CLEMMONS Vs. U.S. OFFC OF PERSONNEL MANAGEMENT | | | June 2006 (see below) | August 2006 (see below) | CASE NUMBER: **1:06CV00008 (RCL)** REVISED COPY | |
| 2 | 3 | 4 Independence Day (USA) | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 (circled) | 20 | 21 | 22 |
| 23 DAY #5 / 30 | 24 DAY #6 / 31 | 25 (circled) SERVED OPM SUMMONS: COMPLAINT BY U.S.P.S - ATTY GENERAL - OPM | 26 DAY #1 | 27 DAY #2 | 28 DAY #3 | 29 DAY #4 |

(Canada)

June 2006

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

August 2006

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

*Success is getting what you want and happiness is wanting what you get.*

# AUGUST 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| July 2006 | September 2006 SAM L. CLEMMONS Vs. U.S. OFFC OF PERSONNEL MANAGEMENT | 1 DAY # 7 | 2 DAY # 8 | 3 DAY # 9 | 4 DAY # 10 | 5 DAY # 11 |
| 6 DAY # 12 | 7 DAY # 13 Civic Holiday (Canada) | 8 DAY # 14 | 9 DAY # 15 | 10 DAY # 16 U.S. P.S. MISTAKE RE SEND SUMMONS TO U.S. ATTY | 11 DAY # 17 U.S. ATTY DAY # 1 | 12 DAY # 18 U.S. ATTY DAY # 2 |
| 13 DAY # 19 U.S. ATTY DAY # 3 | 14 "DAY # 20" FOIA : PRIVACY ACT DISHONORED DATE # 4 | 15 DAY # 21 U.S. ATTY DAY # 5 | 16 DAY # 22 U.S. ATTORNEY DAY # 6 | 17 DAY # 23 U.S. ATTY DAY # 7 | 18 DAY # 24 U.S. ATTY DAY # 8 | 19 DAY # 25 U.S. ATTY DAY # 9 |
| 20 DAY # 26 U.S. ATTY DAY # 10 | 21 DAY # 27 U.S. ATTY DAY # 11 | 22 DAY # 28 U.S. ATTY DAY # 12 | 23 DAY # 29 U.S. ATTY DAY # 13 | 24 DAY # 30 U.S. ATTY DAY # 14 | 25 DAY # 31 U.S. ATTY DAY # 15 | 26 DAY # 32 U.S. ATTY DAY # 16 |
| 27 DAY # 33 U.S. ATTY DAY # 17 | 28 DAY # 34 U.S. ATTY DAY # 18 | 29 DAY # 35 U.S. ATTY DAY # 19 | 30 DAY # 36 U.S. ATTY DAY # 20 | 31 DAY # 37 U.S. ATTY DAY # 21 | SAM L. CLEMMONS Vs. U.S. OFFC OF PERSONNEL MANAGEMENT | |

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

*Courage is grace under pressure.*

# SEPTEMBER 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **SAM L. CLEMMONS**<br>Vs.<br>**U.S. OFFC OF PERSONNEL MANAGEMENT** | | **August 2006**<br>S M T W T F S<br>1 2 3 4 5<br>6 7 8 9 10 11 12<br>13 14 15 16 17 18 19<br>20 21 22 23 24 25 26<br>27 28 29 30 31 | **October 2006**<br>S M T W T F S<br>1 2 3 4 5 6 7<br>8 9 10 11 12 13 14<br>15 16 17 18 19 20 21<br>22 23 24 25 26 27 28<br>29 30 31 | | 1<br>DAY # 38<br>U.S. ATTY DAY # 22 | 2<br>DAY # 39<br>U.S. ATTY DAY # 23 |
| 3<br>DAY # 40<br>U.S. ATTY DAY # 24 | 4<br>HOLIDAY<br>U.S. ATTY'S HOLIDAY<br>Labor Day (USA)<br>Labour Day (Canada) | 5<br>DAY # 41<br>U.S. ATTY DAY # 25 | 6<br>DAY # 42<br>U.S. ATTY DAY # 26 | 7<br>DAY # 43<br>U.S. ATTY DAY # 27 | 8<br>DAY # 44<br>U.S. ATTY DAY # 28 | 9<br>DAY # 45<br>U.S. ATTY DAY # 29 |
| 10<br>DAY # 46<br>U.S. ATTY DAY # 30<br>Grandparents' Day (USA) | 11<br>DAY # 47<br>U.S. ATTY DAY # 31<br>Patriot Day | 12<br>DAY # 48<br>U.S. ATTY DAY # 32 | 13<br>DAY # 49<br>U.S. ATTY DAY # 33 | 14<br>DAY # 50<br>U.S. ATTY DAY # 34 | 15<br>DAY # 51<br>U.S. ATTY DAY # 35 | 16<br>DAY # 52<br>U.S. ATTY DAY # 36 |
| 17<br>DAY # 53<br>U.S. ATTY DAY # 37 | 18<br>DAY # 54<br>U.S. ATTY DAY # 38 | 19<br>DAY # 55<br>U.S. ATTY DAY # 39 | 20<br>DAY # 56<br>U.S. ATTY DAY # 40 | 21<br>DAY # 57<br>U.S. ATTORNEY DAY # 41 | 22<br>DAY # 58<br>U.S. ATTY DAY # 42 | 23<br>DAY # 59<br>U.S. ATTY DAY # 43<br>Rosh Hashanah |
| 24<br>DAY # 60<br>U.S. ATTY DAY # 44 | 25<br>DEFAULT PAPERWORK FILED AGAINST<br>- ATTY GEN. ($45)<br>- OPM<br>- U.S. ATTY STILL [illegible] | 26<br>U.S. ATTY DAY # 46 | 27<br>U.S. ATTY DAY # 47 | 28<br>U.S. ATTY DAY # 48 | 29<br>[illegible] ATTY DAY # [illegible] | 30<br>[illegible] ATTY DAY # [illegible] |

SAM L. CLEMMONS

Vs.

U.S. OFFC OF PERSONNEL MANAGEMENT

CASE NUMBER: **1:06CV00008 (RCL)**

REVISED COPY

*If you're going to be thinking, you may as well think big.*

# OCTOBER 2006

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| 1 U.S. ATTY DAY # 51 | 2 U.S. ATTY DAY # 52 Yom Kippur | 3 U.S. ATTY DAY # 53 | 4 U.S. ATTY DAY 54 | 5 U.S. ATTY DAY #55 | 6 U.S. ATTY DAY #56 | 7 U.S. ATTY DAY #57 |
| 8 U.S. ATTY DAY # 58 | 9 "HOLIDAY" Columbus Day (USA, Observed) Thanksgiving Day (Canada) | 10 U.S. ATTY DAY #59 | 11 U.S. ATTY DAY #60 DEADLINE TIME !!! | 12 PLAINTIFF SUBMITTED DEFAULT PAPERWORK AGAINST U.S. ATTORNEY OFFC | 13 NO ELECTRONIC FILING REC' FROM COURT GRANTING ENLARGEMENT OF TIME OF GOV. OR CHANGE OF COUNSEL → | 14 → |
| 15 ELECTRONIC FILING REC' FROM COURT GRANTING ENLARGEMENT OF TIME OR CHANGE OF COUNSEL, GOV. → | 16 → | 17 → | 18 → | 19 → | 20 → | 21 → |
| 22 ELECTRONIC FILING REC' FROM COURT GRANTING ENLARGEMENT OF TIME OR CHANGE OF COUNSEL → | 23 → | 24 → | 25 → | 26 → | 27 → | 28 → |
| 29 Daylight Savings Time Ends | 30 | 31 END OF MONTH NOTHING REC' FROM COURT DOES'T HONORED REQUESTS Halloween | | | | |

SAM L. CLEMMONS

Vs.

U.S. OFFC OF PERSONNEL MANAGEMENT

**September 2006**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**November 2006**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

It doesn't get any better than this.

# NOVEMBER 2006

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| October 2006 SAM L. CLEMMONS Vs. U.S. OFFC OF PERSONNEL MANAGEMENT | December 2006 | | 1 STILL NO COMMUNICATION REC' FROM COURT HONORING DEFENDANTS REQUESTS → | 2 | 3 | 4 |
| 5 NO COMMUNICATION REC' FROM COURT HONORING DEFENDANTS REQUESTS → | 6 | 7 Election Day (USA) | 8 | 9 | 10 | 11 HOLIDAY Veterans Day (USA) Remembrance Day (Canada) |
| 12 NO COMMUNICATION REC' FROM COURT HONORING DEFENDANTS REQUESTS. → | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 NO COMMUNICATION REC' FROM COURT HONORING DEFENDANTS REQUESTS → | 20 | 21 | 22 | 23 HOLIDAY Thanksgiving Day (USA) | 24 → | 25 |
| 26 NO COMMUNICATION REC' FROM COURT HONORING DEFENDANTS REQUESTS → | 27 | 28 | 29 | 30 END OF MONTH NOTHING REC' FROM COURT. | | |

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

One thing you can't recycle is wasted time.

# DECEMBER 2006

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

SAM L. CLEMMONS

Vs.

U.S. OFFC OF PERSONNEL MANAGEMENT

**November 2006**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**January 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| | | | | | 1 OPM'S TIMING INDICATES DEFAULT → | 2 |
| 3 OPM'S TIMING INDICATES "DEFAULT" → | 4 | 5 | 6 | 7 Pearl Harbor Day (USA) | 8 | 9 |
| 10 → OPM'S TIMING INDICATES "DEFAULT" | 11 OPM ALLEGEDLY CLAIM FILING W/O: OF RESPONSE W/O COURT APPROVAL → | 12 | 13 | 14 | 15 | 16 |
| 17 OPM'S TIMING INDICATES "DEFAULT" → | 18 | 19 | 20 REC LATE RESPONSE FROM THE DEF (OPM) AFTER DEFAULT ENTRY POSTMARKED 12/11/06 | 21 "OPM'S 10TH" DAY AFTER FILING RESPONSE AND REQUESTING DISMISSAL | 22 NO RESPONSE FROM THE COURT REF CASE | 23 Hanukkah Begins NO RESPONSE FROM COURT |
| 24 HOLIDAY / 31 HOLIDAY | 25 HOLIDAY Christmas Day | 26 NO RESPONSE FROM COURT Boxing Day (Canada) | 27 NO RESPONSE FROM COURT | 28 NO RESPONSE FROM COURT | 29 NO RESPONSE FROM COURT | 30 NO RESPONSE FROM COURT |

*If not us, who? If not now, when?*

# JANUARY 2007

SAM L. CLEMMONS

Vs.

U.S. OFFC OF PERSONNEL MANAGEMENT

CASE NUMBER: **1:06CV00008 (RCL)**

REVISED COPY

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **December 2006**<br>S M T W T F S<br>1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30<br>31 | 1<br>New Year's Day | 2<br>NO COURT'S RESPONSE TO DEFENDANTS SUBMITTED AND REQUEST | 3 | 4 | 5<br>PLAINTIFF FILE MOTION REQUEST FOR SUMMARY JUDGEMENT BY DEFAULT OR SUBPOENA ALL DOC FOR RECORD TO BRING CASE TO CLOSURE | 6<br>Epiphany (Canada) |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15<br>HOLIDAY<br>Martin Luther King, Jr.'s Birthday (USA, Observed) | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | SAM L. CLEMMONS<br>Vs.<br>U.S. OFFC OF PERSONNEL MANAGEMENT | | **February 2007**<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS
PLAINTIFF

vs.

UNITED STATES OFFICE OF PERSONNEL MNGT

DEFENDANT

**CIVIL ACTION NO:**

**1:06CV00008(RCL)**

**PLAINTIFF'S MOTION REQUESTS TO ENTER ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISHES TO MOVE FORTH FOR A JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR JURY TRIAL IF NECESSARY**

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** before the Office of the Clerk, requesting the clerk to Enter Plaintiff's Motion Request to enter Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

The Defendants should have 30 days according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R. 26 (f). Civ. R. 33 (a), Civ. R. 33 (b)(3) and Rule 15 (b) and 26.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**

    **Plaintiff's Interrogation Request**

    **Three Proposed Orders**