AO 88 (Rev. 1.94) Subpoena in a Civil Case

Issued by the

# United States District Court

**DISTRICT OF COLUMBIA**

**SAM L. CLEMMONS**

Vs.

**U.S. OFFC OF PERSONNEL MANAGEMENT**

**SUBPOENA IN A CIVIL CASE**

**CASE NUMBER:**
**1:06CV00008 (RCL)**

To: *SPECIAL ASSISTANT U S ATTORNEY*

**REVISED COPY**

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY *U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, U.S. COURT HOUSE, 333 CONSTITUTION AVE, N.W, WASHINGTON, DC 20001* | COURTROOM *# 1225* |
| | DATE AND TIME *2/12/2007* |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE *U.S DISTRICT COURT FOR DISTRICT OF COLUMBIA U.S. COURT HOUSE, 333 CONSTITUTION AVE, N.W. WASHINGTON, DC 20001* | DATE AND TIME *2/12/2007 @ 10.00 A.M* |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| | |

Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Sam L. Clemmons, PLAINTIFF PRO SE* | DATE *1/05/2007* |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER *PH # 866 109 7758*
*SAM L. CLEMMONS, 548 SAINT CHARLES PL BROOKHAVEN, MS 39601*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1.94) Subpoena in a Civil Case

## PROOF OF SERVICE

SERVED *ATTY KEVIN K. ROBITAILLE*
*ATTY STEVEN M. RANIERI*  DATE *01/04/2007*
*OFFICE OF PERSONNEL MANAGEMENT (OPM)*

PLACE *JUDICIARY CENTER BLDG*
*555 4TH STREET, NW*
*CIVIL DIVISION*
*WASHINGTON, DC 20530*

SERVED ON (PRINT NAME)  *ATTY KEVIN K. ROBITAILLE*
*ATTY STEVEN M. RANIERI*
*ATTY JEFFREY A. TAYLOR*
*ATTY RUDOLPH CONTRERAS*

MANNER OF SERVICE
*CERTIFIED MAIL RETURN RECEIPT*
*# 7006 0810 0004 2646 1243*
*(SEE CERTIFICATE OF SERVICE)*

SERVED BY (PRINT NAME)
*SAM L. CLEMMONS*

TITLE
*PLAINTIFF, PRO SE*

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on *01/05/2007*
Date

Signature of Server

*548 SAINT CHARLES PL*
Address of Server

*BROOKHAVEN, MS 39601*

---

RULE 45. Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that

person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT

### DEFINITIONS

Plaintiff, Sam L. Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the Defendant, Office of Personnel Management and any of such information will be use for further court purpose.

As used herein, the terms listed below are defined as follow:

A.  The terms, "*you*" and "*your*," mean Office of Personnel Management and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Office of Personnel Management.

B.  The terms "*I*,", "*me*," "*my*," Plaintiff and all persons, employees, officer, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

C.  The term "Plaintiff," means Sam L. Clemmons all persons, employees, officers, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

D.  The term "*Judge*" means an official with the authority and responsibility to preside in a court, try lawsuits and make legal rulings. Judges are almost always attorneys. In some states, "justices of the peace" may need only to pass a test and federal and state "administrative law judges" are often lawyer or non-lawyer hearing officers specializing in the subject matter upon which they are asked to rule. The word "court" often refers to the judge, as in the phrase "the court found the defendant at fault," or "may it please the court," when addressing the judge. The word "bench" also refers to the judge or judges in general. Judges on appeals courts are usually called "justices." Judges of courts established by a state at the county, district, city or township level,

2

gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E.  The term "***conspiracy***," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and

3

conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F.  The term "***client***," means accessory or partner in crime such as the Criminal Investigation Division, Drug Enforcement Administration and The Department of the Army's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G.  The term "***motive***," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

4

H. The term "***character witnesses,***" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit

I. The term, "***communication***," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

J. The term, "***identity theft***" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

K. The term, "***identity fraud***" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

L. The term, "***deformation of character***" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful

conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

M. The term, "***discrimination***" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

N. The term "***prejudice***" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

O. The term "***frivolous***" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

6

P.   The term "*ignorance*" means lack of knowledge, unawareness due to lack of

education or lack of self development which can cause sever, hurt or harm upon such

person which does not eliminate or excuse such a person from any crime or illegal

activities being committed against such a person, business, agency, agencies,

government, etc. "Ignorance of the law is no excuse"

Q.   The term "*accessory*" means a second-string player who helps in the commission of a

crime by driving an illegal process, providing the weapons or illegal paperwork,

assisting in the planning, providing an alibi, or hiding the principal offender after the

crime. Usually the accessory is not immediately present during the crime, but must be

aware that the crime is going to be committed or has been committed. Usually an

accessory's punishment is less than that of the main perpetrator, but a tough jury or

judge may find the accessory just as responsible. Accessory to a crime are called

accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being

involved in assisting others to hide, concealed, cover up any illegal activities witness

or being involved by any person, agency, agencies, business, or government agencies.

R.   The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means

to deprive another of his/her/its money, property or a legal right. A party who has lost

something due to fraud is entitled to file a lawsuit for damages against the party acting

fraudulently, and the damages may include punitive damages as a punishment or

public example due to the malicious nature of the fraud. Quite often there are several

persons involved in a scheme to commit fraud and each and all may be liable for the

total damages. For example, reporting something that is not true to others to cause hurt

or harm upon such person, business, agency or agencies and such person family.

7

Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

S.  The term "***white collar criminals***" means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

T.  The term "***rights to pursuit of happiest***" means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

U.  The term "***jury trial***" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

V.  The term "***justice***" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

8

W. The term "***de novo***" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

X. The term "***Freedom of Information Act and Privacy Act***" means and states that such is an official law passed by the United States Congress and the Senate which set strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests.

2. Produce all appeals submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.

3. Produce all appeal final outcome showing the month, date and time when such appeal became final.

4. Produce all referrals sent to the Central Intelligence Agency, Drug Enforcement Administration, the Department of the Army, Defense Security Administration, Tonya Powell, Total Debt Management, Stein Mart

9

Corporation, Mid-America Apartment Communities, etc. to validate all your statements in your late but untimely response causing such default actions against you so that you will show the court why such default actions should be sustain to justify your submission to this honorable court.

5.  The exact time and date the communication was given and received.

6.  The manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

7.  The amount of time the Defendants appeared at such corporation or establishment.

8.  All person present if the communication was oral.

9.  Person(s) making the communication or part thereof, whether written or oral.

10. Person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

11. Place each person was when he gave or received the communication.

12. A detail statement of the contents of the communication.

13. The response(s) to the communication.

14. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution.

15. The duties, job title and term of time said position held as these apply to each person name above.

16. The results of the communication.

Y. The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

Z. The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter, telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

AA.   The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

BB.   The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks,

11

loan ledger, promissory notes, security agreements, deeds of trust, financing

statements, records of any bank special or expense accounts, and any and all other

writing, typing, printing, or drafts or copies of reproductions thereof irrespective of

form in your possession, custody or control. (For Example, police reports,

investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service,

Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of

custody showing date and time of all parties involved.

CC.     The term "***all documents***" means every document as defined known to you and

every such document which can be located or discovered by reasonably diligent

efforts.

## ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission

of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P.

12(b)(6) which the Defendant is required to answer and produce within thirty days from the date

of service thereof:

1.  The Army Crime Record Center (CID) issued you fraudulent instructions or

    information in which you carry out resulting in a United States Constitution

    Rights violation of the fourth and fourteenth amendment. Causing such subject

    rights to privacy to be violated. Causing issues of identity theft, identity fraud,

    deformation of character and later discrimination issues or concerns.

2.  By accepting such ORDER or information it was not in compliance with the

    normal operation and procedures when such person was never arrested or

    investigated by anyone causing you to become bound by the terms of a higher

court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages in the amount of $ 75, 250,000.00 (seventy-five million, two hundred and fifty thousand dollars) after taxes.

3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime.

4. Said such funds or activities for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities.

5. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct.

6. Disclose the total amount of cases and total dollars amount you received from the doing this to others each year to justify you did not discriminate against the Plaintiff.

7. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal testing was performed and reported to the U.S. Attorney General Office.

13

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Office of Personnel Management, produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.

## ITEMS TO BE PRODUCED

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First Set of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial of this matter.

3. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, Defense Security Administration, Central Intelligence Agency and all your witnesses you printed negative statements about the Plaintiff to support your defense that such statements are accurate, correct, true and legal and binding according to the law.

4. Produce copies of all documents which you have sent to the Army Crime Record Center, Department of the Army, Defense Security Administration, Central Intelligence Agency, Tonya Powell, Stein Mart Corporation, Total Debt Management, and Mid-America Apartment Communities.

5. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc.

14

6. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and the Department of the Army to provide proof to the Court in nature to your statements you submitted in your untimely response.

7. Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

8. Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

9. Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be made according to the United States Constitution for example you can use case laws to establish your defense.

10. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or false report other illegal activities to continue to cause hurt and harm upon such person and such person family.  Produce these documents to be exempt from any discrimination, identity theft, identity fraud, and deformation of character claims.

11. Produce all documents where it states or express that any man can be investigated or arrested at anytime prior and after for the same crime even without going

15

through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

12. Provide all statistical data information from the Army Crime Record Center that shows the numbers of men are being investigated and arrested each month and each year concerning the alleged crimes government fraud and are being reported to Federal Government under the Federal Date Crime Statistical Report.

13. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall Service showing proper service to notify any man of pending actions against him any in court of law is not needed to make an investigation or arrest concerning illegal charges such as you have expressed before this Court.

14. Produce all documents which are which have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional.

15. Produce all documents which are or which have anything to do with your federal or state income tax returns which you have prepared or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

16. Produce all documents from the Court granting such rights to change counsel after entering of appearance.

16

17. Produce all documents from the Court granting an enlargement of time to respond on both requests to justify why you are not in default.

If the Defendant's Counsel cannot produce one/half of the documents requested in the Plaintiff's opposition and Plaintiff's First Request for Admission, Set of Interrogation, and Request for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

The Plaintiff had every right to file such lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendant's Counsel harass comments expressing dismissal with prejudice, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to easily obtain as stated in listed in this submission before the Court and to correct the Defendants failures to justify your harass request against the Plaintiff. The Plaintiff now wishes to file this motion in this honorable court for tort damages and full recovery of this lawsuit in this honorable court without going or proceeding over into another court of jurisdiction.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**

Three Proposed Orders

17

**Copies Sent to:**

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036


And


**District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS      ) CIVIL ACTION NO:
             )
  Plaintiff        ) **1:06CV00008(RCL)**
             )
vs.            )
             )
             )
U.S. OFFICE OF PERSONNEL   )
MANAGEMENT (OPM)     )
             )
  Defendants

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standard of summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damage done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is now closed by means of Summary Judgment without Prejudice.

SO ORDERED this _____ day of_____ 200

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS          ) CIVIL ACTION NO:

     Plaintiff               )
                            ) **1:06CV00008(RCL)**

vs.                       )
                            )
                            )

U.S. OFFICE OF PERSONNEL     )
MANAGEMENT (OPM)          )
                            )
     Defendants

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the facts as disclosed by both sides before a summary judgment to be issue.

The Plaintiff has demonstrated good cause shown and has demonstrated damage done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| Plaintiff | ) | |
| | ) | **1:06CV00008(RCL)** |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT | ) | |
| Defendants | ) | |

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to <u>Lewis v. Faulkner</u>, 689 F.2d 100, 102 (7th Cir.1982) and <u>*Langley v. Adams County*</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum from all the Defendants' witnesses to support their statements for the record and other top-secret documents under <u>*de novo*</u> as withheld by the Defendants to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

Assistant United States Attorney
Judiciary Center Building
555 4th Street, NW, Civil Division
Washington, DC 20530

CO-40
Rev. 10-76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Plaintiff

**SAM L. CLEMMONS**

Vs.

**U.S. OFFC OF PERSONNEL MANAGEMENT**

Defendant

)
)
)
)
)
)
)

CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

## <u>DEFAULT</u>

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____ day of _____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____ defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>5th day of January 2007</u>, a true copy of the <u>PLAINTIFF'S MOTION REQUESTS TO SUSTAIN DEFAULT ENTRY AFTER RECEIVING DEFENDANT'S RESPONSE AFTER THE FACTS HAS BEEN ENTERED FOR THE RECORD MOVING THE COURT FORTH TO RULE BY MEANS OF SUMMARY JUDGMENT BY DEFAULT DUE TO THE DEFENDANTS FAILURES TO ENTER AN APPROVED RESPONSE IN A TIMELY MANNER AND THE **PLAINTIFF'S FIRST REQUEST FOR ADMISSION, SET OF INTERROGATORIES, AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT** was served by regular mail concerning case # **1:06CV00008 (RCL).**

To:  Defendant's Counsel

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7243</u>**

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7250</u>**

U.S. OFFICE OF PERSONNEL MANAGEMENT
Attn: General Counsel Mark A. Robbins
Center for Federal Investigation Service
1900 E. Street, NW, Suite 7353
Washington, DC 20415-1300 / **Certified Mail # <u>7006 0810 0004 2646 7144</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7151</u>**

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601