UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0008 (RCL) |
| | ) | |
| UNITED STATES OFFICE | ) | |
| OF PERSONNEL MANAGEMENT | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

On January 8, 2007, Plaintiff, pro se, filed an incoherent document entitled "Plaintiff's Motion Requests to Sustain Default Entry After Receiving Defendant's Response After the Facts has (sic) been Entered for the Record Moving the Court Forth to Rule by Means of Summary Judgment by Default due to the Defendants (sic) Failures to Enter an Approved Response in a Timely Manner". Given the latitude accorded *pro se* plaintiffs, the government presumes that Plaintiff is seeking default judgment.

Plaintiff's Motion is utterly meritless. Plaintiff alleges a failure on the part of defendant to timely file an answer to his amended complaint. However, the government filed a Motion to Dismiss, in part, and Motion for Summary Judgment, in part, ("Defendant's Motion") on December 11, 2006. (Docket entry 12). This motion was timely filed.[1] Consequently,

---

[1] Plaintiff effected service of his amended complaint upon the US Attorney on August 11, 2006. (Docket entry 6). Defendant timely requested enlargements of time in which to answer or otherwise respond to Plaintiff's amended complaint. (Docket entries 5 and 11). Defendant's dispositive motion was timely filed before the requested period of enlargement expired. See Fed. R. Civ. P. 6

defendant's obligation to file an answer is stayed by operation of Fed. R. Civ. P. 12(a)(4). Additionally, Fed. R. Civ. P. 55(e) precludes entry of default judgment against the United States or any agency thereof, unless the claimant establishes a right to relief by evidence satisfactory to the Court. Plaintiff has not shown a right to any relief.

    Wherefore, defendant respectfully requests that Plaintiff's motion be denied.

    Respectfully submitted,

    /s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

    /s
RUDOLPH C. CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

    /s
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____th day of January, 2006 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780