## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff | ) | **1:06CV00008(RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT, et al | ) | |
| | ) | |
| Defendants | | |

## PLAINTIFF'S MOTION REQUEST FOLLOWING PROPOSED ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.

Comes the Plaintiff file this entry before the court requesting the court to close with a Summary Judgment, Summary Judgment by Default or a Jury Trial in the stated case due to Defendants' Defaults after revealing and showcasing to the court fraud submissions and flaws in their arguments before the court. If the Defendant wish to defend such is not fraud the Defendant should be given the opportunity to do so. If not, the Plaintiff's requests should be granted.

As of this date, this request is submitted into the court nothing else is needed or should be added to overturn such requests entry by the Plaintiff.

The Plaintiff has attached such orders requested to complete this motion request before this honorable court.

Please sign ORDERS and return.

**RECEIVED**

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*

# AFFIDAVIT OF SERVICE
## /
# PROOF OF CERTIFICATION OF SERVICE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

    V                CIVIL ACTION NO: **1:06CV00008 (RCL)**

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007,** the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: **Steven M. Ranieri, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530**. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7243**

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEVEN M. RANIERI
SPECIAL ASSISTANT U.S. ATTY.
CIVIL DIVISION
555 FOURTH ST. N.W.
WASHINGTON, DC 20530

(OPM)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  |  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
  ☑ Certified Mail  ☐ Express Mail
  ☐ Registered  ☐ Return Receipt for Merchandise
  ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0004 2646 7243   /3

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

    V                       CIVIL ACTION NO: **1:06CV00008 (RCL)**

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    **I, SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007**, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: **Attorney Kevin K. Robitaille, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530.** Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7250**

---

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVEN K. ROBITAELLE
SPECIAL ASSISTANT U.S. ATTY.
CIVIL DIVISION
555 FOURTH ST. N.W.
(WASHINGTON) DC 20530

(OPM)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
01 11 07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0004 2646 7250    7250

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ES PL

ISSISSIPPI 39601

58

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

    V                     CIVIL ACTION NO: **1:06CV00008 (RCL)**

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007,** the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: U.S. Attorney General Office, 950 Pennsylvania Ave, NW, Washington, DC 20530. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 3 7-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7151**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

    V                  CIVIL ACTION NO: **1:06CV00008 (RCL)**

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007,** the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: **Steven M. Ranieri, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530.** Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007.** The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7243**

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STEVEN M. RANIERI
SPECIAL ASSISTANT U.S. ATTY.
CIVIL DIVISION
555 FOURTH ST. N.W.
WASHINGTON, DC 20530

(OPM)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7006 0810 0004 2646 7243    /3

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

NS

...ES PL

...MISSISSIPPI 39601

758

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

    V                   CIVIL ACTION NO: 1:06CV00008 (RCL)

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007**, the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: Attorney Kevin K. Robitaille, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7250**

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint
**STAPLE GREEN CARD IN THIS AREA**



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

KEVIN K. ROBITAILLE
SPECIAL ASSISTANT U.S. ATTY.
CIVIL DIVISION
555 FOURTH ST. N.W.
WASHINGTON DC 20530

(OPM)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0810 0004 2646 7250   7250

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

...ES PL

...ISSISSIPPI 39601

...58

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS

    Plaintiff

    V                      CIVIL ACTION NO: **1:06CV00008 (RCL)**

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **11TH Date of January 2007,** the Defendant received by certified mail with return receipt the Plaintiff's First Request for Admission, Set of Interrogatories, and Request for Production of Documents and Things Propounded to Defendants to set stage for Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: U.S. Attorney General Office, 950 Pennsylvania Ave, NW, Washington, DC 20530. Giving the Defendant **30 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a jury trial. The Defendants deadline date for delivering documents is **February 12, 2007.** The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 3 7-40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 2646 7151**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS      )  **CIVIL ACTION NO:**
  PLAINTIFF       )
             )  <u>**1:06CV00008(RCL)**</u>
             )
vs.            )
             )
UNITED STATES OFFICE OF PERSONNEL )
MNGT          )
             )
  DEFENDANT      )
             )

---

PLAINTIFF'S FILE 2ND MOTION REQUESTS TO ENTER 2ND ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISH OR WISHES TO MOVE FORTH FOR A SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S **SECOND** REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTINUOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY PRIOR TO **APRIL 1ST, 2007** THE ATTORNEY GENERAL DEADLINE DATE FOR ALL FOIA CASES.

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this <u>**2ND MOTION REQUEST**</u> before the Office of the Clerk, requesting the clerk to Enter Plaintiff's 2ND Motion Request to enter Plaintiff's Second Request for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded to Defendants to set stage for Jury trial and Summary Judgment if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial.

1

2     The Defendants should have an additional <u>10 days</u> according to Federal Rules of Civil

3     Procedures Prec. R. 1, Refs & Annos Civ. R. 26 (f). Civ. R. 33 (a), Civ. R. 33 (b)(3) and Rule 15
      (b) and 26.

                                    Respectfully submitted,

4

5                                   Sam L. Clemmons

                                    Plaintiff, *Pro Se*

6

7     **Attachments:**

8             Plaintiff's Interrogation Request
              Subpoena in a Civil Case
9             Motions Requests
              Four Proposed Orders
10            Exhibit **[X submitted]**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PROVEN FRAUD
ACTIVITY BY
DEFENDANTS
JUSTIFYING LAWSUIT**

AO 88 (Rev. 1 94) Subpoena in a Civil Case

Issued by the

# United States District Court
## DISTRICT OF COLUMBIA

SAM L. CLEMMONS

Vs.

U.S. OFFC OF PERSONNEL
MANAGEMENT

To:

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER:
**1:06CV00008 (RCL)**

REVISED COPY

☐  **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐  **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☐  **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐  **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

　　　Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

**COURT COPY TO COMPEL
EVIDENCE IF NECESSARY
THROUGH PLAINTIFF'S
MOTION REQUEST TO
PRODUCE ALL THE EVIDENCE**

AO 88 (Rev. 1. 94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          Date

_____
Signature of Server

_____
Address of Server

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)  A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)  (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear in person for deposition, hearing or trial.

(B)  Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)  (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that

person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)  DUTIES IN RESPONDING TO SUBPOENA.

(1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)  When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

**PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTNOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO PROVE CASE IS NOT FRAUD OR IN DEFAULT**

## DEFINITIONS

Plaintiff, Sam L. Clemmons, *Pro Se* status is now attempting to collect and recovery all information from the Defendant, Office of Personnel Management and any of such information will be use for further court purpose.

As used herein, the terms listed below are defined as follow:

A.  The terms, *"you"* and *"your*," mean Office of Personnel Management and the Defendant's Counsel and any and all persons, employees, agents and others acting or purporting to act on behalf of Office of Personnel Management.

B.  The terms *"I*,", *"me*," *"my*," Plaintiff and all persons, employees, officer, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

C.  The term *"Plaintiff,"* means Sam L. Clemmons all persons, employees, officers, owners, agents and others acting on behalf of Sam L. Clemmons' Estate.

D.  The term "*Judge*" means an official with the authority and responsibility to preside in a court, try lawsuits and make legal rulings. Judges are almost always attorneys. In some states, "justices of the peace" may need only to pass a test and federal and state "administrative law judges" are often lawyer or non-lawyer hearing officers specializing in the subject matter upon which they are asked to rule. The word "court" often refers to the judge, as in the phrase "the court found the defendant at fault," or "may it please the court," when addressing the judge. The word "bench" also refers to the judge or judges in general. Judges on appeals courts are usually called "justices." Judges of courts established by a state at the county, district, city or township level,

2

gain office by election, by appointment by the Governor or by some judicial selection process in case of a vacancy. Federal judges are appointed for life by the President of the United States with confirmation by the U.S. Senate. A senator of the same party as the President has considerable clout in recommending Federal judges from his/her home state. 2) v. to rule on a legal matter, including determining the result in a trial if there is no jury. Therefore, a judge is any person appointed, elected in place of a position of trust with confidence for the people and by the people to monitor, read, listen and instruct such activities within the United States Constitution and is set and in place to rule accordingly upon noticing and witnessing such laws have been violated or is being violated. The Judge is in place such as a referee, moderator, arbitrator, adjudicator, umpire, critic, reviewer, evaluator, arbiter, expert, authority, and connoisseur official to make the right calls, give such opinion, form an opinion, and rule accordingly according to the fine print of the laws, rules and regulation of the United States Constitution.

E. The term "*conspiracy*," means when people work together by agreement to commit an illegal act. A conspiracy may exist when the parties use legal means to accomplish an illegal result, or to use illegal means to achieve something that in itself is lawful. To prove a conspiracy those involved must have agreed to the plan before all the actions have been taken or it is just a series of independent illegal acts. A conspiracy can be criminal for planning and carrying out illegal activities, or give rise to a civil lawsuit for damages by someone injured by the conspiracy. Thus, a scheme by a group of salesmen to sell used automobiles as new, could be prosecuted as a crime of fraud and conspiracy, and also allow a purchaser of an auto to sue for damages for the fraud and

3

conspiracy. This is no different than the activities describe by the Plaintiff in this civil lawsuit for damages.

F.  The term "*client*," means accessory or partner in crime such as the Criminal Investigation Division, Drug Enforcement Administration and The Department of the Army's witnesses and all persons responsible for assisting you in carrying out this unethical activity or activities causing this civil lawsuit.

G.  The term "*motive*," means in criminal investigation the probable reason a person committed a crime, such as jealousy, greed, revenge or part of a theft. While evidence of a motive may be admissible at trial, proof of motive is not necessary to prove a crime. The Plaintiff is requesting the Defendants to prove where such motive, reason, cause, object, purpose, motivation, drive, aim or intent existed to justify a fraudulent alleged claim to impose an investigation upon the Plaintiff to attempt to destroy his character, careers, reputation by causing continue hurt upon the Plaintiff and the Plaintiff's family. The Plaintiff therefore declare reasons of jealousy, greed, inferior complex or issues of revenge to justify all the Defendants' actions of committing such crimes of conspiracy against the Plaintiff by the Defendant and the Defendants' witnesses or partner in crime. If there is no intent you don't have probable cause to investigate a crime or impose such negative actions against a person, company or business. There is a great deal of intent the Plaintiff have proven against all the Defendants and the Defendants' witnesses so declared and stated and expressed in the Plaintiff's complaint. Every action the Plaintiff described happen and existed for a genuine purpose caused by the Defendants resulting in a lawsuit showcasing great merit to recovery for damages.

4

H. The term "*failure*," means breakdown, stoppage, malfunction, crash, collapse, disappointment, letdown, not a success, catastrophe, fiasco, or attempt to hide.

I. The term "*character witnesses,*" means a person who testifies in a trial on behalf of a person (usually a criminal defendant) as to that person's good ethical qualities and morality both by the personal knowledge of the witness and the person's reputation in the community. Such testimony is primarily relevant when the party's honesty or morality is an issue, particularly in most criminal cases and civil cases such as fraud. The Central Intelligence Agency, Federal Bureau of Investigation, and all witnesses statements provided in the Plaintiff's Motion Request to Enter Discovery will be used to show the Court the Defendants unethical practices and tactics in performing their illegal activities to cause this civil lawsuit

J. The term, "*communication*," includes oral and written communication of any type and an interrogatory requesting that a communication be stated is requesting that, in addition to any information specifically requested, the following be given:

K. The term, "*identity theft*" means and includes willful taking without such person knowledge or consent and placing such person name, social security number, date of birth, place of birth and misusing such information with intent to cause hurt or harm to such person or such person family.

L. The term, "*identity fraud*" means and includes willfully using such person name, social security number, date of birth, place of birth with in an intent to make something appear that is not true to intentionally cause hurt or harm upon such person or such person family.

5

M. The term, "***deformation of character***" means and includes willfully with an malice intent to print slanderous comments about someone that is not true and publish such illegal information so that others can see, read and interpret to draw a wrongful conception, idea or image about a person with an intent purpose to cause hurt or harm upon such person life, career or family.

N. The term, "***discrimination***" means and includes unequal treatment of persons, for a reason which has nothing to do with legal rights or ability. Federal and state laws prohibit discrimination in employment, availability of housing, rates of pay, right to promotion, educational opportunity, civil rights, and use of facilities based on race, nationality, creed, color, age, sex or sexual orientation. The rights to protest discrimination or enforce one's rights to equal treatment are provided in various federal and state laws, which allow for private lawsuits with the right to damages. There are also federal and state commissions to investigate and enforce equal rights. This is an act with a purpose or intent to not treat a race, gender, religious background, disable or person with disabilities the same the way you will treat other from a certain sector or class of people using bias, favoritism, prejudice, unfairness, inequity, bigotry, intolerance to reach an unfair decision or outcome of something such as your investigation report resulting in FRAUD.

O. The term "***prejudice***" means treating one different over the other even though both or many are similar in terms of filing response late placing such person, people or agencies in default. One default should not be removed or uplift if all others are not treated the same.

6

P. The term "*frivolous*" means playful, frolicsome, perky, lighthearted, merry, dizzy, giddy, laughing, and flippant, in connection to any statements provided by the Defendants which will result in a frivolous lawsuit to justify such wrongdoing.

Q. The term "*ignorance*" means lack of knowledge, unawareness due to lack of education or lack of self development which can cause sever, hurt or harm upon such person which does not eliminate or excuse such a person from any crime or illegal activities being committed against such a person, business, agency, agencies, government, etc. "Ignorance of the law is no excuse"

R. The term "*accessory*" means a second-string player who helps in the commission of a crime by driving an illegal process, providing the weapons or illegal paperwork, assisting in the planning, providing an alibi, or hiding the principal offender after the crime. Usually the accessory is not immediately present during the crime, but must be aware that the crime is going to be committed or has been committed. Usually an accessory's punishment is less than that of the main perpetrator, but a tough jury or judge may find the accessory just as responsible. Accessory to a crime are called accomplice, partner, partner in crime, assistant, abettor, co-conspirator in being involved in assisting others to hide, concealed, cover up any illegal activities witness or being involved by any person, agency, agencies, business, or government agencies.

S. The term "*fraud*" means the intentional use of deceit, a trick or some dishonest means to deprive another of his/her/its money, property or a legal right. A party who has lost something due to fraud is entitled to file a lawsuit for damages against the party acting fraudulently, and the damages may include punitive damages as a punishment or public example due to the malicious nature of the fraud. Quite often there are several

persons involved in a scheme to commit fraud and each and all may be liable for the total damages. For example, reporting something that is not true to others to cause hurt or harm upon such person, business, agency or agencies and such person family. Resulting in such deception, scam, con, scheme, swindle, racket, hoax, deceit, snake oil, smoke and mirrors to cover something up or prevent others from knowing the truth or final outcome of something such as your derogatory statements in your investigation report which should be a report of confirmed, accurate but true facts about a person under investigation.

T.  The term *"white collar criminals"* means a generic term for crimes involving commercial fraud, cheating consumers, swindles, insider trading on the stock market, embezzlement and other forms of dishonest business schemes. The term comes from the out-of-date assumption that business executives wear white shirts with ties. It also theoretically distinguishes these crimes and criminals from physical crimes, supposedly likely to be committed by "blue collar" workers.

U.  The term *"rights to pursuit of happiest"* means any person, business or agency have the right to pursue the "American Dream" to becoming successful through fair achievement to own property, capital, and work without any illegal activity involved.

V.  The term *"Stay"* means a court-ordered short-term delay in judicial proceedings to give a losing defendant time to arrange for payment of the judgment or move out of the premises in an unlawful detained case in this case before the Court the Court has not granted the Defendant a stay in releasing the requested discovery through the Plaintiff's Admission, Interrogatories and requests production of all documents.

8

W. The term *"Discovery"* means the entire efforts of a party to a lawsuit and his/her/its attorneys to obtain information before trial through demands for production of documents, depositions of parties and potential witnesses, written interrogatories (questions and answers written under oath), written requests for admissions of fact, examination of the scene and the petitions and motions employed to enforce discovery rights. The theory of broad rights of discovery is that all parties will go to trial with as much knowledge as possible and that neither party should be able to keep secrets from the other (except for constitutional protection against self-incrimination). Often much of the fight between the two sides in a suit takes place during the discovery period.

X. The term *"reciprocal discovery"* means the exchange of documents, lists of witnesses, and other information between the two sides of a lawsuit or criminal prosecution before trial.

Y. The term *"Interrogatories"* means a set of written questions to a party to a lawsuit asked by the opposing party as part of the pre-trial discovery process. These questions must be answered in writing under oath or under penalty of perjury within a specified time (such as 30 days). Several states ask basic "form" interrogatories on a printed form, with an allowance for "supplemental" interrogatories specifically relevant to the lawsuit. Normal practice is for the lawyers to prepare the questions and for the answering party to have help from his/her/its attorney in understanding the meaning (sometimes hidden) of the questions and to avoid wording in his/her answers which could be interpreted against the party answering. Objections as to relevancy or clarity may be raised either at the time the interrogatories are answered or when they are used in trial. Most states limit the number of interrogatories that may be asked without the

9

court's permission to keep the questions from being a means of oppression rather than a source of information. While useful in getting basic information, they are much easier to ask than answer. In addition the parties may request depositions (pre-trial questioning in front of a court reporter) or send "requests for admissions" which must be answered in writing. See all lists in number form provided by the Plaintiff below given you (the Defendant) 30 calendar days before this Court to answer and response for pretrial purposes.

Z.   The term "*jury trial*" means trial before the Plaintiff's peers to determine the overall trueness and fairness of one being guilty or not-guilty according to the United States Constitution under Article I of the Bill of Rights Amendment VI and according to Federal Civil Procedures, Rule 38 (b) (c).

AA.    The term "*justice*" means treating any or every person, people or agencies with fairness, impartiality, righteousness, evenhandedness, fair dealing, honesty, integrity, validity, truthfulness, rightfulness, acceptability, reasonableness to reach a final outcome in any case before the Department of Justice.

BB.    The term "*de novo*" means reveal any and all top-secret documents or none top-secret documents concerning any alleged investigation showing all persons or parties involved in the investigation without orders to justify any statements made to justify an legal background investigation allegedly claim or conducted after the Plaintiff freely but willful provided all personal information to perform rights to pursuit of happiest.

CC.    The term "*Freedom of Information Act and Privacy Act*" means and states that such is an official law passed by the United States Congress and the Senate which set

10

strict guidelines that clearly states for anyone to obtain their personal files upon their request through power of attorneys providing their full name, social security number, date of birth, etc to request to verify, correct, supplement or remove information from their government files that can adversely impact their future promotion, security clearance, veterans or social security benefits and more and such agencies upon any person request has **20 working days** by law to release such information requested.

1. Produce all documents you released to such agencies and the Plaintiff within 20 working days after receiving such requests.

2. Produce all appeals submitted to you by the Plaintiff in nature to any and all Freedom of Information Act requests.

3. Produce all appeal final outcome showing the month, date and time when such appeal became final.

4. Produce all referrals sent to the Central Intelligence Agency, Drug Enforcement Administration, the Department of the Army, Defense Security Administration, Tonya Powell, Total Debt Management, Stein Mart Corporation, Mid-America Apartment Communities, etc. to validate all your statements in your late but untimely response causing such default actions against you so that you will show the court why such default actions should not be sustained and justify your submission to this honorable court.

5. The exact time and date the communication was given and received.

6. The manner in which the communication was given and received, i.e. letter, telephone, orally, in person, etc.

7. The amount of time the Defendants appeared at such corporation or establishment.

8. All person present if the communication was oral.

9. Person(s) making the communication or part thereof, whether written or oral.

10. Person(s) to whom the communication was given or sent, whether directly or indirectly and whether or not all received it at the same time.

11. Place each person was when he gave or received the communication.

12. A detail statement of the contents of the communication.

13. The response(s) to the communication.

14. Address of each answering person name above who made a statement that such communication was unconstitutional and who agree that such communication was constitutional and in accordance with the laws of the United States' Constitution.

15. The duties, job title and term of time said position held as these apply to each person name above.

16. The results of the communication.

DD.    The term, "*identify*," means, with respect to person, to state their full names, present or last known addresses, current employment and positions or titles therein and, if present employment is not with defendant(s), then state any past employment or other business relationship with the defendant(s) to know that such documentation is not needed with a court's order.

EE. The term, "*identify*," means, with respect to documents, to state the general nature of the document to justify any actions performed by the Defendants (for example, letter,

12

telegram, memorandum, diary, blueprint, photograph, diagram, etc.) the date prepared, the author, the addressee, the location of document and the custodian of the documents. Police reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, etc.

FF. The term, "*identity*," with respect to an entity, not a person, means to state the full name, legal nature of entity, state organized in, principle place of business and mailing address.

GG.    The term, "*documents*," means all writing of any kind including the original and all non-identical copies, whether different from the original by reason of any notation made on such copies or otherwise (including without limitation), time records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, work papers, pamphlets, books, prospect use, interoffice and intra-office communication, offers, notation of any sort of conversations, telephone calls, meeting or other communication, ledgers, invoices, billing, drawing, maps, sketches, photographs, applications, plats, films, tapes, receipts, summaries, financial statements, bank statements, bank debit and credit memos, cancelled checks, loan ledger, promissory notes, security agreements, deeds of trust, financing statements, records of any bank special or expense accounts, and any and all other writing, typing, printing, or drafts or copies of reproductions thereof irrespective of form in your possession, custody or control. (For Example, police reports, investigation reports, citations, U.S. Marshall Service documents, Affidavit of Service, Summons, Subpoenas, arrest warrants, search warrants, copies of return mail, chain of custody showing date and time of all parties involved.

HH.    The term "***all documents***" means every document as defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

## II. ADMISSIONS

COMES NOW Plaintiff, *Pro Se*, and served on the Defendant this request for admission of the truth of the facts set forth in the separate number paragraphs, pursuant to Fed. R. Civ. P. 12(b)(6) which the Defendant is required to answer and produce within thirty days from the date of service thereof:

1.  The Army Crime Record Center (CID) issued you fraudulent instructions or information in which you carry out resulting in a United States Constitution Rights violation of the fourth and fourteenth amendment. Causing such subject rights to privacy to be violated. Causing issues of identity theft, identity fraud, deformation of character and later discrimination issues or concerns.

2.  By accepting such ORDER or information it was not in compliance with the normal operation and procedures when such person was never arrested or investigated by anyone causing you to become bound by the terms of a higher court to inform you that such actions performed by you are as well illegal, not just and not according to the constitution of the United States of America. Therefore, holding you as legally bound through rights to recovery for damages sought by the Plaintiff for punitive damages in the amount of $ 75, 250,000.00 (seventy-five million, two hundred and fifty thousand dollars) after taxes.

14

3. You are a witness to a crime that others knew where not legally correct making you an accessory to a crime by not stopping such crime or correcting and not by reporting such crime.

4. Said such funds or activities for your service were received by you in agreement to continue to such illegal activity. For the record, state and provide invoices the total payout for your service concerning these activities.

5. You have not revoked or attempted to revoke such service performed and at question as a stance to say such service performed was legal, accurate and correct.

6. Disclose the total amount of cases and total dollars amount you received from the doing this to others each year to justify you did not discriminate against the Plaintiff.

7. Disclose the proper chain of custody inventory or disposal forms showing the exact date and time when such illegal testing was performed and reported to the U.S. Attorney General Office.

## REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS

COME NOW Plaintiff, Sam L. Clemmons, *Pro Se* and request that the Defendant, Office of Personnel Management, produce and permit the Plaintiff to inspect and copy those documents and things designated as follows, pursuant to the U.S. District Court for the District of Columbia Civil Rules of Procedures under the Subpoena Duces Tecum Request at Sam L. Clemmons, 548 Saint Charles PL, Brookhaven, MS 39601.