15

### III. <u>ITEMS TO BE PRODUCED</u>

Items to be produced, subject to above definitions, are as follow:

1. Produce all documents which you were requested to identity in Plaintiff's First and Second Sets of Interrogatories Propounded to Defendant.

2. Produce all documents which you intend to present as evidence in the trial of this matter.

3. Produce all documents which you have received from the Army Crime Record Center (CID), Department of the Army, Defense Security Administration, Central Intelligence Agency, Tonya R. Powell, Stein Mart Corporation, Total Debt Management, Mid-America Apartment Communities and all your witnesses that you printed negative statements about the Plaintiff to support your defense that such statements are accurate, correct, true and legal and binding according to the law.

4. Produce copies of all documents which you have sent to the Army Crime Record Center, Department of the Army, Defense Security Administration, Central Intelligence Agency, Tonya Powell, Stein Mart Corporation, Total Debt Management, and Mid-America Apartment Communities.

5. Produce all certified but true copies of the Plaintiff's arrest records, investigation reports, etc.

6. Produce all documents which are in any way concerned with your dealing with the Army Crime Record Center and the Department of the Army, Central Intelligence Agency, and Defense Security Service Administration to provide

16

proof to the Court in nature to your statements you submitted in your untimely response.

7.  Produce all documents in any way connected with the allegations in the complaint filed herein to support your theory why such case should be dismissed with prejudice.

8.  Produce all documents in any way connected with defense raised by you to the complaint or in any way connected with any defense to be raised by you concerning the complaint.

9.  Produce all documents where it clearly states that no probable cause does not have to exist for an investigation to be made according to the United States Constitution for example you can use case laws to establish your defense.

10. Produce all documents where it clearly states that anyone who is subject to an investigation must have their name put in a criminal database to falsely mislead others to prevent such person from obtaining any career employment in a position of trust and to put a tracking on such a person to know his or her whereabouts at all time and to put his or her social security number in other databases or false report other illegal activities to continue to cause hurt and harm upon such person and such person family.  Produce these documents to be exempt from any discrimination, identity theft, identity fraud, and deformation of character claims.

11. Produce all documents where it states or express that any man can be investigated or arrested at anytime prior and after for the same crime even without going through the proper channels of the Due Process of Law for example you can use case laws to establish your defense.

12. Provide all statistical data information from the Army Crime Record Center that shows the numbers of men are being investigated and arrested each month and each year concerning the alleged crimes of government fraud and are being reported to Federal Government under the Federal Data Crime Statistical Report.

13. Produce all documents where it states or express that no police reports, incident reports, U.S. Marshall Service showing proper service to notify any man of pending actions against him any in court of law is not needed to make an investigation or arrest concerning illegal charges such as you have expressed before this Court.

14. **Produce all documents concerning retirement documents, pay stubs, addresses, social security numbers of Ms. Wynette Alexander, Anna Bowden, June Bowden, Allan T. Dowen (DOA), Ms. Leslie Blake (DSS), Special Agent Gary Hartman, Special Agent Eldred Earls (DEA), Larry Pearson (CID), Tonya R. Powell, Kath McPhail (Mid-America), Paul Gordon (Total Dept Management), Kendall J. Brown (Stein Mart), and Counsel Mark A. Robbins or justify and prove that such information given to the Plaintiff was true, accurate and correct and was not alter or edited to mislead, trick or deceit anyone to exempt such individuals from this lawsuit.**

15. Produce all documents that you have anything to do with your banking records, including bank statements, cancelled checks, deposit slips, old draft notices and any other agreements with any bank for the past five years to show the court your means and ways to pay for this debt in a timely manner once it has been approved that such actions performed by you were unconstitutional.

16. Produce all documents which are or which have anything to do with your federal or state income tax returns which you have prepared or filed for the past five years if you wish to take the full responsibility of these crimes committed against the Plaintiff.

17. Produce all documents from the Court granting such rights to change counsel after entering of appearance. Produce documents showing date and time of such motion being granted.

18. **Produce all documents from the Court granting an enlargement of time to respond on both requests to justify why you are not in default. Produce documents showing date and time of such motion being granted. According to Fed. Civ. R. 6(b).**

19. **Produce all documents in the form of Affidavit of Service showing this honorable court that the Plaintiff was served properly in nature to any of your timely filing and the Plaintiff's timely filing a response to any of your timely submission.**

20. **Produce all documents from the Court granting you a stay in discovery to justify reasons why you failed to produce any documents under the Plaintiff's First and Second Requests for Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to the Defendant to set the stage for a Summary Judgment or Jury Trial if necessary if you wish not accept such default entry. Produce documents showing date and time of such motion being granted.**

19

**21. Produce all court documents granting you a protective order ordering you not to participate in this submission before you and your staff. Show date and time of such orders prior to you receiving this set of Admission, Interrogatories and Subpoena request.**

If the Defendant's Counsel cannot produce **one/half** of the documents requested in the Plaintiff's Opposition and Plaintiff's Second Request for Admissions, Sets of Interrogation, and Continuous Requests for Production of Documents and Things Propounded to Defendant then this case is clearly a case of violation under the Freedom of Information Act and Privacy Act. It will clearly show before the Court that the Plaintiff's Rights to Privacy has been violation and so many actions performed against the Plaintiff were unconstitutional and outside the scope of the forbidden fruit of justice.

The Plaintiff had every right to file such lawsuit against those who have violated the Plaintiff's rights under the United States Constitution of America.

Due to the Defendant's Counsel harass comments expressing dismissal with prejudice, the Plaintiff express now to the Defendant's Counsel to prove the Plaintiff wrong by the abundance of evidence that you should be able to easily obtain as stated in listed in this submission before the Court and to correct the Defendants failures to justify your harass request against the Plaintiff. The Plaintiff now wishes to file this motion in this honorable court for tort damages and full recovery of this lawsuit in this honorable court without going or proceeding over into another court of jurisdiction such as the United States Court of Federal Claims.

The Defendants should be granted or have an additional **10 days** as required by law to produce all the documents requested to justify their actions and prepare to settled this lawsuit in accordance with the Plaintiff's actions under the Federal Rules of Civil Procedures R. 26, R. 33

1   (a) (b) (c) (d), 36, 37 (a)(3), R. 38 (b) (c), R. 39, R. 45, **R. 54, (a) (b) (c)** and R. 55 (a) (b) (e)

2   that's if the Defendants continue to refuse and not accept such default entered by the clerk.

3   They say,

4       *"A lie don't care who tells it just as long as it get told"*

5       Author unknown

6       *Provide one piece of facts displaying wrongdoing by the Plaintiff and come into the court*

7   *with the truth* in order for us (Plaintiff & Defendants) to bring this matter to a close before the

8   court so that the Defendants can correct their practices, policy, procedures and award the

9   Plaintiff according to the Plaintiff's claim for relief under Federal Rules of Civil Procedures

10  Rules 8 before April 1, 2007.

11

12      It should now be in the best interest of the Defendants to enter a motion before the Court

13  including a motion for statutory offer of settlement which is a written offer of a specific sum of

14  money made by a defendant to a plaintiff, which will settle the lawsuit if accepted within a short

15  time. The offer may be filed with the court, and if the eventual judgment for the plaintiff is less

16  than the offer, the plaintiff will not be able to claim the court costs usually awarded to the

17  prevailing party (the Plaintiff). The Defendant can enter a motion to settle this case to resolve a

18  lawsuit without a final court judgment by negotiation between the parties, usually with the

19  assistance of attorneys and/or insurance adjusters, and sometimes prodding by a judge. Most

20  legal disputes are settled prior to trial this option is now totally up to the Defendants in the

21  Plaintiff's Second Motion Request for Admission, Interrogatories and Subpoena Duces Tecum

22  requests before the Court.

23

24

25

21

       I pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements as before a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath making all submission and any others statements, responses or submission are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of document is the same as pervious before without going before a notary again.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**See Attachment:**

     Three Proposed Orders +1 = (4)

22

**Copies Sent to:**

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / Certified Mail # **7006 0810 0004 2646 7250**
**7006 0100 0004 7928 3531**


STEVEN M. RANIERI (ILLEGAL LEGAL COUNSEL)
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036 / Certified Mail # **7006 0810 0004 2646 7243**
**7006 0100 0004 7928 3531**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave. NW,
Washington, DC 20530 / Certified Mail # **7006 0810 0004 2646 7168**
**7006 0100 0004 7928 3517**

And


**District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Delivery Confirmation # 0305 0830 0004 5848 5126**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS                                  )    **CIVIL ACTION NO:**
    PLAINTIFF                                  )
                       )    **1:06CV00008(RCL)**
                       )
vs.                                              )
                       )
UNITED STATES OFFICE OF PERSONNEL )
MNGT, et al                                      )
                       )
    DEFENDANTS                                   )
                       )

---

<u>PLAINTIFF'S MOTION REQUESTS IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURES TO MOVE FORTH BEFORE THE COURT AFTER THE DEFENDANTS VERIFIED AND JUSTIFIED RULE 37 (FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY; SANCTIONS). PLAINTIFF HAS NOW FILED SUCH MOTION FOR AN ORDER COMPELLING DISCLOSURES OR DISCOVERY AND FILES SUCH MOTION DEMANDING A JURY TRIAL IN ACCORDANCE TO FEDERAL RULE 38. PRIOR TO APRIL 1, 2007</u>

Comes Sam L. Clemmons, Plaintiff *Pro Se* files this **MOTION REQUEST** after to entering the Plaintiff's **MASTER ORDER** before the Office of the Clerk, requesting the clerk to Enter such order on docket and After the Plaintiff's Second Motion request for Continuous Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or Jury trial if necessary if the Defendant wish not to accept such Default entry, wish not to cooperate and wishes to defend such case before a jury trial.

The Defendants should have an additional <u>10 or 30 days</u> according to Federal Rules of Civil Procedures Prec. R. 1, Refs & Annos Civ. R.15, R.26 (f), R. 33 (a), R. 33 (b) (3), R. 34, R.36-38 and (b), R. 45and R.53 (e) (g) (3) to comply with or make up his or her mind to cooperate and move this case forward so that justice can be served.

The Federal Rules of Civil Procedures clearly states that any party may demand a trial by jury of any issue triable of right by a jury by (1) serving upon the other parties a demand therefore in writing at any time after the commencement of the action and not later than 10 days after the service of the last pleading directed to such issue, and (2) filing the demand as required by Rule 5(d). Such demand may be indorsed upon a pleading of the party. (c) Same: Specification of issues. It states in the demand a party may specify the issues which the party wishes so tried; otherwise the party shall be deemed to have demanded trial by jury for all the issues so triable. If the party has demanded trial by jury for only some of the issues, any other party within 10 days after service of the demand or such lesser time as the court may order, may serve a demand for trial by jury of any other or all of the issues of fact in the action according to Rule 38 (b).

The Plaintiff has continued and expressed issues before this honorable court and the Defendants have continued and tried to ignore the issues or express and prove there are no issues before the court of fraud.

The Plaintiff has served the Defendants accordingly and accordance with the laws and instructions of the Court.

The Defendants were given every fair but equal opportunity to turn over all the documents requested by the Plaintiff under the Freedom of Information Act and Privacy Act. The main issues before the Court the Defendants have still failed to release the full but complete record sought and the Defendants have continued tried to mislead the Court and tried illegal tactics before the Court in hope that the Plaintiff, Court and Jury will not notice such illegal tactics in many attempt to give evasive or incomplete disclosures, answers or responses according the Plaintiff's requests according to Rule 37.

The main issue is fraud and the Plaintiff has expressed such issue before the Court in the Plaintiff's initial complaint. The Plaintiff has proven fraud by substantial evidence provided to

1  the Court and the Defendants. Given the Defendant a fair but equal amount of time to prove the

2  Plaintiff wrong by in return providing the Plaintiff and the Court with evidence to contradict the

3  Plaintiff's claim or issues.

4         The other issues are other crimes committed in relation to the acts of fraud which are

5  identity theft, identity fraud, theft by deception and complete removal of all the Plaintiff's

6  personal but private information from the Defendants databases because now the Plaintiff can

7  prove within laws of the court and before a jury that these crimes have been committed and now

8  the court and the jury must administrated complete relief upon the Plaintiff according to these

9  laws and laws under the statue of the Freedom of Information Act and Privacy Act where such

10  cases from other citizens of the United States of America who filed FOIA lawsuits and the

11  Defendants failed to comply with the guidelines of the 20 days rules and failed to disclose all

12  information requested by law resulting in millions of damages being paid out to those victims.

13  See case law of the ___United States v. John Lennon___ and all other cases that piggy back off such

14  case.

15         In additional to those issues listed above the Court and the Jury must look at other factors

16  of discrimination and prejudice treatment on behalf of the Defendants. The Plaintiff was never

17  given a chance to address any issues at question and was not offered an appeal to anything.

18         Also the Defendants have failed to realize and understand that a host of Special Agents in

19  Trust Positions have stated, printed and declared the Plaintiff to be someone with integrity issues,

20  someone who cannot be trusted and someone who have manipulated many out of goods or

21  services which now the Defendants and these Special Agents have to prove and someone has to

22  stand up for these agents and federal employees to justify their statements in fine print are

23  legally, accurate and correct within the laws and guidelines of the Federal Rules of Civil

24  Procedures and now this should be done before a Jury Trial as being demanded by the Plaintiff

25  according to Federal Rules of Civil Procedures, Rule 38 and the Plaintiff's Constitutional rights.

1    Someone has to pay for these crimes and acts of libel. The Plaintiff should not be the one
2  to be out of pocket for someone else act of negligence such as what the Plaintiff has already
3  explained in the Plaintiff's initial complaint to give and grant this case with merit before the
4  Court.

5    The Plaintiff have a family he has to care for, the Plaintiff has to live just like everyone
6  else, the Plaintiff has to put an immediate stop on all or any triggering issues before they come
7  into play if this matter before this court is not resolved according to the United States
8  Constitution in a timely manner.

9    The Plaintiff also requested in the Plaintiff's initial complaint a request for a jury trial in
10  accordance to the Federal Rules of Civil Procedures. On each proper service upon the
11  Defendants the Plaintiff has continuous signed such consent to proceed before a jury. On all
12  occasion of service the Defendants have refused to acknowledge and sign such documentation to
13  eliminate more cost on the Court, Plaintiff and the Defendant.

14    The Plaintiff has entered his rebuttals expressing failures attached with the Plaintiff's
15  Partial Motion Requests to Enter Discovery according to such case laws of _Lewis v. Faulkner_,
16  689 F.2d 100, 102 (7th Cir.1982), _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley
17  v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).
18

19    The Plaintiff has even given the Defendants more time in releasing their arguments,
20  oppositions and chances to produce for the record evidence and documents to defend their stance
21  in proving that such is not fraud. As of this date of this submission before the record of the Court
22  the Defendants have continued failed to prove anything to justify not awarding the Plaintiff for
23  the damages the Plaintiff has encountered from the Defendants negligence actions. Resulting in
24  now the Plaintiff demanding his rights under the Constitution of the United States of America to
25  demand a jury trial so that such now will be part of public record and others can use such case as
the Defendant has tried to use other that are no where in nature of this case before the Court.

The Plaintiff is now demanding a jury trial for the jury to be the overall deciding factors after reviewing the records in it entirely and to clear the Plaintiff's name, true character and records in which the Defendants have failed to offer or attempt to offer any clearance at all.

The Plaintiff received the Defendant last submission on February 19, 2007 and is now well in accordance with the Federal Rules of Civil Procedures demanding such jury trial for the record and accordance with the law.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

**Attachments:**
    Plaintiff's Admission, Interrogatories and Subpoena Requests
    Subpoena in a Civil Case
    Motions Requests
    Four Proposed Orders
    Exhibit **[X submitted]**

6

1  **Copies Sent to:**

2  KEVIN K. ROBITAILLE
3  Special Assistant U.S. Attorney
   Civil Division
4  555 Fourth St., N.W.
   Washington, DC 20530 / Certified Mail # **7006 0100 0004 7928 3531**

5
   STEVEN M. RANIERI (ILLEGAL LEGAL COUNSEL)
6  Special Assistant U.S. Attorney
   Civil Division
7  555 Fourth St., N.W.
   Washington, DC 20036 / Certified Mail # **7006 0100 0004 7928 3531**
8
9  U.S. ATTORNEY GENERAL
   950 Pennsylvania Ave. NW,
10 Washington, DC 20530 / Certified Mail # **7006 0100 0004 7928 3517**

11 And

12 **District Court for the District of Columbia**
   Attn: Office of the Clerk &
13 Judge Royce C. Lamberth's Chambers
   333 Constitution Ave, NW
14 Room 1225
   Washington, DC 20001 / **Delivery Confirmation # 0305 0830 0004 5848 5126**

15

16

17

18

19

20

21

22

23

24

25

# PROPOSE ORDER (S) REQUEST

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| PLAINTIFF | ) | |
| | ) | **1:06CV00008(RCL)** |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT, et al | ) | |
| | ) | |
| | ) | |
| DEFENDANT | ) | |

## MASTER ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests for Admissions, Interrogatories, Subpoena Duces Tecum and Protective Order against the Defendant should be granted including the Plaintiff's Motion Requests for the Defendants' witnesses to bring forth evidence to support their statements for the record and other documents under *de novo* as withheld by the Defendants by means of redaction to bring this case matter before the court to a close. It is now shall be ORDER to **"COMPEL"** the Defendant to produce all their evidence "without redaction" within **10 days** after this order in accordance with Rule 37(a) or it shall be in the best interest of the Defendants to settled this case before going forth for a jury trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

2

The Plaintiff's Protective Order is HEREBY GRANTED against the following employees and Agency.

They are: Ms. Wynette Alexander, Ms. Anna Bowden, Ms. June Bowden, Counsel Mark A. Robbins and the Office of Personnel Management. It is hereby ordered and granted that the Defendant (OPM) will delete **all** the Plaintiff's personal but confidential information from **all** their databases, files and records and report back to the court under a sworn declaration before the Court that all information has been deleted.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| Plaintiff | ) ) | **1:06CV00008(RCL)** |
| vs. | ) ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT, et al | ) | |
| Defendants | ) | |

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to <u>Lewis v. Faulkner</u>, 689 F.2d 100, 102 (7th Cir.1982) and <u>*Langley v. Adams County*</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests should be granted including the Plaintiff's Motion Request to Subpoena Duces Tecum from all the Defendants' witnesses to support their statements for the record and other top-secret documents under *de novo* as withheld by the Defendants to bring this case matter before the court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss will be DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS                    ) CIVIL ACTION NO:
      Plaintiff                           )
                                          ) <u>1:06CV00008(RCL)</u>
vs.                                            )
                                          )
                                          )
                                          )
U.S. OFFICE OF PERSONNEL           )
MANAGEMENT (OPM), et al            )
                                          )
      Defendants

## <u>ORDER</u>

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's

Discovery entry before the court. The Court finds it is now in the best interest of the

Court and the Plaintiff to bring this case to a close according to the Court's standard of

summary judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged

done to the Plaintiff's short, immediate and long term life and career that are caused by

the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with

substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is

now closed by means of Summary Judgment or Summary Judgment by Default without

Prejudice.

SO ORDERED this _____ day of_____ 200_

                                      _____

                                      Honorable Royce C. Lamberth
                                      United States District Court Judge

**Copies to:**
Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff | ) | **1:06CV00008(RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| U.S. OFFICE OF PERSONNEL | ) | |
| MANAGEMENT (OPM), et al | ) | |
| | ) | |
| Defendants | | |

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's Discovery entry before the court. The Court finds it is now in the best interest of the Court and the Plaintiff to bring this case to a close according to the Court's standards.

The Court now deem it's necessary to GRANT the Plaintiff a jury trial to hear the facts as disclosed by both sides before a summary judgment to be issued.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged done to the Plaintiff's short, immediate and long term life and career that are caused by the Defendant's action which brought forth the Plaintiff's complaint.

The Defendant(s) have had well over enough time to come before the Court with substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is assigned for a jury trial according to the Plaintiff's demands according to Rule 38 (b) (c) and Rule 8 of the Federal Civil Procedures.

ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23rd day of February 2007**, a true copy of the PLAINTIFF'S MOTION REQUEST FOLLOWING PROPOSED ORDERS SUBMITTED TO COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT OR SUMMARY JUDGMENT DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS;

PLAINTIFF'S FILE 2ND MOTION REQUESTS TO ENTER 2ND ALTERATIVE MOTION BEFORE THE COURT IN CASE DEFENDANT WISH OR WISHES TO MOVE FORTH FOR A SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY. PLAINTIFF ENTERS PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTINUOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO SET STAGE FOR SUMMARY JUDGMENT OR JURY TRIAL IF NECESSARY PRIOR TO **APRIL 1ST, 2007** THE ATTORNEY GENERAL DEADLINE DATE FOR ALL FOIA CASES.

PLAINTIFF'S SECOND REQUEST FOR ADMISSIONS, SETS OF INTERROGATORIES, AND CONTNOUS REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANT TO PROVE CASE IS NOT FRAUD AND PROPOSED ORDERS BEFORE THE COURT were all served by regular mail concerning case # 1:06CV00008 (RCL).

### To:  Defendant's Counsel

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7243</u>**
<u>7006 0100 0004 7928 3531</u>

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7250</u>**
<u>7006 0100 0004 7928 3531</u>

U.S. OFFICE OF PERSONNEL MANAGEMENT
Attn: General Counsel Mark A. Robbins
Center for Federal Investigation Service
1900 E. Street, NW, Suite 7353
Washington, DC 20415-1300 / **Certified Mail # <u>7006 0810 0004 2646 7144</u>**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # <u>7006 0810 0004 2646 7151</u>**
<u>7006 0100 0004 7928 3517</u>

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Delivery Confirmation # <u>0305 0830 0004 5848 5126</u>**

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601