# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )

    Plaintiff )

vs. )

UNITED STATES OFFICE OF PERSONNEL )
MNGT, et al )

    Defendants )

CIVIL ACTION NO:

**1:06CV00008(RCL)**

## RECEIVED

APR **9** – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERVICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD

Plaintiff files this Motion Request to file and enter Final Affidavit of Service showing proper proof of service to the Defendants in nature to the Plaintiff's requests for Admissions, Interrogatories, Requests for Production of Documents and Things Propounded to Defendants in addition to the Plaintiff's Motion Request to Enter Final Discovery to set the stage for a Demand Jury Trial or Summary Judgment in whole but in favor of the Plaintiff. Showing proof of service by certified mail with a return receipt tracking numbers of **7006 0810 0004 7928 3531 and 7006 0810 0004 2646 7151**.

By entry of this Motion into the record and for the record let it show, state and express that the Plaintiff has been in complete compliance with the Federal Rules of Civil Procedures and the Plaintiff has not abused anything but has given the Defendants a fair

but equal opportunity to comply with the rules of the Federal Civil Procedures even if such Defendants responded late or untimely after such default entry had been entered by the Office of the Clerk.

The Plaintiff continued to entertain some of the Defendant's rebuttals, pleas or requests in many attempts to have such default entry removed.

The Plaintiff filed multiple oppositions against the Defendant's responses. The Plaintiff entered multiple but many objections to many of the Defendant's Counsel false statements which truly reveal fraud submissions into the record with proven factors or claims submitted by the Plaintiff.

The Plaintiff filed at least three sets of Admissions, Interrogatories, and Things Propounded upon the Defendants and the Defendant's Counsel through subpoenas and the Plaintiff's final request to compel the Defendants and the Defendant's Counsel to fully but fairly produce **all** records in order to draw or come to a full but fair conclusion to set the stage for a Jury Trial and a Summary Judgment rather it maybe in the favor of the Plaintiff or the Defendants.

The Plaintiff extended a fair but equal opportunity for the Defendant's Counsel to settle this lawsuit outside of Court by giving the Defendant's Counsel an opportunity to call the Plaintiff on **March 19, 2007 @ 1:00 p.m.** eastern standard time. The Defendants failed to attempt to settle this matter outside of Court now adding additional time and expenses upon the Court after April 1st, 2007. (See attached phone log sheet to prove such statements upon the Court and Rule 16 (b), 26(a) (1) (E)).

The Defendants and the Defendant's Counsel have failed to submit anything to show this honorable court full compliance and full cooperation with the Federal Rules of the Civil Procedures.

In the Plaintiff's final submission of this Affidavit of Service the Plaintiff now say and express to this honorable court that this case is now fully brief and should be close due to fraud is founded, revealed and proven by the Plaintiff and such is not proven otherwise by the Defendants or the Defendant's Counsel through many attempts served upon the Defendants and the Defendant's Counsel to produce discovery and to proven otherwise.

Sanction should not be imposed upon the Plaintiff but sanction should now be completely imposed upon the Defendants and such Proposed Orders, Protection Orders and Restrainer Orders should be honored according to the Plaintiff's past and present requests for complete JUSTICE according to the law.

In conclusion and in summary, the rules of the law clearly states and expresses under the content of Rule 37(c) failure to disclose; false or misleading disclosures; refusal to admit. It states that a party that without substantial justification fails to disclose information required by Rule 26 (a) or 26(e) (1), or to amend a prior response to discovery as required by Rule26 (e) (2), is not, unless such failure is harmless, permitted to use as evidence at a trial, at a hearing, or on a motion any witness or information not so disclosed. In addition to or in lieu of this sanction, the court, on motion and after affording an opportunity to be heard, may impose other appropriate sanctions. In addition to requiring payment of reasonable expenses, including attorney's fees, caused by the failure, these sanction may include any of the actions authorized under Rule 37(b)(2)(A),

(B), and (C) and may include informing the jury of the failure to make the disclosure. This is why the Plaintiff is now demanding a Jury Trial prior to Summary Judgment if necessary.

If the Defendants and the Defendant's Counsel cannot response to this motion with substantial evidence to justify or show good cause as to why this lawsuit should be dismissed then responding to this motion should not be necessary.

The Plaintiff has fully briefed such case according to *Lewis v. Faulkner*, 689 F.2d 100, 102 (7th Cir.1982) *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988) and *Langley v. Adams County*, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933) this case should now be brought to a complete close.

The Defendants and the Defendant's Counsel should now be held liable for all Court cost in addition to the judgment award after taxes.

Respectfully Submitted,

SAM L. CLEMMONS
548 Saint Charles PL
P.O. Box 347
Brookhaven, MS 39602
Phone # 866-409-7758

**See Attachments:**

- Affidavit of Service / Proof of Certification
- Final and Additional Exhibit / Affidavit for the Record for a just but fair Summary Judgment in favor of the Plaintiff
- Proposed Orders

CC:

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

# AFFIDAVIT OF SERVICE
# /
# PROOF OF CERTIFICATION OF SERVICE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS

    Plaintiff

                        CIVIL ACTION NO: **1:06CV00008 (RCL)**

    V

U.S. OFFICE OF PERSONNEL MANAGEMENT (OPM), et al

    Defendants

## AFFIDAVIT OF SERVICE

    I, **SAM L. CLEMMONS,** hereby declare that on the **2nd Date of March 2007**, the Defendant received by certified mail with return receipt the Plaintiff's Second Requests for Admissions, Sets of Interrogatories, and Requests for Production of Documents and Things Propounded to Defendants to set stage for Summary Judgment or a Jury trial if necessary if the Defendant wish not to accept such Default entry and wishes to defend such case before a jury trial. This submission was served upon: **Steven M. Ranieri, Special Assistant U.S. Attorney, Civil Division, 555 Fourth Street, NW, Washington, DC 20530** with the Plaintiff advising the Attorney General Office of such and giving the Defendant an additional **10 days** to cooperate in the discovery process according to Fed. Civ. R. 26. before going forth for a Summary Judgment or a jury trial. The Defendants deadline date for delivering documents and discussing settlement options is **March 19, 2007 @ 1:00 p.m.**. The Defendants are now in default for jury trial status.

    The Plaintiff still demand for a jury trial according to initial complaint and Fed. Civ. R. 37 -40 and 54.

    Attached hereto is the green card acknowledging service. **7006 0810 0004 7928 3531**

Staple the green card here. Make sure it
Bears the original signature of the person
Who signed for the summon and complaint

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTY. STEVEN M. RANIERI
SPECIAL ASST. U.S. ATTORNEY
CIVIL DIVISION
555 FOURTH ST. N.W.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   Date of Delivery   3 2 0 7

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)  **7006 0100 0004 7928 3531**

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

# NEW DISCOVERY EXHIBIT / AFFIDAVIT

# FOR THE RECORD

# PRIOR TO JURY TRIAL OR SUMMARY JUDGMENT

# IN FAVOR OF PLAINTIFF

I pursuant to the Court laws and laws under the Civil Rules and Procedures and the 28 U.S.C. Sec. 1746, I declare under penalty of perjury, under the laws of the United States, that all the evidence, statements and submissions before this court and submitted into the record under the Plaintiff's Motion Request to Enter Discovery, Admission, Interrogatories, Subpoena Duce Tecum requests and any of the foregoing sworn statements made by me or any witness is true, accurate and correct. I agree for such complaint, summons and statements to be placed into the record as an Exhibit that will serve as evidence in case if this case should go before a jury trial. I signed these statements a certified legal notary witnessing me signing to make any but all statements as truthful, legal and binding under oath and making all submissions and any others statements, responses or submissions are sworn Affidavit under oath this date forth for the record. The Court can now verify such signing of documents is the same as pervious before without going before a notary again. In return upon the Defendants answering to such summons and complaint, etc. the Defendants should enter such statements under a sworn statement before a notary.

Respectfully submitted,

Sam L. Clemmons
Plaintiff, *Pro Se*

Notary Signature

3/26/07

Notary Date and Seal

**Attachments:**

Copies of Subpoena Served in a Civil Case Request
Four Proposed Orders



**U.S. Department of Justice**

Federal Bureau of Investigation

Clarksburg, WV 26306

January 22, 2007

Mr. Sam L. Clemmons
548 Saint Charles Place
Brookhaven, MS  39601

Dear Mr. Clemmons:

        Reference is made to your letter dated December 12,
2006, with enclosures including a subpoena, concerning your
request for a complete copy of your records.  Your subpoena is
being returned without being processed.

        To obtain FBI criminal history record information by
subpoena, an original court order/subpoena, duly signed by a
judge, should be forwarded to our office with accompanying
information pertinent to the subject of said subpoena.  This
information must include complete name and date of birth of the
subject, as well as any other identifying information that may be
available, such as aliases, social security number, FBI number,
or state identification number.  The subpoena must also include
the complete name and address of the court ordering the subpoena
and an Originating Agency Identifier number for said court, if
known.  Upon receipt of the court order, any record located
pertaining to the subject of the subpoena will be forwarded to
the court at no cost, for release to the appropriate party as the
court deems necessary.

        However, a subpoena is not necessary for an individual
to obtain information about himself.  Pursuant to U.S. Department
of Justice Order 556-73, the FBI is empowered to release to
subjects of identification record copies of such records upon
submission of a written request, together with a fingerprint card
containing the subject's name, date and place of birth, and an
$18 fee in the form of a money order or certified check.  As
indicated in your letter, you have submitted your request for a

Mr. Sam L. Clemmons

FBI record check.  However, current processing time for a request
without a deadline indicated on the envelope is approximately 14-
16 weeks from receipt.  If your request was submitted via a
prepaid courier, you may wish to provide the tracking number to
my staff at ████████.gov so the submission may be located.

     As a matter of record, criminal history records
maintained by the FBI's CJIS Division are supported by
fingerprints.  This ensures that all of the information on the
record pertains to one individual and not to another individual
who may have the same/similar name, date of birth, etc.   In
addition, the FBI's CJIS Division serves as the focal point and
central repository for fingerprints and criminal justice
information services in the FBI.  The FBI CJIS Division is
responsible for the maintenance of FBI identification records,
commonly referred to as "rap sheets."  All of the information
appearing on an FBI identification record is transcribed directly
from the fingerprint cards and related documents submitted by
authorized agencies at or near the time of the individual's
arrest or confinement.

          Your enclosures are returned.

                              Sincerely yours,

                              *Kimberly J. Del Greco*/meo

                              Kimberly J. Del Greco
                              Section Chief
                              Identification and Investigative
                                Services Section
                              Criminal Justice Information
                                Services Division

Enclosures (4)

# *Freedom of Information*
# *and*
# *Privacy Acts*



# *Federal Bureau of Investigation*



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

Mr Samuel L. Clemmons
548 Saint Charles Place
Brookhaven, MS 39601

June 30, 2005

Request No.: -GR 04-1394
Subject: Samuel L. Clemmons

Dear Mr. Clemmons:

Reference is made to your Freedom of Information-Privacy Acts request to the ▓▓▓▓▓▓▓▓
Administration (▓▓▓).  Contained in their files was a document which originated with the Federal Bureau
of Investigation.  This document was forwarded to us for review and release determination.

We have completed our review and the document is being released to you in its entirety.

If you have not already requested a current search of our Criminal Justice Information Services
Division records for any record that might pertain to you and wish  to do so, please comply with the
enclosed instructions set forth in the FBI File Fact Sheet.  Fingerprint impressions are needed for
comparison with records in the Identification Division to insure that an individual's records are not
disseminated to an unauthorized person.

Sincerely yours,

David M. Hardy
Section Chief
Record/Information
   Dissemination Section
Records Management Division

XX PAGE 01 OF 01                    ( )    I  NCIC RESPONSE NO. 067                 ( )                /DCDEA021
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR NAM/CLEMMONS,SAMUEL LENNIOUS.DOB/█████████.SEX/M.RAC/W.PUR/C.
END

2-10-00

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement
  **The FBI does not keep a file on every citizen of the United States**

- **FBI files generally contain written reports** of FBI investigations of a wide range of matters, including counter-terrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or non-clearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to Clarksburg, West Virginia 26306. Each request must have proof on identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for application or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States

- **If you believe that files exist in one of the FBI field offices, it is incumbent upon you to direct a request to the appropriate office**

### FOR GENERAL INFORMATION ABOUT THE FBI
### CHECK OUT OUR WEBSITE AT
### http://www.fbi.gov

# U.S. DEPARTMENT OF JUSTICE

████████████████████████████████

## WASHINGTON, D.C.

████████████

Samuel Lennious Clemmons, ██.                    *ROI#*
                                                  ████████████
*INVESTIGATOR*

S/A Eldred C. Earls                               *DATE OF REPORT*
                                                  11/27/01

## LAW ENFORCEMENT CHECKS

*Record checks through the listed law enforcement agencies showed:*

  *No Record_____*

                                    *Positive Checks__X__*
                                    *(See Attached)*

---

## DETAILS

*Agency Contacted*              *Records Clerk*                 *Date*

GA Dept. of Public Safety       N/A
                                                               11/27/01

The          's Driver's License History revealed two (2) citations. There
was a conviction for a charge of making an improper turn in 1996. There
was a conviction for a charge in 1994 for speeding (83 in 65). The NCIC
inquiry also revealed that someone has in the past or is currently using
the          's social security number.

*/1*

███-3955 - RDLI    11/27/01 15:20:43 - 11/27/01 15:20:43 CSN8M9YJD47H

KR.GAGBI0051.GADEA01S0.TXT

NAM/CLEMMONS, SAMUEL L.DOB/████████.SEX/M

NAME:CLEMMONS, SAMUEL L

ADDR:████████████████████

        ATLANTA        GA 30342-1225

LIC NUM:

                           ADAP:N

SEX:M        DOB:████████

                  HGT:███  WGT:███  EYE:BRO

CLASS: CM        ISSUE DT:2001-03-24 EXPIRE DT:2005-████

TYPE:REGULAR                      SURR DT:

RESTRICTION:B/CORRECTIVE LENSES

COMMERCIAL STATUS:UNLICENSED

NON-COMMERCIAL STATUS:VALID

ACTIVE SUSPENSIONS:NONE

*CITATION:DISREGARD SIGNS/CONTROL D VIOL DT:1996-11-09 COMM OFF:UNK

  DEKALB COUNTY RECORDER'S COURT    DISP DT:1997-01-09 HAZD OFF:UNK

  POINTS: 03    ACC-INVOLVED:N    DISP:BOND FORFEITURE ST JURIS:GA

12

CONVICTION OFFENSE REFERENCE:40620

*CITATION:IMPROPER TURNING          VIOL DT:1996-06-04 COMM OFF:NO
  CITY COURT OF ATLANTA # 2          DISP DT:1996-06-27 HAZD OFF:NO
  POINTS: 03   ACC-INVOLVED:Y    DISP:CONVICTED      ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406120

*CITATION:SPEEDING (83 IN 65)     VIOL DT:1994-12-27 COMM OFF:UNK
  DOUGLAS COUNTY PROBATE COURT      DISP DT:1995-02-13 HAZD OFF:UNK
  POINTS: 02   ACC-INVOLVED:N   DISP:BOND FORFEITURE ST JURIS:GA
CONVICTION OFFENSE REFERENCE:406181


THIS RECORD IS FROM THE GEORGIA DEPARTMENT OF PUBLIC SAFETY COMPUTER
FILES AND IS TO BE USED FOR OFFICAL COURT OR LAW ENFORCEMENT USE  ONLY.
GA.LAW 24-3-17 AND 40-5-2 AS AMENDED, PROVIDES FOR ANY COURT OR CLERK
OF COURT ELECTRONICALLY CONNECTED BY A TERMINAL DEVICE TO THE DEPARTMENT
OF PUBLIC SAFETY COMPUTER CENTER TO RECEIVE AND USE INFORMATION OBTAINED
BY THE TERMINAL WITHOUT THE NEED FOR ADDITIONAL CERTIFICATION.


END OF NAM/DOB/SEX/ INQUIRY

*13*

is aware.

IDENTIFICATION DATA UPDATED 1984/04/26

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:

FBI          - FBI/███████████████

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END

-1837 - NCCH        10/24/01 17:13:44 - 10/24/01 17:13:44 BQN8M9XGFS5B

7L01BQN8M9XGFS5B2EF

GADEA0100

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/CLEMMONS,SAMUEL LENNIOUS SEX/M RAC/U DOB/
SOC/              PUR/C

NAME                              FBI NO.          INQUIRY DATE

█████████████████        ██████████        2001/10/24


SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR   BIRTH PLACE           PHOTO
██████████████████████████████████████████████████████████          N


FINGERPRINT CLASS        PATTERN CLASS

11 10 14 14 09           RS RS RS RS RS LS WU LS LS LS

11 CO 14 17 10

*Someone is using
Samuels ssN #*

ALIAS NAMES

███████████████████████████████████████


SOCIAL SECURITY                            15

●●●●-1911    PERSONS        10/25/01 18:11:07 - 10/25/01 18:11:07 CSN8M9XHGLG1

RE:   NAM/CLEMMONS, SAMUEL LENNIOUS SEX/M DOB/███████

NO WANT ON THE GCIC FILE

●●●●-1912 - RDLI        10/25/01 18:11:08 - 10/25/01 18:11:07 CSNBM9XHGLG1

.KR.GAGBIO051.GADEA0100.TXT

NAM/CLEMMONS, SAMUEL LENNIOUS.DOB/■■■■■■■.SEX/M

NOT ON FILE

■■■-1914  DOC      10/25/01 18:11:16 - 10/25/01 18:11:16 CSN8M9XHGLG1

*** NO CURRENT PROBATION OR PAROLE INFORMATION FOR:

RE: NAME/CLEMMONS,SAMUEL LENN     SEX/M  RACE/   DOB/■■■■■  SSN/

/3

# PROPOSE ORDER (S) REQUEST

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | **CIVIL ACTION NO:** |
| PLAINTIFF | ) | |
| | ) | **1:06CV00008(RCL)** |
| vs. | ) | |
| | ) | AMEND |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT, et al | ) | |
| | ) | |
| | ) | |
| DEFENDANTS | ) | |

## <u>MASTER ORDER</u>

Upon consideration of the Plaintiff's Motion requests for Summary Judgment or Summary Judgment by Default after entering substantial evidence for the record according to <u>*Lewis v. Faulkner*</u>, 689 F.2d 100, 102 (7th Cir.1982) <u>*Fox v. Strickland*</u>, 837 F.2d 507 (D.C. Cir. 1988) and <u>*Langley v. Adams County*</u>, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests for Admissions, Interrogatories, Subpoena Duces Tecum, Protective Order and Restraining Order against the Defendants are hereby granted including the Plaintiff's Motion Requests for the Defendants' witnesses to bring forth evidence to support their statements for the record and other documents under <u>*de novo*</u> as withheld by the Defendants by means of redaction to bring this case matter before the Court to a close. It now and shall be ORDERED to **"COMPEL"** the Defendants to produce all their evidence "without redaction" within **0 days** before this order in accordance with Rule 37(a) or it shall be in the best interests of the Defendants to settled this case before going forth for a Jury Trial as demanded by the Plaintiff in the Plaintiff's motion requests before the Court.

2

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss is HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

The Plaintiff's Protective Orders and Restraining Orders are HEREBY GRANTED against the following employees and Agency.

They are: Ms. Wynette Alexander, Ms. Anna Bowden, Ms. June Bowden, Tonya R. Powell, Special Agent Gary Hartman, Allan T. Dowen, Larry Pearson, Kendall J. Brown, Kathy McPhail, Paul A. Gordon, Counsel Mark A. Robbins and the Office of Personnel Management all are found to be in violation of the United States Section Code 111 ALR, Fed. 295 and 18 U.S.C.A § 1001.

IT IS HEREBY ORDERED and GRANTED that the Defendant (OPM) will delete **all** the Plaintiff's personal but confidential information from **all** their databases, files and records and report back to the Court under a sworn declaration before the Court that all information has been deleted.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division

3

555 Fourth St., N.W.
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS        )    **CIVIL ACTION NO:**
                           )
     Plaintiff              )    **1:06CV00008(RCL)**
                           )
vs.                       )
                           )
                           )    AMEND
                           )
UNITED STATES OFFICE OF PERSONNEL )
MNGT, et al                  )
                           )
     Defendants

## ORDER

Upon consideration of the Plaintiff's Motion requests for Summary Judgment by Default after entering substantial evidence for the record according to _Lewis v. Faulkner_, 689 F.2d 100, 102 (7th Cir.1982) _Fox v. Strickland_, 837 F.2d 507 (D.C. Cir. 1988) and _Langley v. Adams County_, Colorado, 987 F.2d 1473, 1476 (10th Cir.1933).

The Plaintiff has demonstrated good cause shown by means of Exhibits and timely responses and proper service upon the Defendants.

The Plaintiff's Motions requests are hereby granted including the Plaintiff's Motion Request to Subpoena Duces Tecum from all the Defendants' witnesses to support their statements for the record and other top-secret documents under _de novo_ as withheld by the Defendants to bring this case matter before the Court to a close.

IT IS HEREBY ORDERED that any of the Defendants' Motion Requests to dismiss IS HEREBY DENIED. The Plaintiff's Motion Requests to move forth for Summary Judgment or Summary Judgment by default is GRANTED.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SAM L. CLEMMONS ) CIVIL ACTION NO:
)
    Plaintiff )
) **1:06CV00008(RCL)**
)
vs. )
)
)    AMEND
)
U.S. OFFICE OF PERSONNEL )
MANAGEMENT (OPM), et al )
)
    Defendants )

## ORDER

Upon consideration of the Plaintiff's Motion requests and the Plaintiff's

Discovery entry before the Court. The Court finds it is now in the best interests of the

Court and the Plaintiff to bring this case to a close according to the Court's standard of

Summary Judgment in favor of the Plaintiff.

The Plaintiff has demonstrated good cause shown and has demonstrated damaged

done to the Plaintiff's short, immediate and long term life and career that are caused by

the Defendant's actions which brought forth the Plaintiff's complaint.

The Defendant(s) had well over enough time to come before the Court with

substantiated evidence to contradict the Plaintiff's claims or discovery.

IT IS HEREBY ORDERED that on this date of signing this document the case is

now closed by means of Summary Judgment or Summary Judgment by Default without

Prejudice.

SO ORDERED this _____ day of_____ 200_

_____
Honorable Royce C. Lamberth
United States District Court Judge

**Copies to:**

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601


KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **9th day of April 2007**, a true copy of the PLAINTIFF'S MOTION REQUEST TO ENTER FINAL AFFIDAVIT OF SERICE SHOWING PROPER PROOF OF DELIVERY OF THE THIRD AND FINAL SETS OF ADMISSION, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED TO DEFENDANTS IN ADDITION TO THE PLAINTIFF'S MOTION REQUEST TO ENTER FINAL DISCOVERY FOR THE RECORD ATTACHED WITH PLAINTIFF'S SET OF PROPOSED ORDER(S) were all served by regular mail concerning case # **1:06CV00008 (RCL).**

### To:  Defendant's Counsel

STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # 7006 0810 0004 2646 7243**
**7006 0100 0004 7928 3531**

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, DC 20530 / **Certified Mail # 7006 0810 0004 2646 7250**
**7006 0100 0004 7928 3531**

U.S. OFFICE OF PERSONNEL MANAGEMENT
Attn: General Counsel Mark A. Robbins
Center for Federal Investigation Service
1900 E. Street, NW, Suite 7353
Washington, DC 20415-1300 / **Certified Mail # 7006 0810 0004 2646 7144**

U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530 / **Certified Mail # 7006 0810 0004 2646 7151**
**7006 0100 0004 7928 3517**

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001 / **Delivery Confirmation # 0305 0830 0004 5848 5126**

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601