**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0008 (RCL) |
| | ) | |
| UNITED STATES OFFICE | ) | |
| OF PERSONNEL MANAGEMENT | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S FOURTH MOTION**
**FOR DEFAULT JUDGMENT AND SECOND MOTION FOR DISCOVERY**

On April 9, 2007, Plaintiff, *pro se*, filed a document entitled "Plaintiff's Motion Request

to Enter Final Affidavit and Final Sets of Admission, Interrogatories, Requests for Production of

Documents and Things Propounded to Defendants in Addition to the Plaintiff's Motion Request

to Enter Final Discovery for the Record." (Docket Entry 18.)  Given the latitude accorded *pro se*

plaintiffs, the government presumes that Plaintiff is seeking, again, to compel Defendant to

respond to Plaintiff's requests for discovery and for an entry of default judgment.  Plaintiff makes

the same arguments in the instant motion as he has in several of his prior submissions to this

Court.  Similar to his prior submissions, Plaintiff's arguments are without merit and his motion

should be denied.

Specifically, to the extent that Plaintiff is again seeking to compel Defendant to respond

to Plaintiff's requests for discovery, Defendant hereby incorporates by reference its response

(Docket Entry 17) to Plaintiff's previous request (Docket Entry 15) pursuant to Federal Rule of

Civil Procedure 10(c).[1]

Although not presented by Plaintiff in the body of his motion, Plaintiff filed proposed

orders accompanying his motion requesting entry of default judgment.  Plaintiff has moved for an

entry of default judgment in this matter on three prior occasions.  (Docket Entries 10, 13 and 15.)

To the extent the Court deems the instant motion to be another request for entry of default

judgment, Defendant hereby incorporates by reference its responses to Plaintiff's previous

requests pursuant to Federal Rule of Civil Procedure 10(c).  (Docket Entries 12, 14 and 17.)

Wherefore, defendant respectfully requests that Plaintiff's motion be denied.

Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH C. CONTRERAS D.C. Bar # 434122
Assistant United States Attorney


_____/s_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

---

[1] Plaintiff's Motion for Discovery should be denied for failing to comply with Rule 7(m), i.e., failing to discuss the anticipated motion with Defendant's counsel before filing the motion. Local Civil Rule 7(m) requires that "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement." LCvR 7(m).

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2007 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780