UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEFAULT / FAILURE TO COOPERATE**

SAM L. CLEMMONS
Plaintiff

vs.          Civil Action No. 1:06CV00008 (RCL)

OFFICE OF PERSONNEL MANAGEMENT, ET AL
Defendant

## NOTICE OF APPEAL

Notice is hereby given this  14TH  day of  MAY , 20 07 , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  14TH  day of  MAY , 20 07

in favor of  DEFENDANT (OFFICE OF PERSONNEL MANAGEMENT)

against said  PLAINTIFF (SAM L. CLEMMONS)

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

KEVIN K. ROBITAILLE
SPECIAL ASSISTANT U.S. ATTORNEY
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

RECEIVED
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT