UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0008 (RCL) |
| ) | |
| UNITED STATES OFFICE ) | |
| OF PERSONNEL MANAGEMENT ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Steven M. Ranieri.

                                            Respectfully submitted,

                                            _____/s/_____
                                            BRIAN C. BALDRATE
                                            Special Assistant U.S. Attorney
                                            555 Fourth St., N.W.
                                            Room E4408
                                            Washington, D.C.  20530
                                            202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

     I hereby certify that on this _____ day of July, 2007 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

                                        _____/s/_____
                                        BRIAN C. BALDRATE
                                        Special Assistant U.S. Attorney
                                        555 Fourth St., N.W.
                                        Room E4408
                                        Washington, D.C.  20530
                                        202-353-9895  / FAX 202-514-8780