# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS | ) | CIVIL ACTION NO: |
| | ) | |
| Plaintiff | ) | **1:06CV00008(RCL)** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OFFICE OF PERSONNEL | ) | |
| MNGT, et al | ) | |
| | ) | |
| Defendants | | |

**PLAINTIFF'S OBJECTS AND OPPOSITIONS AGAINST DEFENDANT'S OPPOSITION TO PLAINTIFF'S FOURTH MOTION FOR DEFAULT JUDGMENT AND SECOND MOTION FOR DISCOVERY AFTER PLAINTIFF'S PROPOSED ORDERS SUBMITTED INTO THE COURT REQUESTING CASE TO BE CLOSED FOR SUMMARY JUDGMENT BY DEFAULT DUE TO FRAUD REVEALED, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.**
**THE PLAINTIFF NOW ENTERS A CERTIFIED TRUE SUBPOENA SERVED UPON THE DEFENDANTS TO PRODUCE ALL DOCUMENTS FROM PERVIOUS REQUESTS AND NOW REQUESTED TO THE DEFENDANTS TO SUPPORT ALL THE DEFENDENTS' ACTIONS AND TO SUPPORT THEIR CO-DEFENDANTS' ONGOING ACTIONS AND ACTIVITIES IN CASE NUMBER CV2007-007174 ATTACHED.**

Comes the Plaintiff now enter his response in objection and opposition in nature to the Defendant's Counsel last submission into the record and is now forced to file this continuous entry request before the Court requesting the Court to close such case with a Summary Judgment by Default, a Jury Trial or a Summary Judgment in favor of the Plaintiff based on the Defendant's Counsel negligence actions to defend or prove that such stated complaint filed against the Defendant is fraud but is not fraudulent actions or activities by the Defendants.

# RECEIVED

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

The Defendants have failed to prove or provide this honorable court with substantial facts to counter attack the Plaintiff's claims to justify any of the Defendants' filing or motion requests before this honorable court.

The Defendant's Counsel stresses in his submission before the Court dated April 20, 2007 at 4:28 p.m. eastern standard time that the Plaintiff failed to comply with Rule 7(m), i.e., failing to discuss the anticipated motion with Defendant's Counsel before filing the motion. The Defendant's Counsel failed to state or elaborate that the Defendants overall failed to comply with the Federal Rules, instructions and procedures of the Court causing the Plaintiff to prove his case through the Plaintiff's immediate filing of default entry paperwork and the Plaintiff's Motion Request to Enter Discovery to justify Default entry by the Clerk and giving the Defendant's Counsel the benefit of the doubt to explain and justify any of the Defendant's Counsel failures and reasons for not answering or responding to the Plaintiff's Motion Requests to Enter Admission, Interrogatories and Subpoena Duce Tecum Request causing the Plaintiff to file such appropriate motion requests to demand a Jury Trial according to the Local Civil Rule of Procedures. Therefore, such statement provided by the Defendant's Counsel stating that in accordance with the Local Civil Rule 7(m) requires that "[b]efore filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement." LCvR 7(m).

In this case before the Court such rules does not apply when the Defendants are in default for failing to enter an appearance, failure to respond in a timely manner, failure to

3

request for an enlargement of time, failures to file such motion before this court to enter or change Attorney of Record, and for failure to cooperate in the discovery process resulting in the Plaintiff to file an appropriate motion request demanding a Jury Trial.

The Defendants and the Defendant's Counsel had well over enough time to comply with the Federal Rules of Civil Procedures and had an equal but fair opportunity to come forth to discuss settlement options to prevent this matter before the Court to move forth to become part of public record.

The Plaintiff submitted and entered a statement before the Clerk leaving the window of opportunity open to discuss settlement options on March 19th, 2007 @ 1:00 p.m. the Defendant's Counsel failed to attempt settlement negotiations which stun the Plaintiff and should bring about many question marks before the Court.

The Plaintiff can provide phone records that will reveal before a Judge or Jury that the Defendant's Counsel failed to cooperate in these arrangements as well. Therefore, leaving no other options before the Court after exhausting all its administrative remedies under the discovery process which is six months to submit any discovery before a Summary Judgment is entered.

The Plaintiff has entered everything before the Court to set the stage for a Jury Trial. The Defendant's Counsel has not. Therefore, a favorable judgment has to be entered in favor of the Plaintiff according to Court's standard for Summary Judgment.

The Plaintiff now entered as part of the record after receiving the Defendant's Counsel Motion request to deny the Plaintiff's request for Summary Judgment by Default or a Summary Judgment in favor of the Plaintiff. The Plaintiff now entered a Court certified Subpoena which gives the Defendants and the Defendant's Counsel 10 days

4

after receipt of this motion entry before the Court to turn over all documents as pervious requested by the Plaintiff in the Plaintiff's Motion Requests for Admissions, Sets of Interrogatories, and Continuous Requests for Production of Documents and Things Propounded to Defendants to set Stage for Summary Judgment or Jury Trial if Necessary Prior to April 1st, 2007 which is the Attorney General Deadline Date for all FOIA Cases.

In this subpoena request into the record, this request should be used to protect and defend any acts, actions or admissions into any Court of Law to protect the Defendants' actions and satisfy and defend any acts or actions imposed by the Plaintiff. This service upon the Defendants should be used as the instrumental key to bring this case to a close.

The Plaintiff submits this entry into the record to resolve, prove and satisfy any judgment imposed that may it be in favor of the Plaintiff or Defendants, it's time now to put an end to any unnecessary filing in both Courts of Law.

The Defendant's Counsel has the rights to use the Plaintiff's Motion Request to Enter Discovery against the Plaintiff or others in any Court of Law if necessary.

Due to the facts that are now depending on the Defendant's Counsel Response to this final motion submission, the Court should now allow and monitor the Defendants to be given 10 days from the date of Affidavit of Service showing receipt of this certified true subpoena to accept and produce **all** the document sought prior to compelling if the Defendant's Counsel still refuses to cooperate with both Court proceeding.

The Plaintiff is now requesting if the Defendant's Counsel still refuses to cooperate with the subpoena served upon the Defendants. The Plaintiff is now demanding that such case to be closed for a Summary Judgment by Default or a Summary Judgment

in favor of the Plaintiff due to Fraud Revealed, Confirmed and Located by the Plaintiff against the Defendants which the Defendants have not proven otherwise.

The Court and the Jury should now see this was or is a crime of conspiracy and it should clearly show that these are illegal tactics and crimes were set ups to prevent the Plaintiff from becoming employed within the federal sector or any position of trust.

It should also clearly stated before us that if a man cannot work in this Country in which we all live under the Declaration of Independence signed, stated and expressed by Honorable Thomas Jefferson which states, "We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.–That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,–That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient causes; and accordingly all experience hath shewn, that mankind are more disposed to suffer, while evils are sufferable, than to right themselves by abolishing the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing invariably the same Object evinces a design to reduce them under absolute Despotism, it is their right, it is their duty, to throw off such Government, and to provide new Guards for their future security." saying that I (the Plaintiff) should not have been treated any differently from any man according to the United States Constitution of

America. In accordance, the Declaration of Independence it is stated and quoted that it is

the most important of all American historical documents, therefore, it is the documents I

(the Plaintiff) wish to use as evidence against any and all who wish not to conform with

the laws of justice in this Country. As it is essentially a partisan document, a justification

of the American Revolution presented to the world; but its unique combination of general

principles and an abstract theory of government with a detailed enumeration of specific

grievances and injustices has given it enduring power as supposedly be one of the great

political documents of the West. After stating its purpose, in the opening paragraphs

assert the fundamental American ideal of government and justice, based on the theory of

natural rights, which had been held by, among others, Honorable person such as John

Locke, Emerich de Vattel, and Jean Jacques Rousseau.

     History tell us not all men agreed to the Declaration of Independence like all men

will not agree to equal but fair justice to all. Those who do believe will do what's right

and those who don't will continue to cause chaos, drama and conflict in the societies in

which we live. Not all people have communist mind sets. The method of thinking is

**Good v. Evil**. As it so state and stresses these acts and currents of events is what causes

conflicts, crimes and others that trigger lawsuits such as these in any Court of Law. So, I

say thanks to those who do believe in equal but fair justice to all and I say thanks to those

who do not agree and who feel that justice should not be granted as what the Judge in this

case has to do to correct the problems that bring us in this honorable court today. By the

Judge signing such judgment in favor of the Plaintiff, sure there will be some who

disagree as so who work on the Declaration of Independence and still refused to

acknowledge and sign such noble paperwork giving Independence to States, Colonies and

men who are men in doing the right things to seek equality justice for all. Therefore,

history tell us according to facts, it does hereby states that not all the men who helped

draw up or voted for the Declaration signed it (Robert R. Livingston, for example, did

not) nor were all the signers present at its adoption. All the signatures except six (Wythe,

R. H. Lee, Wolcott, Gerry, McKean, and Thornton) were affixed on Aug. 2, 1776. The

first is that of John Hancock, president of the Continental Congress. The remaining 55

(you can see, find and locate individual articles on each) are those of Josiah Bartlett,

William Whipple, Matthew Thornton, Samuel Adams, John Adams, Robert Treat Paine,

Elbridge Gerry, Stephen Hopkins, William Ellery, Roger Sherman, Samuel Huntington,

William Williams, Oliver Wolcott, William Floyd, Philip Livingston, Francis Lewis,

Lewis Morris, Richard Stockton, John Witherspoon, Francis Hopkinson, John Hart,

Abraham Clark, Robert Morris, Benjamin Rush, Benjamin Franklin, John Morton,

George Clymer, James Smith, George Taylor, James Wilson, George Ross, Caesar

Rodney, George Read, Thomas McKean, Samuel Chase, William Paca, Thomas Stone,

Charles Carroll of Carrollton, George Wythe, Richard Henry Lee, Thomas Jefferson,

Benjamin Harrison, Thomas Nelson, Jr., Francis Lightfoot Lee, Carter Braxton, William

Hooper, Joseph Hewes, John Penn, Edward Rutledge, Thomas Heyward, Jr., Thomas

Lynch, Jr., Arthur Middleton, Button Gwinnett, Lyman Hall, and George Walton. The

last person that is now left to sign such document to declare the Plaintiff's Independence

is Honorable Judge Royce C. Lamberth after carefully reviewing the facts that are now

part of the record.

    With the Declaration of Independence stated and quoted on the record, the

Defendants' tactics or actions clearly shows and states "If we take away every avenue

possible away from him (the Plaintiff) and cut off every way possible by means of preventing him from being able to work (establishing independence) and earn funds or a decent living to provide for his family. We can tear him down by causing chaos around him, we (the Defendants) might can cause more illegal schemes and tactics in destroying his (the Plaintiff) credit to cause more issues by destroying his character to create a misconception of him that may cause him to commit a crime or two causing us (the Defendants) (the individuals who are responsible for these illegal tactics) to get something on him to justify our reasons for denial of employment, thereby, tainting his background and hopefully make or create him into becoming a criminal or a career criminal in our society in which he (the Plaintiff) share the same citizenship in the West (United States of America) as we do, This scheme or tactic will be so that we can have more control and monitor his whereabouts in an illegal forum through stalking and other hidden agendas. From these tactics and ways of thinking alone in this paragraph it clearly shows that in our society of America that we do or does have white collar criminals (Evil doers) among us or around us and especially by those who wished not to respect any Court service of documentation through appropriate paperwork on any crime or crimes that has been reported into the Courts that are criminals or civil matters.

It also clearly shows in these behaviors before the Courts that criminals are trying to protect and defend criminals. They are not working to see that justice is performed according to the laws, rules, Courts and the Constitution of the United States of America.

As I (the Plaintiff) have stated in many documentation throughout my studies and research that I continue to wish and use in this submission before the Court that leaders and criminals are not made, they are both born into the society in which they live. From

the time of birth an individual is born to think or have leadership's qualities and potential just as well as those who are born into criminality with criminal minded ways. Therefore, based on the appropriate amount of influence by others in the society in which such person lives it can trigger such person leadership potential to trigger or trigger such person or individuals criminal mind set to commit criminal activities or criminal behaviors patterns or problems. Every person knows right from wrong and by no means should anyone claim or states ignorance of the law as an excuse in any Court of Law.

The Defendants has now and has been served properly according to the Federal Rules of Civil Procedures and the Regulations of the Court. The Defendants and the Defendant's Counsel should not be treated any different from any other normal person or human being.

**The Defendants are now served with this subpoena properly from another Court in connection to these illegal activities in this Court. Upon the Defendants release of all the documentation in which the Defendants had enough time to produce. We shall now see and wait if the Defendants and the Defendant's Counsel wish to be in full compliance with the orders and instructions of any Court signed by the Office of the Clerk just as the Defendant's Counsel has tried to justify the Plaintiff's failures in his last communication to the Court when the Defendants should be in Default. If the Defendant's Counsel does not cooperate then Default should stand and there is no need for a Jury Trial to waste ongoing time and expenses in discussing or arguing something that has been proven beyond a reasonable doubt by the Plaintiff (See Attached Subpoena).**

10

Furthermore, in interim the Defendants and the Defendant's Counsel is now given an opportunity to prove beyond a reasonable doubt that there is no fraudulent actions or activities in their actions or claims before this Court and to justify through production of documented proof before this Court why they feels, state or express that such case should not be in default, such actions by the Defendants are not fraud and such case should have been dismissed based on their substantial evidence or proof. This should be explained in their next response before this Court after being served the subpoena attached.

If the Defendant's Counsel still wish not to cooperate then Summary Judgment by Default is appropriate and this case should be closed accordingly.

Once again, as of this date, this request is submitted into the Court's Records nothing else is needed or should be added to overturn such requests entry by the Plaintiff. This case has now been fully briefed and is now waiting for a Jury Trial date or closure due to Summary Judgment by Default. Paperwork from the Court ruling in favor of the Plaintiff should be submitted accordingly.

As pervious requested the pervious orders submitted should still comply with this request to complete this Motion Request before this honorable court pending on the Defendant's Counsel Actions or response to this Motion Entry into the Record.

Please sign ORDERS and return.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601
Phone: 866-409-7758

**See Attachments Discovery and Subpoena:**

1. §45.8 SUBPOENA FOR ATTENDANCE AT TRIAL AND § 34.1 SUBPOENA DUCES TECUM REQUEST FOR PRODUCTION, INSPECTION AND COPYING OF DOCUMENTS AND TANGIBLE THINGS TO PRODUCE.

2. PLAINTIFF'S MOTION REQUEST TO COMPEL SUBPOENA IN A CIVIL CASE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **23RD day of July 2007**, a true copy of the **PLAINTIFF'S CONTINUOUS MOTION FOR A DEMAND JURY TRIAL IN ACCORDANCE WITH FEDERAL RULES OF CIVIL PROCEDURES, RULE 38 AND PLAINTIFF'S MOTION FOR PETITION FOR MANDAMUS AND MOTION FOR DISQUALIFICATION** were all served by regular mail concerning case #**1:06CV00008 (RCL)** .


To: Defendant's Counsel


U.S. ATTORNEY GENERAL
950 Pennsylvania Ave, NW
Washington, DC 20530

And

District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001


District Court for the District of Columbia Court of Appeals
Office of the Circuit Executive
Office of the Clerk
Room 4826
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, N.W
Washington, DC 20001-2866


Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601
866-409-7758