UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>)<br>           Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OFFICE )<br>OF PERSONNEL MANAGEMENT )<br>)<br>           Defendant. )<br>)<br>_____) | Civil Action No. 06-0008 (RCL) |

**DEFENDANT'S REPLY TO PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY, MOTION FOR A DEMAND JURY TRIAL, AND OPPOSITION**

On July 11, 2007, this Court ordered Plaintiff to "respond to defendant's previously filed motion within fourteen days" or the Court would "treat the motions as conceded and dismiss the complaint." (R. 21.) On July 25, 2007, fourteen days after this Court's Order, the Plaintiff filed three motions, entitled: "Motion Request to Enter Discovery" (R.24); "Continuous Motion for a Demand Jury Trial in Accordance with Federal Rules of Civil Procedures, Rule 38"( R.25 ), and "Plaintiff's Objects and Oppositions Against Defendant's Opposition to Plaintiff's Fourth Motion For Default Judgment, and Second Motion For Discovery After Plaintiff's Proposed Orders Submitted into the Court Requesting Case be Closed for Summary Judgment by Default Due to Fraud Revealed, Found, and Located by the Plaintiff Against the Defendants." (R.25.)

Nothing in Plaintiff's three Motions filed on July 25, 2007, appears to be in Opposition to the Defendant's pending Motion for Summary Judgment. Nor do any of the filings appear to be in compliance with the Court's Order that an adverse party facing summary judgment "rebut the

moving party's affidavits with other affidavits or sworn statements." Id.  To the extent the Court deems Plaintiff's instant Motions to be an Opposition to the Defendant's pending Motion, the Defendant hereby incorporates by reference its arguments made in its Motion for Summary Judgment. (R.12.)

Wherefore, Defendant respectfully requests that Defendant's Motion be granted.

Respectfully submitted,

/s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s
RUDOLPH C. CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

/s
BRIAN C. BALDRATE
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

**CERTIFICATE OF SERVICE**

 I hereby certify that on this ___ day of _____, 2007 a copy of the foregoing has been served by First-Class mail; postage prepaid to:

MR. SAM L. CLEMMONS
548 Saint Charles Pl.
Brookhaven, MS 39601

             _____/s_____
             BRIAN C. BALDRATE
             Special Assistant U.S. Attorney
             Civil Division
             555 Fourth St., N.W.
             Washington, D.C.  20530
             202-353-9895  / FAX 202-514-8780