# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

SAM L. CLEMMONS,                           )
                                           )
      Plaintiff,                       )
                                           )
v.                                         )      Civil Action No. 06-00008 (RCL)
                                           )
U.S. OFFICE OF PERSONNEL                   )
MANAGEMENT,                                )
                                           )
      Defendant.                       )
_____)

## ORDER

Upon consideration of defendant's motion [12] to dismiss, in part, and for summary judgment, and the opposition thereto,[1] and the Court having considered the entire record herein, it is hereby

ORDERED that defendant's motion [12] is GRANTED; and it is further

ORDERED that judgment shall be entered for defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable Order.


Signed by Royce C. Lamberth, United States District Judge, August 8, 2007.

_____

[1] By Memorandum and Order filed July 11, 2007, this Court advised plaintiff that he was required to respond to defendant's motion within 14 days or it would be treated as conceded, and this case would be dismissed. On July 25, 2007, plaintiff failed to properly oppose defendant's motion. Instead, plaintiff filed a motion [24] to enter discovery, a motion [25] for a jury demand, and a motion [26] again requesting summary judgment by default or jury trial. The Court will treat these documents as an opposition. They provide no basis to deny defendant's motion. Instead, the Court agrees with the reasons set forth by defendant in its motion, which is properly supported by the record herein.