# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__SAM L. CLEMMONS__
Plaintiff

vs.                          Civil Action No. _1:06CV00008_

__OFFICE OF PERSONNEL MANAGEMENT, ETAL__
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _____ day of _____, 20_07_, that _THE PLAINTIFF OR PETITIONER (SAM L CLEMMONS)_ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the _8TH_ day of _AUGUST_, 20_07_ in favor of _DEFENDANT_ against said _PLAINTIFF_

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

# RECEIVED

AUG 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS ) | CIVIL ACTION NO: |
| Petitioner ) | |
| vs. ) | 07-5224 |
| ) | |
| OFFICE OF PERSONNEL MANGT, et al., ) | 07-25 |
| ) | |
| U.S. DISTRICT COURT, et al ) | **1:06CV00008** |
| Respondent (s) ) | |
| ) | |

### PETITIONER'S MOTION FOR IMMEDIATELY TIMELY NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS CIRCUIT DUE TO MULTIPLE VIOLATIONS OF THE FEDERAL RULES OF CIVIL PROCEDURES, MISCONDUCT AND DISABLITY VIOLATIONS FOUND IN THE RECORD OR DOCKET

Come now the Petitioner file this motion request in accordance with the Federal Rules of Civil Procedures, Rule 60 requesting complete relief from such insult order administrated upon the Plaintiff or Petitioner dated August 8, 2007 in which the presiding judge blatantly striped and denied the Plaintiff or Petitioner of his full rights according to the United States Constitution in physically requesting a demand jury trial on the record in accordance with his constitution rights under the Due Process of Law. It clearly shows now and part of this record that the presiding judge is prejudice and is for many unknown factors or reasoning displays an intentional act to prevent the Plaintiff or Petitioner from ever prevailing in this court of law.

The presiding judge have witnessed the record prior to returning the evidence back to the Plaintiff or Petitioner in many ways to prevent the United States Court of Appeal from ever reviewing the facts and preventing the court from making a rational but just decision that the Defendant's actions are FRAUD just as the Plaintiff or Petitioner has once argue, disputed and contested in the record in which the Defendant too mention in the Defendant's last communication knowing that such objection by the Plaintiff or Petitioner was acceptable.

The presiding judge so allegedly claim that the Plaintiff failed to properly oppose Defendant's motion which is not true. From the very initial beginning of filing this complaint attached with a summons upon the Defendants the Plaintiff has opposed and objects to any and all filing of the Defendant. This comment or remarked entered into the record is without merit and is a fraudulent statement to mislead others but is an illegal attempt to prevent the Plaintiff or Petitioner from ever prevailing due to the facts the Plaintiff or Petitioner has submitted substantial evidence to support his actions and claims as to why the Defendant is still in default.

The presiding judge failed to elaborate on the date and time when the Defendants was served with a summons and complaint and given a specific but specified set date and time for surrendering an answer or response but still failed to enter such answer and response in a timely manner which should placed each and every Defendant in Default for failure to appear thereby avoiding prosecuting.

The presiding judge and the Defendant's Counsel failed to present any evidence showing or displaying any hurt or harm the Plaintiff or Petitioner may have caused upon anyone in order for the Defendant to be granted a judgment in their favor. The Plaintiff or Petitioner can showcase and prove tremendous amount of hurt, harm and damage caused upon the Plaintiff through valid documentation of Fraud activities conducted by the Defendant.

The presiding judge failed to present or elaborate on pervious dispositive motion ordering the Defendant and Defendant's Counsel to submit such motion within 10 or 14 days after entering an appearance on the record or docket. Therefore, anything submitted over 120 days after is not within the Federal Rules of Civil Procedures and therefore, any and all activities presented thereafter should be voided and overturned in favor of the Plaintiff or Petitioner. As well as anything submitted after such record or docket is closed is considered Discovery to have

such record reopen and overturned in the light most favor of the Defendant or the Plaintiff. This is why the Plaintiff or Petitioner is now requesting to enter such Motion Request to Enter Discovery to validate proper service and validating confirmed Default for the Record. Since the presiding judge did state on in a written communication addressed to the Plaintiff stating that ***"Discovery cannot occur before service"*** but failed to state that Discovery can occur after and when such case is presented before the United States Court of Appeals.

The Plaintiff or Petitioner is clearly requesting at the United States Court of Appeals level the Plaintiff or Petitioner will clearly prove and reveal why the Defendant is still in DEFAULT even after being giving an enormous amount of days to investigate the Plaintiff or Petitioner's discovery and after realizing nothing can be found or discovered to counter attack that such discovery provided by the Plaintiff or Petitioner is constitutional and the presiding judge now wishes to use such Rule 56 (e) which is ruling set aside just in an illegal attempt to mislead the Plaintiff or Petitioner into thinking that such is proper when such is not when the presiding judge has failed to issue any orders, directions or instructions at all throughout but now wishes to wake up and administrate such lame order after such case has been open on the docket for over a year without any work or activity performed by the presiding judge.

The presiding judge failed to understand that Rule 4 comes before Rule 56 (e) and any actions or activities on the record before validating proper service by a third party is unconstitutional.

The Plaintiff or Petitioner once again exercises his constitutional rights demanding a jury trial and such court or presiding judge has the right to accept such entry request and has to grant such since such request is an objection or an opposition against any of the Defendant's actions, claims or motions especially such bogus motion request to dismiss without substantial

documentation to support such motion request, requesting dismissal. Therefore, the Plaintiff or Petitioner has provided the court with many bases to deny the Defendant's motions and the Court is blatantly agreeing with the Defendant to support and encourage the Defendant to continue on with their wrongdoing in which the presiding judge does not wish for the Court of Appeal to witness of know of such wrongdoing. If the Defendant was truly innocent and without any known wrongdoing that can be presented then why not honor the Plaintiff or Petitioner's request for a demand jury trial? Therefore, such is not properly supported by the record herein and such presiding judge should be disqualified from this case and released in accordance with the policy and procedures of misconduct and disability.

The United States Court of Appeals should take into consideration that the Defendant too has that same rights to exercise their Seventh Amendment before the United States Constitution in demanding such a jury trial to prove their innocent without being denied that right according to the Due Process of Law. It has always been known before any court of law that the Defendant is innocent until proven guilty and it should be the Plaintiff or Petitioner job according to the United States Constitution to prove the or make the Defendants to be guilty for such crimes or reasons to administrate such complaint against the Defendants. In reversal the Plaintiff or Petitioner too has such same rights to exercise such requesting a demand jury trial in accordance with the Federal Rules of Civil Procedures, Rule 38. One should question and wonder why such rights are being taken away from the Plaintiff or Petitioner when Rule 4 of the Federal Rules of Civil Procedures has not been validated according to the United States Constitution. This process in the proceeding alone should indicate wrongdoing, misconduct and disability in accordance with the Federal Rules of Civil Procedures.

Therefore, this order should be completely quashed from the record and the Defendant should have every rights to prove his point or argument before the United States Court of Appeal in accepting and appreciating such request for a demand jury trial since the Defendant can prove without a doubt that such complaint ignited by the Plaintiff is Fraud and the Defendant's actions which trigger the complaint is not FRAUD.

How can a Defendant prevail in any court of law after fraudulent activities have been proven before the Defendant and the United States District Court and such actions as being in contempt is plaguing over the Defendant for complete failure and denying to honor and respect a Superior Court's subpoena served upon the Defendant requesting the production of all documentation sought to correct the record and completely clear the Plaintiff or Petitioner's background.

Anyone can see that this presiding judge is bias and one who refuse to administrate justice in a correct forum according to the law. There are multiple materials within the law library that such judge can use in determining the argument of Fraud and what is not Fraud. There is nothing or nowhere in the record where such judge mention of utilize such as a means in his actions throughout this case.

Once again, since the presiding judge think that he is dealing with a below average *pro se* and someone who don't know that the letter A does come before the letter B or Z and not Z before A he now wishes to continue to take advantage of such a person when the law or the United States Constitution does not say a person cannot represent themselves in any court of law. But the law clearly states when a judge or a person failed to state or express wrongdoing by the Plaintiff or Petitioner and therefore, the Plaintiff or Petitioner is continuing demanding a jury trial in accordance with the Federal Rules of Civil Procedures, Rule 37 and 38 before Rule 56 (e) it shall be in full compliance with the United States Constitution and the Federal Rules of Civil

Procedures which clearly states before any layman person *"In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law".* He too failed to understand that the Plaintiff or Petitioner is fully and clearly understanding of the Federal Rules of Civil Procedures and as stated in earlier paragraphs Rule 4 come before Rule 56 (e). If this statement is not true, then the Plaintiff or Petitioner requests for such reference materials to state otherwise.

The Plaintiff or Petitioner is not ignorant to the facts here, the ignorance ones are those who were served diligently with a summons and complaint and disrespected the judge's name and court's instructions by failing to appear to avoid prosecution and the presiding judge accepted such failures and turn around such failures to be presented in favor of the Defendants in order to promote wrongdoing and continue to carryout mischief and criminal activities in this society in which we live.

Therefore, since this is an appealable Order AND the Plaintiff now entered his second notice of appeal requesting such case to be released from the United States District Court to the United States Court of Appeals Circuit any denial of this request will be frivolous and without merit and will too not be taken in good faith and the Defendants should not have any objections since such Defendants is fully capable of defending any argument before the United States Court of Appeals to proven and justify any counter attacked performed by the Plaintiff or Petitioner.

Upon accepting this case before the United States Court of Appeals due to many but multiple factors in failure to cooperate with the Federal Rules of Civil Procedures. One should always keep the presiding judge quote in mind as quoted in a written communication dated July 9, 2007 as saying, *"Defendant is not free to ignore proper service. Defendant is not however, required to respond to improper service which has been quashed by the Court"* In this case that will be presented before the United States Court of Appeals the Plaintiff or Petitioner will prove

such statement as being accurate, true and correct and will reveal to the United States Court of Appeal what make this case to be still in DEFAULT in accordance to the Federal Rules of Civil Procedures. It's not the Plaintiff or Petitioner's duties or responsibility to expressed or point out such doing the illegal activities throughout this case but now the Plaintiff wishes to justify why such case should be amended for correction and proper due process of law.

If this case is not amended then it will be a proven factor and a disgrace toward and against the American citizens in this country in knowing that such illegal activities exists within the federal government and within our courts in promoting wrongdoing and illegal activities against innocent American citizens. This is a case which truly reflects unethical behavior by this judge and multiple federal employees who revealed without any heart or motive to order correction within the ranks of this agency and it too should shift direction to other similar cases in this court in which the presiding judge tried to cover up and conceal other agency wrongdoing by failing to proper service the Plaintiff after such alleged memorandum and order was issued. This is a proven factor of intentional tort and in violation of 28 U.S.C. 2675 which too should justify why this case should be overturned at the United States Court of Appeals level.

Once again, this is a Freedom of Information Act and Privacy Act lawsuit and the facts should be known and told that the Plaintiff sought such record over a seven year time span when the laws says 20 days and as of this date of receiving such unconstitutional order from this presiding judge such record or relief still has not been satisfied. This is an issue within itself.

The lower court, presiding judge and the Defendant is only trying to avoid in giving me true justice due to the facts that I submitted a true complaint and told the truth throughout this is why the presiding judge is denying me my constitutional rights to a jury trial and is denying my

entry of discovery or exhibit on the record to prevent others such as the higher court such as the United States Court of Appeals from seeing and witnessing the truth.

I ask and place this request for a complete review of the record and witness the Plaintiff or Petitioner's Discovery or Exhibits for the record in which the presiding judge now claim such was not order or such proceeding had not started due to the fact that Rule 4 was not validated but now wish and wanted to jump to Rule 56 (e) without ever entering an order on the record granting such enlargement of time or ordering such bogus dispositive motion as such is trying to claim and justify such wrongful actions in administrating this case for true justice before the courts and corrections to administrative policies which should be protecting the citizens of the United States of America.

The Federal Rules of Civil Procedures, Rule 4, 6, 12, 37, 38, and 60 should all be used to comply against the presiding judge's favor rule, Rule 56 (e) in granting the Plaintiff or Petitioner full relief in this Due Process of Law. Because each rules as stated above all comes before Rule 56 (e) and any kindergarten can tell anyone that something is wrong here.

If the Defendants wish to object to this appeal request then the Defendants too shall submit their Discovery or new Discovery revealing the facts or the truth to any and all negative statements made against the Plaintiff or Petitioner before the United States Court of Appeals. Therefore, justify why they refused to release such in a timely manner in accordance with the Freedom of Information Act and Privacy Act.

This is still a trial case and should be continued to be treated as such.

Therefore, the judgment should be reversed and award for damages and interest on default proven by the Plaintiff or Petitioner should occur starting on the default date proven by the Plaintiff or Petitioner at the United States Court of Appeal level.

9

Respectfully submitted,

CLEMMONS' ESTATE
C/o SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
866-409-7758

See Attachment:

    2nd Notice of Appeal
    Plaintiff's Motion Request to Enter Discovery



9