# IN THE UNITED STATES ~~DISTRICT COURT~~
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS )<br>548 SAINT CHARLES PL )<br>BROOKHAVEN, MS 39601 )<br>CLEMBUSN@YAHOO.COM )<br>866-409-7758 )<br>  )<br>  PLAINTIFF / APPELLANT )<br>vs. )<br>  )<br>1) OFFICE OF PERSONNEL )<br>  MANAGEMENT (OPM), ET AL )<br>2) DEFENSE SECURITY (DSS) ADM. )<br>3) UNITED STATES CUSTOMS AND )<br>  BOARDER PROTECTION )<br>4) ARMY CRIME RECORD CENTER, )<br>  et al )<br>5) DEPARTMENT OF THE ARMY, et )<br>  al )<br>6) DEPARTMENT OF JUSTICE, et al )<br>7) STIEN MART CORPORATION, et )<br>  al )<br>8) TOTAL DEBT MANAGEMENT, et )<br>  al )<br>9) MID-AMERICA APT )<br>  COMMUNITIES, et al )<br>10) DEPT OF HOMELAND )<br>  SECURITY, et al )<br>11) TONYA R. POWELL, et al )<br>12) STATE OF GEORGIA, et al )<br>  DEFENDANT / APPELLEES ) | CIVIL ACTION NO: 1:06CV00008 (RCL)<br><br>2) 1:06-0304 (RCL)<br>3) 06-1286 (RCL)<br>4) 1:05CV02353 (RCL)<br>5) 1:06CV00510 (RCL)<br>6) 1:06CV00305 (RCL)<br>7) 1:06CV00194 (RCL<br>8) 1:06CV00196 (RCL)<br>9) 1:06CV00195 (RCL)<br>10) 1:06CV00518 (RCL)<br>11) 1:06CV00123 (RCL)<br>12) 1:06CV01657 (RCL)<br>12) [CV2007-00174] (STATE OF AZ)<br><br>*[handwritten: Let this be filed in 06 CV 08. Motion DENIED. Royce C. Lamberth U.S.D.J. 2/4/08]*<br><br>TITLE: __PLAINTIFF'S MOTION REQUEST TO CONSOLIDATE CASES AS WHOLE BUT NOT AWARD DUE TO ALL CASES ARE ATTACKED AS FRAUD DISCOVERY AND REVEALED IN THE SAME STATE'S JURISDICTION OF ILLEGAL ACTIVITIES UNDER U.S. STATUE111 ALR, FED. 295 § 18 U.S.C.A. § 1001 (SEE RULE 3(b)(2)).__ |

**PLAINTIFF'S MOTION REQUEST TO CONSOLIDATE CASES AS A WHOLE BUT NOT AWARD DUE TO ALL ARE ATTACKED AS FRAUD DISCOVERY AND REVEALED IN THE SAME STATE'S JURISDICTION OF ILLEGAL ACTIVITIES UNDER U.S. STATUE 111 ALR, Fed. 295 and 18 U.S.C.A § 1001 (SEE RULE 3(b)(2))**

The Plaintiff files this Motion request before the United States Court of Appeals requesting to combine or consolidate this primary case into the others listed case numbers above in the caption of this Motion. This request is due to all

case and event occurred in the same state's jurisdiction which all are attacked as Fraud and violations of the United States Statue **111 ALR, Fed. 295 and 18 U.S.C.A § 1001** and serious violations of the Federal Rules of Civil Procedures, **Rules 4, 5, 6, 7, 8, 9 (b), 10**, and **11(b), 37**, and **60 (b)** which does not validate any ruling or outcome in Appellee's favor under **12 (b) (1)**.

The Petitioner has paid the docket fee for this case in which the Petitioner is requesting to list other Defendants or Respondent to defend and justify their actions in accordance with the activities in entering the lower court in accordance with the Federal Rules of Civil Procedures, **Rule 4 - 60.**

Once again these are either failure to appear / default cases, cases of fraud and serious violations of <u>**STATUES**</u> **42 U.S.C § 1983, 28 U.S.C. § 2517, 5 U.S.C. 5596 (b) (2), 28 U.S.C. 2675, 44 U.S.C. 3518 (c) (1), 5 U.S.C. 552(a) (4)(E) and other tort damages in which the Appellant is appealing for full compensation due to the Appellees' failures and failures to set readiness for a jury trial.**

This is a demand jury trial case the secondary Defendants should have every right to present their evidence to justify that this is case and their case is not a case of fraud.

Such documents are needed to make a true ethical decision before a jury trial to show everything was done in accordance with the laws, rules, regulation and the Federal Rules of Civil Procedures.

**January 25, 2008**

Respectfully submitted,

Sam L. Clemmons
548 Saint Charles PL
Brookhaven, MS 39601
clembusn@yahoo.com
Phone: 866-409-7758

See Attached Certificate of Service showing proof of mailing even in default cases

Clemmons v. Army Crime Record Center (CID) Case # 1:05CV02353 and

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th day of January 2008**, a true copy of the Appellant's Motion Request for Consolidation and Motion Request for Enlargement of Time in addition to the Appellant's Continuous Notice of Appeal has all been served on the named listed Appellees listed before for the Record were all served by regular mail concerning consolidating their case with case #**1:06CV00008 (RCL)**

1) **DEPARTMENT OF THE ARMY, et al**
   OFFICE OF THE GENERALCOUNSEL
   WASHINGTON, DC 20310-0104

   **ATTORNEY OF RECORD**
   KEVIN K. ROBITAILLE
   ASST.UNITED STATES ATTY
   JUDICIARY CENTER BUILDING
   555 4th STREET, NW, CIVIL DIV.
   WASHINGTON, DC 20530

2) **ARMY CRIME RECORD CENTER, et al**
   **ATTN: DIRECTOR PHILLIP J. McGUIRE**
   U.S. ARMY CRIMINAL INVESTIGATION
   CMD 6010 6th Street, Attn: Records Maint
   Fort Belvior, VA 22060-5585

   **ATTORNEY OF RECORD**
   KEVIN K. ROBITAILLE
   ASST.UNITED STATES ATTORNEY
   JUDICIARY CENTER BUILDING
   555 4th STREET, NW, CIVIL DIV.
   WASHINGTON, DC 20530

   And

3) District Court for the District of Columbia Court of Appeals
   Office of the Circuit Executive
   Office of the Clerk
   Room 4826
   E. Barrett Prettyman U.S. Courthouse
   333 Constitution Ave, N.W
   Washington, DC 20001-2866

4) **District Court for the District of Columbia**
   Attn: Office of the Clerk &
   Judge Royce C. Lamberth's Chambers
   333 Constitution Ave, NW
   Room 1225
   Washington, DC 20001

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601
866-409-7758

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th day of January 2008**, a true copy of the Appellant's Motion Request for Consolidation and Motion Request for Enlargement of Time in addition to the Appellant's Continuous Notice of Appeal has all been served on the named listed Appellees listed before for the Record were all served by regular mail concerning consolidating their case with case #**1:06CV00008 (RCL)**

5) DEPARTMENT OF JUSTICE, et al
   ATTORNEY OF RECORD
   **ATTN: ATTY DARRELL C. VALDEZ**
   **ASSTISTANT U.S. ATTORNEY**
   JUDICIARY CENTER BLDG.
   555 4th STREET, NW, CIVIL DIV
   WASHINGTON, DC 20530

6) OFFICE OF PERSONNEL MNGT, et al
   **ATTORNEY OF RECORD**
   KEVIN K. ROBITAILLE
   SPECIAL ASST U.S. ATTORNEY
   CIVIL DIVISION
   555 FOURTH STREET, N.W.
   WASHINGTON, DC 20530

7) DEFENSE SECURITY (DSS) ADM.
   **ATTORNEY OF RECORD**
   **U.S. ATTORNEY OFFICE**
   **ATTN: ATTY CLAIRE WHITAKER**
   ASSISTANT U.S. ATTORNEY
   JUDICIARY CENTER BLDG.
   555 FOURTH STREET, NW.
   RM E4202
   WASHINGTON, DC 20530

   And

8) District Court for the District of Columbia Court of Appeals
   Office of the Circuit Executive
   Office of the Clerk
   Room 4826
   E. Barrett Prettyman U.S. Courthouse
   333 Constitution Ave, N.W
   Washington, DC 20001-2866

9) **District Court for the District of Columbia**
   Attn: Office of the Clerk &
   Judge Royce C. Lamberth's Chambers
   333 Constitution Ave, NW
   Room 1225
   Washington, DC 20001

*[signature]*
Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601
866-409-7758

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th day of January 2008**, a true copy of the Appellant's Motion Request for Consolidation and Motion Request for Enlargement of Time in addition to the Appellant's Continuous Notice of Appeal has all been served on the named listed Appellees listed before for the Record were all served by regular mail concerning consolidating their case with case #**1:06CV00008 (RCL)**

15) UNITED STATES CUSTOMS AND BOARDER PROTECTION
**ATTORNEY OF RECORD**
**KAREN L. MELNIK**
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY OFFICE FOR THE
DISTRICT OF COLUMBIA,
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

16) DEPT OF HOMELAND SECURITY, et al
**ATTN: DIRECTOR IN CHARGE**
**OFFICE OF FOIA AND PRIVACY ACT**
601 SOUTH 12TH STREET, TSA-20
ARLINGTON, VA 22202

17) **ATTORNEY OF RECORD**
**JEFFREY TAYLOR**
SPECIAL ASST U.S. ATTORNEY
CIVIL DIVISION
555 FOURTH STREET, N.W.
WASHINGTON, DC 20530

And

18) District Court for the District of Columbia Court of Appeals
Office of the Circuit Executive
Office of the Clerk
Room 4826
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, N.W
Washington, DC 20001-2866

19) **District Court for the District of Columbia**
Attn: Office of the Clerk &
Judge Royce C. Lamberth's Chambers
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601
866-409-7758